UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

GERARDO LORENZO LINARDUCCI

Debtor.

Case No. 25-03768-JMC-13

**WITHDRAWAL OF STATEMENT OF SOCIAL SECURITY NUMBERS**

Debtor, Gerardo Lorenzo Linarducci ("**Debtor**"), by counsel, and for his Withdrawal of Statement of Social Security Numbers, respectfully show the Court as follows:

**The Bankruptcy Filing**

1. Debtor initiated the above-captioned case by the filing of a Voluntary Petition under Chapter 13 the United States Code (the "**Bankruptcy Code**") on June 27, 2025 ("**Petition Date**").  [Filing No. 1].

2. On July 14, 2025, Debtor filed his *Statement of Social Security Numbers* ("Statement") [Filing No. 15].

3. Debtor wishes to withdraw the Statement due to it being filed erroneously.

WHEREFORE, Debtor, Gerardo Lorenzo Linarducci respectfully withdraws his Statement of Social Security Numbers and for all other just and proper relief.

KROGER, GARDIS & REGAS, LLP

/s/ *Harley K. Means*
Harley K. Means, Attorney No. 23068-32
Jason T. Mizzell, Attorney No. 30038-53
Ryan M. Murphy, Attorney No. 38288-49
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN  46204-5125
(317) 692-9000
hmeans@kgrlaw.com
jmizzell@kgrlaw.com
rmurphy@kgrlaw.com

*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

- Harley Means hkm@kgrlaw.com; kwhigham@kgrlaw.com, cresler@kgrlaw.com, kpeerman@kgrlaw.com
- Ryan Murphy, RMurphy@kgrlaw.com; kwhigham@kgrlaw.com; cresler@kgrlaw.com; dg@kgrlaw.com; sharding@kgrlaw.com
- Jason T. Mizzell, , jmizzell@kgrlaw.com; kwhigham@kgrlaw.com; cresler@kgrlaw.com; tfroelich@kgrlaw.com; kpeerman@kgrlaw.com
- Ann Delaney ECFdelaney@trustee13.com, ecfdelaney@gmail.com
- US. Trustee ustpregion10.in.ecf@usdoj.gov

I further certify that on July 18, 2025, the foregoing was mailed by the first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None

By: /s/ *Harley K. Means*
Harley K. Means, #23068-32