**Fill in this information to identify your case:**

Debtor 1        **Gerardo Lorenzo Linarducci**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA
_____

Case number    **25-03768-JMC-13**
(if known)     _____

☐ Check if this is an
   amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B........................................ | $ 2,110,000.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B............................... | $ 1,078,044.68 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B....................................... | $ 3,188,044.68 |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 32,550.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ 0.00 |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 14,218.00 |
|  | **Your total liabilities** | $ 46,768.00 |

**Part 3:    Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ 678.31 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $ 6,505.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Gerardo Lorenzo Linarducci**                                    Case number *(if known)*   **25-03768-JMC-13**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Gerardo Lorenzo Linarducci** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | **25-03768-JMC-13** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1**

| | | |
|---|---|---|
| **12162 Pearl Bay Rdg** | | |
| Street address, if available, or other description | | |
| **Indianapolis** | **IN** | **46236-0000** |
| City | State | ZIP Code |
| **Marion** | | |
| County | | |

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Primary Residence**
**Value per 10/2024 appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,110,000.00** | **$2,110,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenancy by Entirety**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here....................................................................=>**

| |
|---|
| **$2,110,000.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Gerardo Lorenzo Linarducci**    Case number *(if known)*    **25-03768-JMC-13**

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | **BMW** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1    Make: **BMW**
Model: **X5 XDrive 401**
Year: **2021**
Approximate mileage: **60000**
Other information:
**5UXCR6C07M9F13883**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$25,000.00**
Current value of the portion you own? **$25,000.00**

---

3.2    Make: **Land Rover**
Model: **Range Rover SE**
Year: **2024**
Approximate mileage: **12000**
Other information:
**SALKP9FU8RA209991**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$90,000.00**
Current value of the portion you own? **$90,000.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1    Make: **Sea-Doo**
Model: **00013RA00**
Year: **2024**
Other information:
**Vin No. YDV66869D424 Value represents 1/2 value of vehicle due to joint ownership with spouse.**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$14,000.00**
Current value of the portion you own? **$7,000.00**

---

4.2    Make: **Suncraft**
Model: **Pontoon 22ft**
Year: **2024**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$30,000.00**
Current value of the portion you own? **$30,000.00**

---

4.3    Make: **Icon**
Model: **I2OL**
Year: **2022**
Other information:
**Golf Cart**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$2,000.00**
Current value of the portion you own? **$2,000.00**

Debtor 1   **Gerardo Lorenzo Linarducci**            Case number *(if known)*   **25-03768-JMC-13**

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**..........................................................=>   **$154,000.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☒ Yes. Describe.....

> **Small appliances, linens, living room furniture, bedroom sets, washer, dryer, yard furniture**
> **Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236**
>
> **Debtor is in the process of obtaining an appraisal for his 1/2 interest in the household goods and furnishings. An amended Schedule A/B will be filed upon receipt of the appraisal indicating the current value of such items.**

**Unknown**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☒ Yes. Describe.....

> **TVs, cell phones, computers, laptops, smart watch**
> **Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236**
>
> **Debtor is in the process of obtaining an appraisal for his 1/2 interest in the electronics. An amended Schedule A/B will be filed upon receipt of the appraisal indicating the current value of such items.**

**Unknown**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ☒ Yes. Describe.....

> **Various paintings and art objects.**
> **Location: 12161 Pearl Bay Rdg, Indianapolis, IN 46236**
>
> **Debtor is in the process of obtaining an appraisal for his 1/2 interest in the collectibles of value. An amended Schedule A/B will be filed upon receipt of the appraisal indicating the current value of such items.**

**Unknown**

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ☒ Yes. Describe.....

Debtor 1    **Gerardo Lorenzo Linarducci**                     Case number *(if known)*   **25-03768-JMC-13**

---

**Lego Collection, pool table, eliptical machine and various exercise equipment**
**Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236**

**Debtor is in the process of obtaining an appraisal for his 1/2 interest in the sports and hobby equipment.  An amended Schedule A/B will be filed upon receipt of the appraisal indicating the current value of such items.**

**Unknown**

---

10.  **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes.  Describe.....

   **Handgun (1)**
   **Location: 12161 Pearl Bay Rdg, Indianapolis, IN 46236**

   **$500.00**

---

11.  **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

   **Clothes, shoes, coats**
   **Location: 12162 Pearl Bay Rdg, Indianapolis, IN 46236 and on person.**

   **$3,000.00**

---

12.  **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

   **Diamond Pendant Necklace - purchased for spouse.  Paid $8,000**
   **Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236**

   **Debtor is in the process of obtaining an appraisal for his 1/2 interest in the jewelry.  An amended Schedule A/B will be filed upon receipt of the appraisal indicating the current value of such items.**

   **Unknown**

   **Watches (5) and other miscellaneous jewelry**
   **Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236 and on person.**

   **Debtor is in the process of obtaining an appraisal for his 1/2 interest in the jewelry.  An amended Schedule A/B will be filed upon receipt of the appraisal indicating the current value of such items.**

   **Unknown**

---

13.  **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

   **Dogs (2)**
   **Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236**

   **$1.00**

---

Debtor 1    **Gerardo Lorenzo Linarducci**                                    Case number *(if known)*    25-03768-JMC-13

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

■ Yes.  Give specific information.....

| | |
|---|---|
| **Accordion**<br>**Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236** | $400.00 |
| **Wall 16x22 Safe**<br>**Location: 12162 Pearl Bay Rdg, Indianapolis, IN 46236** | $50.00 |
| **30 - 1oz gold American Eagle coins**<br>**6 - 100oz pure silver bars**<br>**165 1oz silver American Eagle coins** | $118,599.00 |

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

$122,550.00

---

**Part 4:** Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes................................................................................................................

**Cash Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236 on the petition date.  Cash has been removed from home for storage at another location, which location will be shared with the Chapter 13 Trustee and U.S. Trustee's Office.**

$7,500.00

---

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................                                    Institution name:

Debtor 1    **Gerardo Lorenzo Linarducci**                                    Case number *(if known)*    **25-03768-JMC-13**

| | | | |
|---|---|---|---|
| 17.1. | Other financial account | **PayPal (7764)** | **$0.00** |
| 17.2. | Other financial account | **Venmo (4089)** | **$0.00** |
| 17.3. | Other financial account | **CashApp (7764)** | **$0.00** |
| 17.4. | Checking | **Chase Bank (2280)** | **$1,915.67** |
| 17.5. | Savings | **Chase Bank (3755)** | **$800.00** |
| 17.6. | Checking - Business | **Chase Bank (3680) - Eye Can Coaching Inc.** | **$3,213.51** |
| 17.7. | Savings - Business | **Chase Bank (7631) - Eye Can Coaching Inc.** | **$100.00** |
| 17.8. | Checking - Business | **Chase Bank (0198) - Ducci Enterprise LLC** | **$804.13** |
| 17.9. | Checking | **Chase Bank (9033) - Ducci Legacy LLC** | **$87,545.43** |
| 17.10. | Checking | **Napoleon State Bank (0598)** | **$3,477.40** |
| 17.11. | Credit Union | **Clearview Credit Union** | **Unknown** |
| 17.12. | | **Cryptocurrency Account with Robinhood Balance was $29,128.54 on June 1, 2025 but had declined to $26,128.54 as of June 30, 2025.** | **$29,128.54** |
| 17.13. | | **Wex Financial HSA Account (7764)** | **$3,800.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Eye Can Coaching, LLC (personal services company; no assets other than bank account)** | **100** % | **Unknown** |

---

Debtor 1  **Gerardo Lorenzo Linarducci**                    Case number *(if known)*  __25-03768-JMC-13__

| | | | |
|---|---|---|---|
| **Ducci Enterprise LLC - Liabilities likely exceed assets due to alleged claims of plaintiffs in Southern District of Indiana litigation under Case No. 1:24-cv-01526-TWO-MJD.  No assets other than bank accounts.** | **100** | % | **$0.00** |
| **Ducci Legacy, LLC - sole asset is bank account at Chase Bank (9033). Potential liabilities may exceed assets.** | **50** | % | **Unknown** |
| **Integrity Wealth Partners, LLC - Liabilities exceed assets due to alleged claims of plaintiffs in Southern District of Indiana litigation under Case No. 1:24-cv-01526-TWO-MJD.** | **100** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                                               Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | **American IRA, LLC**<br>**Self Directed IRA - Drive Planning**<br>**In 2023, Debtor rolled over approximately $31,000.00 into this account.  Debtor doesn't have access to account to determine current fair market value.** | **Unknown** |
| **Roth IRA** | **One America Roth (7764)** | **$2,400.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ...................                         Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

Debtor 1   **Gerardo Lorenzo Linarducci**                                              Case number *(if known)*   **25-03768-JMC-13**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ■ Yes.  Give specific information about them...

    | Books: Creating Efficient Financial Wealth (published 2019) |
    | The Art of Selling Widgets (published 2025) |
    | Self Published: Total of $1,000 royalties received |

                                                                                                        **Unknown**

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
             benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

    | Daniel Cardelicho - Personal Loan | $42,000.00 |

    | 2 year Loan to Intrago with 8% return every 6 months. | $230,000.00 |

    | Undocument loan to My Parents Garage, LLC | $40,000.00 |

    | Undocumented loan to Dave Gorsage. | $45,000.00 |

    | 3 year loan to Solidus payable with 10% interest compounded annually.  Balloon payment in year three. | $25,000.00 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Penn Mutual (3648)** | **J. J. Linarducci** | **$10.00** |

Debtor 1    **Gerardo Lorenzo Linarducci**                              Case number *(if known)*    **25-03768-JMC-13**

| | | |
|---|---|---|
| **Penn Mutual (4116)** | **J. J. Linarducci** | **$73,400.00** |
| **Penn Mutual (1114)** | **J. J. Lindarducci** | **$400.00** |
| **National Life Insurance** | **J. J. Linarducci** | **$3,000.00** |
| **Ameritas Life Insurance** | **J. J. Linarducci** | **$2,000.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ☐ No
    ■ Yes.  Give specific information..

| | |
|---|---|
| **Prepaid account for use of private jet for approximately 25 hours of flight time.** | **$200,000.00** |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................... | **$801,494.68** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ■ Yes.  Describe.....

Debtor 1    **Gerardo Lorenzo Linarducci**         Case number *(if known)*   **25-03768-JMC-13**

---

> **Desk, Table, Computer (3), Copier/Scanner**
> **Location: 12162 Peral Bay Rdg, Indianapolis, IN 46236**
>
> **Debtor is in the process of obtaining an appraisal for his 1/2**
> **interest in the office equipment, furnishings, and supplies. An**
> **amended Schedule A/B will be filed upon receipt of the appraisal**
> **indicating the current value of such items.**

                                                                **Unknown**

---

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☒ No
    - ☐ Yes. Describe.....

41. **Inventory**
    - ☒ No
    - ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
    - ☒ No
    - ☐ Yes. Give specific information about them...................

      Name of entity:                        % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    - ☐ No.
    - ☒ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      - ☐ No
      - ☒ Yes. Describe.....

      | Past clients of Ducci Enterprise LLC | Unknown |
      |---|---|

44. **Any business-related property you did not already list**
    - ☒ No
    - ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.**...................................................................................................................    **$0.00**

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

Debtor 1   **Gerardo Lorenzo Linarducci**                                   Case number *(if known)*   **25-03768-JMC-13**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

    | | |
    |---|---|
    | Possible claims against Todd Burkhalter and Drive Planning LLC | Unknown |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................   $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...................................................................................   $2,110,000.00

56. **Part 2: Total vehicles, line 5**                                            $154,000.00
57. **Part 3: Total personal and household items, line 15**                       $122,550.00
58. **Part 4: Total financial assets, line 36**                                   $801,494.68
59. **Part 5: Total business-related property, line 45**                          $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**                 $0.00
61. **Part 7: Total other property not listed, line 54**                    +     $0.00

62. **Total personal property.** Add lines 56 through 61...    $1,078,044.68    Copy personal property total    $1,078,044.68

63. **Total of all property on Schedule A/B.** Add line 55 + line 62                   $3,188,044.68

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gerardo Lorenzo Linarducci** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | **25-03768-JMC-13** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **12162 Pearl Bay Rdg Indianapolis, IN 46236  Marion County Primary Residence Value per 10/2024 appraisal** Line from *Schedule A/B:* **1.1** | $2,110,000.00 | ■ $2,110,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(5)** |
| **2021 BMW X5 XDrive 401 60000 miles 5UXCR6C07M9F13883** Line from *Schedule A/B:* **3.1** | $25,000.00 | ■ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |
| **2024 Land Rover Range Rover SE 12000 miles SALKP9FU8RA209991** Line from *Schedule A/B:* **3.2** | $90,000.00 | ■ $12,100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |
| **2024 Sea-Doo 00013RA00 Vin No. YDV66869D424 Value represents 1/2 value of vehicle due to joint ownership with spouse.** Line from *Schedule A/B:* **4.1** | $7,000.00 | ■ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |
| **2022 Icon I2OL Golf Cart** Line from *Schedule A/B:* **4.3** | $2,000.00 | ■ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   **Gerardo Lorenzo Linarducci**          Case number (if known)   **25-03768-JMC-13**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Small appliances, linens, living room furniture, bedroom sets, washer, dryer, yard furniture**<br>**Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236**<br><br>**Debtor is in the process of obtaining an appraisal for his 1/2 interest in the household goods and furni**<br>Line from *Schedule A/B*: **6.1** | **Unknown** | ■                  **$0.00**<br>☐   100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **TVs, cell phones, computers, laptops, smart watch**<br>**Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236**<br><br>**Debtor is in the process of obtaining an appraisal for his 1/2 interest in the electronics.  An amended Schedule A/B will be filed upon receipt of**<br>Line from *Schedule A/B*: **7.1** | **Unknown** | ■                  **$0.00**<br>☐   100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Various paintings and art objects.**<br>**Location: 12161 Pearl Bay Rdg, Indianapolis, IN 46236**<br><br>**Debtor is in the process of obtaining an appraisal for his 1/2 interest in the collectibles of value.  An amended Schedule A/B will be filed upon receipt of the ap**<br>Line from *Schedule A/B*: **8.1** | **Unknown** | ■                  **$0.00**<br>☐   100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Lego Collection, pool table, eliptical machine and various exercise equipment**<br>**Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236**<br><br>**Debtor is in the process of obtaining an appraisal for his 1/2 interest in the sports and hobby equipment.  An amended**<br>Line from *Schedule A/B*: **9.1** | **Unknown** | ■                  **$0.00**<br>☐   100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Handgun (1)**<br>**Location: 12161 Pearl Bay Rdg, Indianapolis, IN 46236**<br>Line from *Schedule A/B*: **10.1** | **$500.00** | ■                  **$0.00**<br>☐   100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Clothes, shoes, coats**<br>**Location: 12162 Pearl Bay Rdg, Indianapolis, IN 46236 and on person.**<br>Line from *Schedule A/B*: **11.1** | **$3,000.00** | ■                  **$0.00**<br>☐   100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  **Gerardo Lorenzo Linarducci**                    Case number (if known)  **25-03768-JMC-13**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Diamond Pendant Necklace - purchased for spouse.  Paid $8,000**<br>**Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236**<br><br>**Debtor is in the process of obtaining an appraisal for his 1/2 interest in the jewelry.  An amended Schedule A/B will be filed upon rec**<br>Line from *Schedule A/B*: **12.1** | **Unknown** | ■  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Watches (5) and other miscellaneous jewelry**<br>**Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236 and on person.**<br><br>**Debtor is in the process of obtaining an appraisal for his 1/2 interest in the jewelry.  An amended Schedule A/B will be filed upon receip**<br>Line from *Schedule A/B*: **12.2** | **Unknown** | ■  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Dogs (2)**<br>**Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236**<br>Line from *Schedule A/B*: **13.1** | **$1.00** | ■  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **30 - 1oz gold American Eagle coins**<br>**6 - 100oz pure silver bars**<br>**165 1oz silver American Eagle coins**<br>Line from *Schedule A/B*: **14.3** | **$118,599.00** | ■  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Cash**<br>**Location: 12162 Pearl Bay Ridge, Indianapolis IN 46236 on the petition date.  Cash has been removed from home for storage at another location, which location will be shared with the Chapter 13 Trustee and U.S. Trustee's Office.**<br>Line from *Schedule A/B*: **16.1** | **$7,500.00** | ■  **$450.00**<br>☐  100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Other financial account: PayPal (7764)**<br>Line from *Schedule A/B*: **17.1** | **$0.00** | ■  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Other financial account: Venmo (4089)**<br>Line from *Schedule A/B*: **17.2** | **$0.00** | ■  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Checking: Chase Bank (2280)**<br>Line from *Schedule A/B*: **17.4** | **$1,915.67** | ■  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Gerardo Lorenzo Linarducci**        Case number (if known)    **25-03768-JMC-13**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: Chase Bank (3755)**  Line from *Schedule A/B*: **17.5** | $800.00 | ■ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Checking - Business: Chase Bank (0198) - Ducci Enterprise LLC**  Line from *Schedule A/B*: **17.8** | $804.13 | ■ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Checking: Chase Bank (9033) - Ducci Legacy LLC**  Line from *Schedule A/B*: **17.9** | $87,545.43 | ■ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Cryptocurrency Account with Robinhood**  **Balance was $29,128.54 on June 1, 2025 but had declined to $26,128.54 as of June 30, 2025.**  Line from *Schedule A/B*: **17.12** | $29,128.54 | ■ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Wex Financial HSA Account (7764)**  Line from *Schedule A/B*: **17.13** | $3,800.00 | ☐  ■ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(8) |
| **Eye Can Coaching, LLC (personal services company; no assets other than bank account)**  **100 % ownership**  Line from *Schedule A/B*: **19.1** | Unknown | ☐  ■ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Ducci Enterprise LLC - Liabilities likely exceed assets due to alleged claims of plaintiffs in Southern District of Indiana litigation under Case No. 1:24-cv-01526-TWO-MJD. No assets other than bank accounts.**  **100 % ownership**  Line from *Schedule A/B*: **19.2** | $0.00 | ■ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Ducci Legacy, LLC - sole asset is bank account at Chase Bank (9033). Potential liabilities may exceed assets.**  **50 % ownership**  Line from *Schedule A/B*: **19.3** | Unknown | ■ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **401(k): American IRA, LLC Self Directed IRA - Drive Planning In 2023, Debtor rolled over approximately $31,000.00 into this account. Debtor doesn't have access to account to determine current fair market value.**  Line from *Schedule A/B*: **21.1** | Unknown | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(6) |

Debtor 1  **Gerardo Lorenzo Linarducci**                                          Case number (if known)  **25-03768-JMC-13**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Roth IRA: One America Roth (7764)**<br>Line from *Schedule A/B*: **21.2** | **$2,400.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(6) |
| **Books: Creating Efficient Financial Wealth (published 2019)**<br>        **The Art of Selling Widgets (published 2025)**<br>**Self Published: Total of $1,000 royalties received**<br>Line from *Schedule A/B*: **26.1** | **Unknown** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **2 year Loan to Intrago with 8% return every 6 months.**<br>Line from *Schedule A/B*: **30.2** | **$230,000.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Undocument loan to My Parents Garage, LLC**<br>Line from *Schedule A/B*: **30.3** | **$40,000.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Undocumented loan to Dave Gorsage.**<br>Line from *Schedule A/B*: **30.4** | **$45,000.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **3 year loan to Solidus payable with 10% interest compounded annually. Balloon payment in year three.**<br>Line from *Schedule A/B*: **30.5** | **$25,000.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Penn Mutual (3648)**<br>**Beneficiary: J. J. Linarducci**<br>Line from *Schedule A/B*: **31.1** | **$10.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code §§ 27-1-12-14(e), 27-2-5-1(b) |
| **Penn Mutual (4116)**<br>**Beneficiary: J. J. Linarducci**<br>Line from *Schedule A/B*: **31.2** | **$73,400.00** | ■ **$73,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code §§ 27-1-12-14(e), 27-2-5-1(b) |
| **Penn Mutual (1114)**<br>**Beneficiary: J. J. Lindarducci**<br>Line from *Schedule A/B*: **31.3** | **$400.00** | ■ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code §§ 27-1-12-14(e), 27-2-5-1(b) |
| **National Life Insurance**<br>**Beneficiary: J. J. Linarducci**<br>Line from *Schedule A/B*: **31.4** | **$3,000.00** | ■ **$3,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code §§ 27-1-12-14(e), 27-2-5-1(b) |
| **Ameritas Life Insurance**<br>**Beneficiary: J. J. Linarducci**<br>Line from *Schedule A/B*: **31.5** | **$2,000.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | Ind. Code §§ 27-1-12-14(e), 27-2-5-1(b) |

Official Form 106C                 **Schedule C: The Property You Claim as Exempt**                 page 5 of 6

Debtor 1    **Gerardo Lorenzo Linarducci**                                    Case number (if known)    **25-03768-JMC-13**

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

Debtor 1     **Gerardo Lorenzo Linarducci**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF INDIANA

Case number    **25-03768-JMC-13**
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1**  **Bass Pro Fin Services**<br>Creditor's Name | Describe the property that secures the claim:<br>**2024 Suncraft Pontoon 22ft** | $32,550.00 | $30,000.00 | $2,550.00 |

**6565 Headquarters Dr**
**Plano, TX 75024**
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **2024**          **Last 4 digits of account number**  **0000**

Debtor 1  **Gerardo Lorenzo Linarducci**                    Case number (if known)  **25-03768-JMC-13**
      First Name     Middle Name     Last Name

---

| 2.2 | **Kroger Gardis & Regas LLP** | | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

Creditor's Name

**Mortgage security for IN District Court fees litigation; recorded 10/18/2024**

**111 Monument Circle Suite 900 Indianapolis, IN 46204**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Notice Only**

Date debt was incurred   **10/16/2024**        Last 4 digits of account number

---

| 2.3 | **Marion County Treasurer** | | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

Creditor's Name

**Property taxes on residence Notice Only**

**200 E. Washington St, G30 Indianapolis, IN 46204**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred               Last 4 digits of account number

---

| 2.4 | **U.S. Securities and Exchange Commision** | | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

Creditor's Name

**Notice of Lis Pendens 9/26/2024**

**c/o US Attorney 950 East Paces Ferry Road Atlanta, GA 30326-1382**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred               Last 4 digits of account number

---

Debtor 1    **Gerardo Lorenzo Linarducci**                                    Case number (if known)    **25-03768-JMC-13**

     First Name        Middle Name        Last Name

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$32,550.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$32,550.00** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

**Fill in this information to identify your case:**

Debtor 1    **Gerardo Lorenzo Linarducci**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number    **25-03768-JMC-13**
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Indiana Department of Revenue**<br>Priority Creditor's Name<br>**PO Box 6479**<br>**Indianapolis, IN 46206-6479**<br>Number Street City State Zip Code | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

| | | | | | |
|---|---|---|---|---|---|
| **2.2** | **Internal Revenue Service**<br>Priority Creditor's Name<br>**P.O. Box 802501**<br>**Cincinnati, OH 45280-2501**<br>Number Street City State Zip Code | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

Debtor 1  **Gerardo Lorenzo Linarducci**                      Case number (if known)   **25-03768-JMC-13**

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **Aaron Powers** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**4425 N. Co Rd**
**Milan, IN 47031**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only                     ☑ Contingent

☐ Debtor 2 only                     ☑ Unliquidated

☐ Debtor 1 and Debtor 2 only        ☑ Disputed

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Alleged non-consumer debt**

| 4.2 | **American Express** | Last 4 digits of account number   **8273** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998-1537**

**When was the debt incurred?**   **April 2024**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only                     ☐ Contingent

☐ Debtor 2 only                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only        ☐ Disputed

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Credit Card**

Debtor 1  **Gerardo Lorenzo Linarducci**                              Case number (if known)    **25-03768-JMC-13**

---

| 4.3 | **American Express** | Last 4 digits of account number | **7603** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998-1537**
Number Street City State Zip Code

When was the debt incurred?    **May 2024**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.4 | **American Express** | Last 4 digits of account number | **6693** | **$1,300.00** |

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998-1537**
Number Street City State Zip Code

When was the debt incurred?    **July 2023**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.5 | **Amy Siefert** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**718 Meadow Lane**
**Plainfield, IN 46168**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Alleged non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                                    Case number *(if known)*   **25-03768-JMC-13**

---

| 4.6 | **Andrew Banning** | Last 4 digits of account number | _____ | **$0.00** |

Nonpriority Creditor's Name
**168 E. Columbine Lane**
**Westfield, IN 46074**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alleged non-consumer debt**

---

| 4.7 | **Anthony Bolt** | Last 4 digits of account number | _____ | **$0.00** |

Nonpriority Creditor's Name
**3438 E State Rd 350**
**Osgood, IN 47037**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alleged non-consumer debt**

---

| 4.8 | **Anthony Gausman** | Last 4 digits of account number | _____ | **$0.00** |

Nonpriority Creditor's Name
**529 Hoene Ave**
**Batesville, IN 47006**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alleged non-consumer debt**

---

Debtor 1    **Gerardo Lorenzo Linarducci**                                Case number (if known)    **25-03768-JMC-13**

---

| 4.9 | **Anthony Puente** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4 West Salem Rd**
**Batesville, IN 47006**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Alleged non-consumer debt**

---

| 4.10 | **Apple Card - Goldman Sachs Bank USA** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Lockbox 6112**
**PO Box 7247**
**Philadelphia, PA 19170-6112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **4747**          **$2,500.00**

**When was the debt incurred?**    **September 2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.11 | **Barclays Bank Delaware** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 8803**
**Wilmington, DE 19899-8803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **9778**          **$0.00**

**When was the debt incurred?**    **November 2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                                      Case number (if known)    **25-03768-JMC-13**

---

**4.12**

**BMW Financial Services**
Nonpriority Creditor's Name
**1400 City View Drive**
**Columbus, OH 43215**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0185**                    **$0.00**

When was the debt incurred?    **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.13**

**Brenda Sullivan**
Nonpriority Creditor's Name
**12930 Girvan Way**
**Fishers, IN 46037**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____    **$0.00**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Alleged non-consumer debt**

---

**4.14**

**Brian Kuntz**
Nonpriority Creditor's Name
**13121 North St**
**Dillsboro, IN 47018**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____    **$0.00**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Alleged non-consumer debt**

---

Debtor 1   **Gerardo Lorenzo Linarducci**                    Case number (if known)    **25-03768-JMC-13**

---

| 4.1 5 | **Carol Bishop** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**1235 S. Co Rd 400 E**
**Greensburg, IN 47240**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Alleged non-consumer debt**

---

| 4.1 6 | **Cenlar FSB** | | Last 4 digits of account number | **9100** | | $0.00 |

Nonpriority Creditor's Name

**PO 77404**
**Trenton, NJ 08628**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

| 4.1 7 | **Charles Kocal** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**12955 Girvan Way**
**Fishers, IN 46037**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Alleged non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                              Case number (if known)    **25-03768-JMC-13**

---

**4.18**

**Clearview Federal Credit Union**
Nonpriority Creditor's Name
**8805 University Blvd**
**Moon Township, PA 15108-4212**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **5376**                              **$0.00**

When was the debt incurred?    **August 2000**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

**4.19**

**Constance Novoa**
Nonpriority Creditor's Name
**c/o Brian Pastor, Sonn Law Group PA**
**3455 Peachtree Rd NE, Ste. 500**
**Atlanta, GA 30326**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number                              **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Alleged non-consumer debt**

---

**4.20**

**Craig Thomas**
Nonpriority Creditor's Name
**6304 W. Cedar Chase Dr.**
**Mc Cordsville, IN 46055**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number                              **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Alleged non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                               Case number (if known)     **25-03768-JMC-13**

---

**4.2 1**

**Dakota Meyer**
Nonpriority Creditor's Name
**1598 North Cowlits Trail**
**Greensburg, IN 47240**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alleged non-consumer debt**

---

**4.2 2**

**Darby Cain**
Nonpriority Creditor's Name

**Indianapolis, IN**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alleged non-consumer debt**

---

**4.2 3**

**Debra Bolt**
Nonpriority Creditor's Name
**3438 E. State Rd 350**
**Osgood, IN 47037**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alleged non-consumer debt**

---

Debtor 1   **Gerardo Lorenzo Linarducci**                                          Case number (if known)   **25-03768-JMC-13**

---

| 4.2 4 | **Derick Powers** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3631 Three Oaks Drive**
**Fort Wayne, IN 46809**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Alleged non-consumer debt**

---

| 4.2 5 | **Diane Kocal** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**12955 Girvan Way**
**Fishers, IN 46037**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Alleged non-consumer debt**

---

| 4.2 6 | **Douglas Gagne** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**7519 E. Hoff Rd**
**Sunman, IN 47041**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Alleged non-consumer debt**

---

Debtor 1 **Gerardo Lorenzo Linarducci**          Case number (if known)   **25-03768-JMC-13**

---

| 4.2 7 | **Drive Gulfport Properties LLC** | **Last 4 digits of account number** ____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Rountree Leitman Klein & Geer, LLC**
**2987 Clairmont Rd, Suite 350**
**Atlanta, GA 30329**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Any and all potential liability from alleged non-consumer debt**

---

| 4.2 8 | **Drive Properties, LLC** | **Last 4 digits of account number** ____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Rountree Leitman Klein & Geer LLC**
**2987 Clairmont Rd, Suite 350**
**Atlanta, GA 30329**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Any and all potential liability from alleged non-consumer debt**

---

| 4.2 9 | **Driving for Dyslexia** | **Last 4 digits of account number** ____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**7304 E Stop 11 Rd**
**Indianapolis, IN 46259**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Alleged non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                    Case number (if known)   **25-03768-JMC-13**

---

| 4.30 | **Fifth Third Bank NA** | Last 4 digits of account number | **2530** | $0.00 |
|------|--------------------------|--------------------------------|----------|-------|

Nonpriority Creditor's Name
**5050 Kingsley Drive**
**Cincinnati, OH 45263**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.31 | **Fortiva** | Last 4 digits of account number | **3252** | $0.00 |
|------|-------------|--------------------------------|----------|-------|

Nonpriority Creditor's Name
**PO Box 105555**
**Atlanta, GA 30348-5555**
Number Street City State Zip Code

**When was the debt incurred?**   **July 2023**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.32 | **Gregory S. Puente** | Last 4 digits of account number | | $0.00 |
|------|-------------------------|--------------------------------|---|-------|

Nonpriority Creditor's Name
**1449 E. Salem Rd**
**Batesville, IN 47006**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Alleged non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                               Case number (if known)   **25-03768-JMC-13**

---

| 4.3 3 | **Gurjeet Bhullar** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1233 Southlake Ave
Greenwood, IN 46143**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Alleged non-consumer debt**

---

| 4.3 4 | **Henry Francis Sewell, Jr.** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Any and all potential liability from alleged non consumer debt**

---

| 4.3 5 | **Jacob Orr** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**268 Winding Way
Batesville, IN 47006**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Alleged non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                                   Case number (if known)    **25-03768-JMC-13**

---

| 4.3 6 | **Jacqueline Burkhalter** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**Rountree Leitman Klein & Geer LLC**
**2987 Clairmont Rd, Suite 350**
**Atlanta, GA 30329**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any and all potential liability from alleged non-consumer debt**

---

| 4.3 7 | **Janice Lamping** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**5055 North Hamburg Rd**
**Oldenburg, IN 47036**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alleged non-consumer debt**

---

| 4.3 8 | **Jason Rosfeld** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**24014 Hill Rd**
**Sunman, IN 47041**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alleged non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**  Case number (if known)  **25-03768-JMC-13**

---

**4.39**

**Jim Weidner**
Nonpriority Creditor's Name
**704 E. Pearl St.**
**Batesville, IN 47006**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Alleged non-consumer debt**

---

**4.40**

**Joan Metz**
Nonpriority Creditor's Name
**5576 E. County Rd 200N**
**Greensburg, IN 47240**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Alleged non-consumer debt**

---

**4.41**

**John Rickie**
Nonpriority Creditor's Name
**5511 N. 700 E.**
**Greensburg, IN 47240**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Alleged non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                                    Case number (if known)    **25-03768-JMC-13**

| 4.4 2 | **Jose Miranda** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**NJ**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Alleged non-consumer debt**

---

| 4.4 3 | **Joshua Walker** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Indianapolis, IN**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Alleged non-consumer debt**

---

| 4.4 4 | **JP Morgan Chase Bank Card Services** | Last 4 digits of account number | **4028** | **$10,318.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 15369**
**Wilmington, DE 19850-5369**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **August 2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                    Case number (if known)    **25-03768-JMC-13**

| 4.4 5 | **JP Morgan Chase Bank Card Services** | Last 4 digits of account number | **5874** | $0.00 |

Nonpriority Creditor's Name
**PO Box 15369**
**Wilmington, DE 19850-5369**

When was the debt incurred?    **February 2023**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

- ■ No
- ☐ Yes

---

| 4.4 6 | **JPMCB Auto Finance** | Last 4 digits of account number | **0932** | $0.00 |

Nonpriority Creditor's Name
**700 Kansas Lane**
**Leiters Ford, IN 46945**

When was the debt incurred?    **2024**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

- ■ No
- ☐ Yes

---

| 4.4 7 | **Julie Edwards** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**704 Calypso Way**
**Cumming, GA 30040**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Any and all potential liability from alleged non-consumer debt**

- ■ No
- ☐ Yes

---

Debtor 1   **Gerardo Lorenzo Linarducci**                                   Case number (if known)   **25-03768-JMC-13**

---

| 4.4 8 | | | |
|---|---|---|---|

**Kasey Burress**                                          Last 4 digits of account number _____                                   $0.00
Nonpriority Creditor's Name

**9854 S. Benham Rd**                                      When was the debt incurred? _____
**Versailles, IN 47042**
Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                            ■ Contingent
☐ Debtor 2 only                                            ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ■ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**                 ☐ Student loans
**debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ■ Other. Specify   **Alleged non-consumer debt**

---

| 4.4 9 | | | |
|---|---|---|---|

**Kathy Shields**                                          Last 4 digits of account number _____                                   $0.00
Nonpriority Creditor's Name

**1210 S. Michigan Rd**                                    When was the debt incurred? _____
**Greensburg, IN 47240**
Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                            ■ Contingent
☐ Debtor 2 only                                            ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ■ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**                 ☐ Student loans
**debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ■ Other. Specify   **Alleged non-consumer debt**

---

| 4.5 0 | | | |
|---|---|---|---|

**Kenneth Murena, Receiver**                               Last 4 digits of account number _____                                   $0.00
Nonpriority Creditor's Name

**Damian & Valori LLP**                                    When was the debt incurred? _____
**1000 Brickell Avenue, Ste. 1020**
**Miami, FL 33131**
Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                            ■ Contingent
☐ Debtor 2 only                                            ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ■ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**                 ☐ Student loans
**debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                           ■ Other. Specify   **Any and all potential liability from alleged**
☐ Yes                                                      **non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                    Case number (if known)   **25-03768-JMC-13**

---

**4.5 1**

**Kurtis Poling**
Nonpriority Creditor's Name
**11698 Mesa Valley Court**
**Fishers, IN 46037**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Alleged non-consumer debt**

---

**4.5 2**

**Linda Miller**
Nonpriority Creditor's Name
**8401 Knapp Rd**
**Indianapolis, IN 46259**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Alleged non-consumer debt**

---

**4.5 3**

**Lisa Adams**
Nonpriority Creditor's Name
**215 W. Co. Rd 1200 N**
**Batesville, IN 47006**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Alleged non-consumer debt**

---

Debtor 1 **Gerardo Lorenzo Linarducci**                    Case number (if known)  **25-03768-JMC-13**

| 4.5 4 | | |
|---|---|---|

**Lorenzo Linarducci**
Nonpriority Creditor's Name

**Indianapolis, IN**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alleged non-consumer debt (Son)**

---

| 4.5 5 | | |
|---|---|---|

**Lorenzo Linarducci**
Nonpriority Creditor's Name

**Flemington, NJ**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alleged non-consumer debt (cousin)**

---

| 4.5 6 | | |
|---|---|---|

**Mark Haye**
Nonpriority Creditor's Name
**100 1st Ave N., #203**
**Pinellas Park, FL 33781**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Any and all potential liability from alleged non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                                    Case number (if known)    **25-03768-JMC-13**

| 4.5 7 | **Matthew Linkmeyer** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3716 Monroe St.**
**Napoleon, IN 47034**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

■ Contingent

■ Unliquidated

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **Alleged non-consumer debt**

---

| 4.5 8 | **Melvi Siefert** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**718 Madow Lane**
**Plainfield, IN 46168**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

■ Contingent

■ Unliquidated

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **Alleged non-consumer debt**

---

| 4.5 9 | **Michael Miller** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1806 Wyoming Ct**
**Lawrenceburg, IN 47025**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

■ Contingent

■ Unliquidated

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **Alleged non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                                    Case number (if known)    **25-03768-JMC-13**

---

| 4.6 0 | **Neal Ploeger** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2220 N. Co. Rd 950 East**
**Greensburg, IN 47240**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Alleged non-consumer debt**

---

| 4.6 1 | **Nicholas Hollencamp** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2075 Mullinix Rd**
**Greenwood, IN 46143**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Alleged non-consumer debt**

---

| 4.6 2 | **Pamela Schwegman** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3620 W. Wilson St**
**Osgood, IN 47037**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Alleged non-consumer debt**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                          Case number (if known)    **25-03768-JMC-13**

| 4.6 3 | **Patrick McLoughlin** | | Last 4 digits of account number | | | | **$0.00** |

Nonpriority Creditor's Name

**18934 Course View Rd**
**Noblesville, IN 46060**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Alleged non-consumer debt**

---

| 4.6 4 | **Rachel Williamson** | | Last 4 digits of account number | | | | **$0.00** |

Nonpriority Creditor's Name

**215 Evergreen Rd**
**Batesville, IN 47006**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Alleged non-consumer debt**

---

| 4.6 5 | **Randal Ramos** | | Last 4 digits of account number | | | | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**Indianapolis, IN**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Alleged non-consumer debt**

---

Debtor 1   **Gerardo Lorenzo Linarducci**                                    Case number (if known)   **25-03768-JMC-13**

---

| 4.6 6 | **Rodney Stepleton** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3845 N 25 E
Osgood, IN 47037**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only          ■ Contingent

☐ Debtor 1 and Debtor 2 only          ■ Unliquidated

☐ At least one of the debtors and another          ■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Alleged non-consumer debt**

---

| 4.6 7 | **Roger Lamping** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**5055 North Hamburg Rd
Oldenburg, IN 47036**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only          ■ Contingent

☐ Debtor 1 and Debtor 2 only          ■ Unliquidated

☐ At least one of the debtors and another          ■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Alleged non-consumer debt**

---

| 4.6 8 | **Roy Lerner** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**Wallkill, NY**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only          ■ Contingent

☐ Debtor 1 and Debtor 2 only          ■ Unliquidated

☐ At least one of the debtors and another          ■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Alleged non-consumer debt**

---

Debtor 1   **Gerardo Lorenzo Linarducci**                              Case number (if known)   **25-03768-JMC-13**

| | | |
|---|---|---|
| **4.69** | **Ryan Financial Services** | Last 4 digits of account number **8996** | **$0.00** |

**Ryan Financial Services**
Nonpriority Creditor's Name
**5 Penn Center W**
**Ste 400**
**Pittsburgh, PA 15276**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

Last 4 digits of account number **8996**              **$0.00**

When was the debt incurred?   **2019**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | |
|---|---|---|
| **4.70** | **Sarah Fisher Racing** | Last 4 digits of account number | **$0.00** |

**Sarah Fisher Racing**
Nonpriority Creditor's Name
**c/o Sarah FisherO'Gara**
**1067 Main Street**
**Speedway, IN 46224**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

Last 4 digits of account number

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Alleged non-consumer debt**

---

| | | |
|---|---|---|
| **4.71** | **Sheffield Financial** | Last 4 digits of account number **4087** | **$0.00** |

**Sheffield Financial**
Nonpriority Creditor's Name
**PO Box 849**
**Wilson, NC 27894**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

Last 4 digits of account number **4087**

When was the debt incurred?   **2024**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1  **Gerardo Lorenzo Linarducci**                                    Case number (if known)    **25-03768-JMC-13**

---

| 4.7 2 | **Steve Power** | |
|---|---|---|

Nonpriority Creditor's Name

**3620 W. Wilson St**
**Napoleon, IN 47034**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Alleged non-consumer debt**

---

| 4.7 3 | **Stewart Iverson** | |
|---|---|---|

Nonpriority Creditor's Name

**7820 Timber Run Ct**
**Indianapolis, IN 46256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Alleged non-consumer debt**

---

| 4.7 4 | **SYNCB/Havertys** | |
|---|---|---|

Nonpriority Creditor's Name

**PO Box 71757**
**Philadelphia, PA 19176-1757**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** **0219**    **$0.00**

**When was the debt incurred?** **May 2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

Debtor 1 **Gerardo Lorenzo Linarducci**                         Case number (if known)    **25-03768-JMC-13**

---

| 4.7 5 | | | |
|---|---|---|---|

**SYNCB/Lowes**                          Last 4 digits of account number    **2516**                                    **$0.00**

Nonpriority Creditor's Name
**PO Box 71727**                         When was the debt incurred?    **February 2016**
**Philadelphia, PA 19176-1727**

Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify    **Credit Card**

---

| 4.7 6 | | | |
|---|---|---|---|

**SYNCB/Naautilus**                      Last 4 digits of account number    **4525**                                    **$0.00**

Nonpriority Creditor's Name
**PO Box 965036**                        When was the debt incurred?    **2019**
**Orlando, FL 32896-5036**

Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify    _____

---

| 4.7 7 | | | |
|---|---|---|---|

**SYNCB/PPC**                            Last 4 digits of account number    **7255**                                    **$0.00**

Nonpriority Creditor's Name
**PO Box 965005**                        When was the debt incurred?    **2017**
**Orlando, FL 32896**

Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify    _____

---

Debtor 1  Gerardo Lorenzo Linarducci                                        Case number *(if known)*  **25-03768-JMC-13**

---

| 4.78 | **SYNCB/Sam's Club** | Last 4 digits of account number | **1269** | $100.00 |

Nonpriority Creditor's Name
**PO Box 71727**
**Philadelphia, PA 19176-1727**
Number Street City State Zip Code

When was the debt incurred?    **March 2021**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans

**Is the claim subject to offset?**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.79 | **SYNCB/Sleep Number** | Last 4 digits of account number | **1710** | $0.00 |

Nonpriority Creditor's Name
**PO Box 71757**
**Philadelphia, PA 19176-1757**
Number Street City State Zip Code

When was the debt incurred?    **February 2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans

**Is the claim subject to offset?**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.80 | **Tammy Ricke** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**5511 N. 700 E.**
**Greensburg, IN 47240**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans

**Is the claim subject to offset?**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Alleged non-consumer debt**

---

Debtor 1  Gerardo Lorenzo Linarducci

Case number (if known)  25-03768-JMC-13

---

| 4.8 1 | **TBOM/Fortiva** | | Last 4 digits of account number | 9643 | | $0.00 |

Nonpriority Creditor's Name
**PO Box 1055555**
**Atlanta, GA 30348-5555**
Number Street City State Zip Code

When was the debt incurred?  **2023**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

■ No
☐ Yes

---

| 4.8 2 | **TBR Supply House, Inc.** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**Rountree Leitman Klein & Geer, LLC**
**2987 Clairmont Rd, Suite 350**
**Atlanta, GA 30329**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Any and all potential liability from alleged non-consumer debt**

---

| 4.8 3 | **TD Auto Finanace** | | Last 4 digits of account number | 0131 | | $0.00 |

Nonpriority Creditor's Name
**20 Carolina Point Pkwy**
**Building B**
**Greenville, SC 29607**
Number Street City State Zip Code

When was the debt incurred?  **2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

■ No
☐ Yes

---

Debtor 1    **Gerardo Lorenzo Linarducci**                                    Case number *(if known)*    **25-03768-JMC-13**

---

| 4.8 4 | **THD/CBNA** | **Last 4 digits of account number** | **2829** | **$0.00** |

Nonpriority Creditor's Name
**5800 South Corporate Place**
**Sioux Falls, SD 57108**

When was the debt incurred?    **April 2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify    **Credit Card**

---

| 4.8 5 | **The Burkhalter Ranch Corporation** | **Last 4 digits of account number** | | **$0.00** |

Nonpriority Creditor's Name
**Rountree Leitman Klein & Geer, LLC**
**2987 Clairmont Rd, Suite 350**
**Atlanta, GA 30329**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ Contingent
■ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify    **Any and all potential liability from alleged non-consumer debt**

---

| 4.8 6 | **The Home Depot/CBNA** | **Last 4 digits of account number** | **9242** | **$0.00** |

Nonpriority Creditor's Name
**5800 South corporate Place**
**Sioux Falls, SD 57108**

When was the debt incurred?    **April 2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify    **Credit Card**

---

Debtor 1  **Gerardo Lorenzo Linarducci**                    Case number (if known)    **25-03768-JMC-13**

---

| 4.8 7 | | |
|---|---|---|

**Tiffany Gosser**                                    Last 4 digits of account number _____    **$0.00**
Nonpriority Creditor's Name
**248 N. Greenbrier**                                 When was the debt incurred? _____
**Greenwood, IN 46142**
Number Street City State Zip Code                     **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community           ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify  **Alleged non-consumer debt** _____

---

| 4.8 8 | | |
|---|---|---|

**Travis Mozingo**                                   Last 4 digits of account number _____    **$0.00**
Nonpriority Creditor's Name
**3451 N. Co. Rd 950 West**                           When was the debt incurred? _____
**Holton, IN 47023**
Number Street City State Zip Code                     **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                       ■ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community           ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify  **Alleged non-consumer debt** _____

---

| 4.8 9 | | |
|---|---|---|

**Tyler Powers**                                     Last 4 digits of account number _____    **$0.00**
Nonpriority Creditor's Name
                                                     When was the debt incurred? _____
**Greensburgh, IN**
Number Street City State Zip Code                     **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                       ■ Contingent
☐ Debtor 2 only                                       ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community           ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify  **Alleged non-consumer debt** _____

---

Debtor 1  **Gerardo Lorenzo Linarducci**                          Case number (if known)  **25-03768-JMC-13**

---

**4.90**

**U.S. Securities and Exchange Commision**

Nonpriority Creditor's Name
**c/o US Attorney**
**950 East Paces Ferry Road**
**Atlanta, GA 30326-1382**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                              **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Any and all potential liability from alleged non-consumer debt**

---

**4.91**

**UMB Credit Card Program**

Nonpriority Creditor's Name
**PO Box 419734**
**Kansas City, MO 64141-6734**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **5345**                              **$0.00**

When was the debt incurred?  **May 2024**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Brian Pastor**
**Sonn Law Group PA**
**3455 Peachtree Rd NE, Ste. 500**
**Atlanta, GA 30326**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Brian Pastor**
**Sonn Law Group PA**
**3455 Peachtree Rd NE, Ste. 500**
**Atlanta, GA 30326**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Cecilia Jackson Christy**
**Rountree Leitman Klein & Geer, LLC**
**2987 Clairmont Rd, Suite 350**
**Atlanta, GA 30329**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.36** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1  **Gerardo Lorenzo Linarducci**                   Case number (if known)   **25-03768-JMC-13**

---

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Cecilia Jackson Christy**<br>**Rountree Leitman Klein & Geer, LLC**<br>**2987 Clairmont Rd, Suite 350**<br>**Atlanta, GA 30329** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.85** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Cecilia Jackson Christy**<br>**Rountree Leitman Klein & Geer, LLC**<br>**2987 Clairmont Rd, Suite 350**<br>**Atlanta, GA 30329** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Cecilia Jackson Christy**<br>**Rountree Leitman Klein & Geer, LLC**<br>**2987 Clairmont Rd, Suite 350**<br>**Atlanta, GA 30329** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Cecilia Jackson Christy**<br>**Rountree Leitman Klein & Geer, LLC**<br>**2987 Clairmont Rd, Suite 350**<br>**Atlanta, GA 30329** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.82** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Jeffrey Sonn**<br>**Sonn Law Group PA**<br>**19495 Biscayne Blvd., Ste. 607**<br>**Aventura, FL 33180** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.64** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Jeffrey Sonn**<br>**Sonn Law Group PA**<br>**19495 Biscayne Blvd., Ste. 607**<br>**Aventura, FL 33180** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Mark E. Maddox**<br>**MADDOX HARGETT & CARUSO,**<br>**P.C.**<br>**10150 Lantern Road, Suite 175**<br>**Fishers, IN 46037** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.64** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Mark E. Maddox**<br>**MADDOX HARGETT & CARUSO,**<br>**P.C.**<br>**10150 Lantern Road, Suite 175**<br>**Fishers, IN 46037** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Ross M. Good**<br>**The Good Law Group**<br>**800 E Northwest Hw Suite 814**<br>**Palatine, IL 60074** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.64** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Ross M. Good** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

---

Debtor 1   **Gerardo Lorenzo Linarducci**                                        Case number (if known)   **25-03768-JMC-13**

**The Good Law Group**
**800 E Northwest Hw Suite 814**
**Palatine, IL 60074**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Russell Landy**<br>**Damian & Valori LLP**<br>**1000 Brickell Avenue, Ste. 1020**<br>**Miami, FL 33131** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Sarah Fisher Racing**<br>**c/o Sarah Fisher O'Gara**<br>**8770 Shelbyville Rd**<br>**Indianapolis, IN 46259** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.70** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Shawn M. Good**<br>**The Good Law Group**<br>**800 East Northwest Highway Suite 814**<br>**Palatine, IL 60074** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.64** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Shawn M. Good**<br>**The Good Law Group**<br>**800 East Northwest Highway Suite 814**<br>**Palatine, IL 60074** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**U.S. Securities & Exchange Commision GA**<br>**c/o Pat Huddleson**<br>**950 Est Paces Ferry Road**<br>**Atlanta, GA 30326-1382** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.90** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**U.S. Securities & Exchange Commission GA**<br>**c/o Harry B. Roback**<br>**950 East Paces Ferry Road, Suite 900**<br>**Atlanta, GA 30326-1382** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.90** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**U.S. Securities & Exchange Commission GA**<br>**c/o Madison Graham Loomis**<br>**950 East Paces Ferry Road, Suite 900**<br>**Atlanta, GA 30326-1382** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.90** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total Claim |
|---|---|---|---|
| | 6a.  **Domestic support obligations** | 6a.  $ | **0.00** |
| **Total** | | | |

Debtor 1  **Gerardo Lorenzo Linarducci**                                    Case number (if known)    **25-03768-JMC-13**

| claims from Part 1 | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | **Total Claim** | |
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 14,218.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 14,218.00 |

**Fill in this information to identify your case:**

Debtor 1     **Gerardo Lorenzo Linarducci**
          First Name         Middle Name         Last Name

Debtor 2
(Spouse if, filing)    First Name         Middle Name         Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number    **25-03768-JMC-13**
(if known)

☐ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number    Street <br><br> City       State      ZIP Code | |
| **2.2** <br> Name <br><br> Number    Street <br><br> City       State      ZIP Code | |
| **2.3** <br> Name <br><br> Number    Street <br><br> City       State      ZIP Code | |
| **2.4** <br> Name <br><br> Number    Street <br><br> City       State      ZIP Code | |
| **2.5** <br> Name <br><br> Number    Street <br><br> City       State      ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1 **Gerardo Lorenzo Linarducci**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number **25-03768-JMC-13**
(if known)

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **J. J. Linarducci**<br>**12162 Pearl Bay Ridge**<br>**Indianapolis, IN 46236** | ■ Schedule D, line   **2.2**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Kroger Gardis & Regas LLP** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Gerardo Lorenzo Linarducci** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (If known) | **25-03768-JMC-13** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | Self employed | |
| | Employer's name | Eye Can Coaching, LLC | |
| | Employer's address | 11650 Olio Road 338<br>Fishers, IN 46037 | |
| | How long employed there? | 3 months | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  **Gerardo Lorenzo Linarducci**                                        Case number (*if known*)  **25-03768-JMC-13**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  |  6. | $ 0.00 | $ 0.00 |

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  |  7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 500.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: **Annuity paid to spouse** | 8h.+ | $ 0.00 | + $ 178.31 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  |  9. | $ 500.00 | $ 178.31 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  |  10. | $ 500.00 | + $ 178.31 | = $ 678.31 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:  |  11. +$ 0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies  |  12. | $ 678.31 |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

■ Yes. Explain:

> On the Petition Date, Debtor had been offered and accepted employment at North American Senior Benefits with anticipated commissions in year one betweeen $95,000.00 - $125,000.00 and $250,000.00 annually by year 3. Since the Petition Date, this employer withdrew the offer of employment of Debtor. Debtor is seeking employment and anticipates earning a minimunum of $125,000.00 per year at replacement employment. Additionally, Debtor's spouse anticiaptes earning between $95,000.00 to $125,000.00 per year and is actively seeking employment. Debtor has had multiple interviews with a prospective employer. Debtor will file an amended Schedule I upon commencement of employment.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Gerardo Lorenzo Linarducci** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (If known) | **25-03768-JMC-13** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
<span style="float:right">12/15</span>

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.

    ■ Yes.    Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Wife** | **62** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4.  $ _____ 0.00

    **If not included in line 4:**

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a.  $ _____ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $ _____ 700.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $ _____ 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d.  $ _____ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ _____ 0.00 |

| Debtor 1 | **Gerardo Lorenzo Linarducci** | Case number (if known) | **25-03768-JMC-13** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **600.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **300.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **400.00** |
| | 6d. Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **750.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **0.00** |
| 10. | **Personal care products and services** | 10. $ | **0.00** |
| 11. | **Medical and dental expenses** | 11. $ | **200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **0.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **430.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **1,200.00** |
| | 15b. Health insurance | 15b. $ | **900.00** |
| | 15c. Vehicle insurance | 15c. $ | **300.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | $ | **625.00** |
| | Specify: **Care for Elderly, Chronically ill or disabled family member** | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **6,505.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **6,505.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | **678.31** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **6,505.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | **-5,826.69** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gerardo Lorenzo Linarducci** |
| | First Name　　　　　　Middle Name　　　　　　Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name　　　　　　Middle Name　　　　　　Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | **25-03768-JMC-13** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____　Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Gerardo Lorenzo Linarducci**　　　　　　X _____
**Gerardo Lorenzo Linarducci**　　　　　　　　　Signature of Debtor 2
Signature of Debtor 1

Date **July 28, 2025**　　　　　　　　　　　　Date _____

Official Form 106Dec　　　　　　**Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

Debtor 1     **Gerardo Lorenzo Linarducci**
_____
First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)  _____
First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number    **25-03768-JMC-13**
(if known)

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **12931 Girvan Way Fishers, IN 46037** | From-To: **2019-2023** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $2,400.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ☑ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   **Gerardo Lorenzo Linarducci**                                    Case number *(if known)*   **25-03768-JMC-13**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2024 ) | ■ Wages, commissions, bonuses, tips ☐ Operating a business | **$3,504,647.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips ☐ Operating a business | **$2,782,775.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that:** (January 1 to December 31, 2023 ) | **Interest / Dividends** | **$2,140.00** | | |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■  No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
    ☐  No.    Go to line 7.
    ■  Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐  Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐  No.    Go to line 7.
    ☐  Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Debtor 1   **Gerardo Lorenzo Linarducci**                                      Case number *(if known)*   **25-03768-JMC-13**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998-1537** | **Various dates**<br>**March - June 2025** | **$39,742.98** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **JPMorgan Chase Bank**<br>**P.O. Box 15369**<br>**Wilmington, DE 19850** | **Various dates**<br>**March - June 2025** | **$24,014.51** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Marion County Treasurer**<br>**200 East Washington St. Suite 1001**<br>**Indianapolis, IN 46204** | **June 17, 2025** | **$8,504.74** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Property Taxes** |
| **Ameritas Life Insurance**<br>**5900 O Street**<br>**Lincoln, NE 68510** | **June 10, 2025** | **$3,870.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Life Insurance Premium** |
| **Apple Card - Goldman Sachs Bank USA**<br>**Lockbox 6112**<br>**PO Box 7247**<br>**Philadelphia, PA 19170-6112** | **March - June 2025** | **$10,475.85** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Credit Card** |
| **Unknown payments to various creditors** | **Potential payments betwee March 26 - June 26, 2025** | **Unknown** | **Unknown** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Unknown payments to various creditors. Debtor reviewing bank and credit card statements for additional payments.  If applicable, amended disclosures will be filed in 30 days.  All known payments have been disclosed.** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | Gerardo Lorenzo Linarducci | | Case number (*if known*) | 25-03768-JMC-13 |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☑ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Unknown payments to various creditors** | **Potential payments between June 2024 - June 2025.** | **Unknown** | **Unknown** | **Unknown payments to various insiders. Debtor is still reviewing bank and credit card statements for additional payments. If applicable, amended disclosures will be filed as additional payments are identified. All known payments hae been disclosed.** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No
☑ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| **J. J. Linarducci 12162 Pearl Bay Ridge Indianapolis, IN 46236** | **7/8/24** | **$288,797.99** | **$0.00** | **Payment in full of joint mortgage on 12931 Girvan Way, Fishers IN 46037 upon sale of property.** |
| **Unknown payments to various creditors** | **Potential payments between June 2024 - June 2025** | **Unknown** | **Unknown** | **Unknown payments to various creditors. Debtor is still reviewing bank and credit card statements for additional payments. If applicable, amended disclosures will be filed if additional payments are identified. All known payments have been disclosed.** |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Debtor 1 __Gerardo Lorenzo Linarducci__                     Case number *(if known)* __25-03768-JMC-13__

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Rachel Lynn Williamson and Constance Nocoa v. Gerardo Lorenzo Linarducci, et al.<br>1:24-cv-01526-TWO-MJD** | **Civil** | **USDC Southern Indiana Indianapolis Divison<br>46 E. Ohio Street<br>Indianapolis, IN 46204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **United States Securities and Exchange Commision<br>1:24-cv-03583-VMC** | **Civil** | **USDC Northern District of Georgia<br>Atlanta Division<br>2211 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ☐ No
   ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **J. J. Linarducci<br>12162 Pearl Bay Ridge<br>Indianapolis, IN 46236**<br><br>Person's relationship to you: **Wife** | **Diamond Pendant and various birthday, christmas and holidays gifts given to debtor's spouse located at debtor's residence.  Total retail value of items at time of purchase was approximately $102,000.00.** | **Various dates from June 2023 through Petition Date** | **Unknown** |
| **Pasquale Linarducci<br>Port Saint Lucie, FL 34953**<br><br>Person's relationship to you: **Father** | **Gifts to father including bathroom remodel with walk in bathtub.  Retail value at time of gift was approximately $14,000.00.** | **October 2024** | **Unknown** |

Debtor 1  **Gerardo Lorenzo Linarducci**                          Case number (*if known*)  **25-03768-JMC-13**

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Anthony Linarducci**<br>**Port St. Lucie, FL**<br><br>Person's relationship to you: **Brother** | **Down Payment for home in Florida** | **2024** | **$15,000.00** |
| **Katie Linarducci**<br>**Indianapolis, IN**<br><br>Person's relationship to you: **Daughter in Law** | **Christmas, birthday and various holiday gifts. Approximate retail value of gifts at time of purchase was $8,200.00.** | **12/2023 and 3/1/2025** | **Unknown** |
| **Lorenzo Linarducci**<br>**Indianapolis, IN**<br><br>Person's relationship to you: **Son** | **Downpayment for home ($200,000.00) and gifts for various holidays and birthday. Retail value of gifts at time of purchase was approximately $2,900.00** | **1/24/2025; 12/24/2023; 12/24/2024** | **$202,900.00** |
| **S. Lee & A. Lee**<br>**Indianapolis, IN**<br><br>Person's relationship to you: **Grandson & Granddaughter** | **Gifts. Retail value of gifts at time of purchase was $13,700.00** | | **Unknown** |
| **SFHR Development LLC**<br>**8770 Shelbyville Road**<br>**Indianapolis, IN 46259**<br><br>Person's relationship to you: **None** | **Gifts to race car development team.** | **2/20/25; 3/20/25; 4/28/25** | **$63,000.00** |
| **Potential gifts to unknown individuals and entities**<br><br>Person's relationship to you: **Unknown** | **Potential gifts to various individuals and entities. Debtor is reviewing bank and credit card statements for additional gifts. If applicable, amended disclosures will be filed if additional gifts are identified. All known gifts have been disclosed.** | **Potential gifts between June 2023 and June 2025** | **Unknown** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Oldenburg Academy Immaculate Conception**<br>**1 Twister Circle**<br>**P O Box 200**<br>**Oldenburg, IN 47036** | **High School - Alumni Chariable Contribution** | **2023** | **$50,000.00** |
| **For the Kids Non Profit** | **Charitable Donation** | **2024** | **$25,000.00** |
| **Driving for Dyslexia** | **Charitable Donation** | **2024** | **$10,000.00** |

Debtor 1   **Gerardo Lorenzo Linarducci**          Case number *(if known)*   **25-03768-JMC-13**

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Unknown charitable organizations** | **Potential charitable contributions to various individuals and entities. Debtor is reviewing bank and credit card statements for additional contributions. If applicable, amended disclosures will be filed if additional contributions are identified. All known contributions have been disclosed.** | **Possible contributions between June 2023 and June 2025** | **Unknown** |
| **Holy Spirit of Geist** | **Charitable Donation** | | **$2,600.00** |
| **St. Benedict of Port St. Lucia** | **Charitable Donation** | | **$2,600.00** |

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Stolen Retainer (returned 2 months later to Fifth Third Bank)** | | **10/2024** | **$50,000.00** |

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kroger Gardis & Regas LLP<br>111 Monument Circle, Suite 900<br>Indianapolis, IN 46204** | **Retainer** | **June 2025** | **$13,000.00** |
| **Kroger, Gardis & Regas, LLP<br>111 Monument Circle<br>Suite 900<br>Indianapolis, IN 46204** | **Retainer** | **October 2024** | **$25,000.00** |
| **Kroger, Gardis & Regas, LLP<br>111 Monument Circle<br>Suite 900<br>Indianapolis, IN 46204** | **Retainer** | **February 2025** | **$25,000.00** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  **Gerardo Lorenzo Linarducci**                              Case number (*if known*)  **25-03768-JMC-13**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **InCharge Debt Solutions** | **Credit Counseling Fees** | **June 2025** | **$30.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Matthew Ruhnow and Michelle Ruhnow**<br>**12931 Girvan Way**<br>**Fishers, IN 46037**<br><br>**None** | **Sale of 19231 Girvan Way, Fishers IN 46037** | **$670,000 sale price of property. Net proceeds of sale in the approximate amount of $354,000.00 were utilized to remodle Pearl Bay property.** | **July 8, 2024** |
| **Tom Wood**<br><br>**None** | **Trade in of 2020 Lexus RX** | **Trade in of vehicle.** | **2024** |
| **Drive Planning, LLC**<br>**C/o Kenneth Murena**<br>**Damian & Valori LLP**<br>**1000 Brickell Avenue, Ste. 1020**<br>**Miami, FL 33131** | **Money - $654,000.00** | | **Various dates in 2023 and 2024** |

Debtor 1   **Gerardo Lorenzo Linarducci**                                    Case number *(if known)*   **25-03768-JMC-13**

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Potential payments and transfers to various individuals and entities**<br><br>**Unknown** | **Potential payments and transfers to various individuals and entities outside the ordinary course of business. Debtor is reviewing bank and credit card statements for additional payments and transfers. If applicable, amended disclosures will be filed if additional payments and transfers are identified. All known transfers have been disclosed.** | **Unknown** | **Various dates from June 2023 - June 2025** |
| **Ducci Legacy, LLC**<br>**12162 Pearl Bay Ridge**<br>**Indianapolis, IN 46236**<br><br>**LLC partially owned by Debtor** | **Money utilized to fund Delaware charitable limited liability company**<br>**$400,000.00** | **Membership interest in limited liability company** | **January 2024** |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Fifth Third Bank**<br>**PO Box 630337**<br>**Cincinnati, OH 45263** | **XXXX-0450** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2025** | **$7,550.68** |
| **Fifth Third Bank**<br>**PO Box 630337**<br>**Cincinnati, OH 45263** | **XXXX-8094** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/12/2025** | **$124,020.43** |

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **9**

Debtor 1  **Gerardo Lorenzo Linarducci**                Case number *(if known)*  **25-03768-JMC-13**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Fifth Third Bank**<br>**POBox 630337**<br>**Cincinnati, OH 45263** | **XXXX-1330** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **5/12/2025** | **$7,550.68** |
| **Fifth Third Bank**<br>**POBox 630337**<br>**Cincinnati, OH 45263** | **XXXX-3599** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **5/12/2025** | **Unknown** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **J. J. Linarducci**<br>**12162 Pearl Bay Ridge**<br>**Indianapolis, IN 46236** | **12162 Pearl Bay Ridge**<br>**Indianapolis, IN 46236** | **200 Copper Pennies; 31 Silver Nickels; 350 Silver Dimes; 440 Silver Quarters; 113 Silver Half Dollars; 180 Silver Dollars.  Coins were inherited from spouse's family.  Due to security concerns, the coins has been removed from the Pearl Bay Ridge Property since the petition date.**<br><br>**1/2 of household furnishings - Unknown awaiting appraisal** | **Unknown** |

Debtor 1    **Gerardo Lorenzo Linarducci**                    Case number *(if known)*    **25-03768-JMC-13**

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  **Have you notified any governmental unit of any release of hazardous material?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ■ No
- ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies.  Go to Part 12.
- ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Ducci Enterprise LLC**<br>**12931 Girvan Way**<br>**Fishers, IN 46037** | **Indiana limited liability company** | **EIN:**    **88-2415609**<br><br>**From-To**    **5/20/2022 - present** |

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **11**

Debtor 1   **Gerardo Lorenzo Linarducci**                                    Case number (*if known*)   **25-03768-JMC-13**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Ducci Legacy LLC**<br>**12162 Pearl Bay Rdg**<br>**Indianapolis, IN 46236** | **Charitable Delaware limited**<br>**liability company** | EIN:   **93-4367596**<br><br>From-To   **12/29/2023 - present** |
| **Integrity Wealth Partners LLC**<br>**8100 E. 106th St.**<br>**Ste. 240**<br>**Fishers, IN 46038** | **Indiana limited liability company** | EIN:   **99-4020266**<br><br>From-To   **7/17/2024 - present** |
| **Eye Can Coaching, LLC**<br>**11650 Oilo Rd. 338**<br>**Fishers, IN 46037** | **Personalized business coaching** | EIN:<br><br>From-To   **3/1/2025 to present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ☑ **No**
   ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Gerardo Lorenzo Linarducci**
**Gerardo Lorenzo Linarducci**                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **July 28, 2025**                                     Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☑ **No**
☐ **Yes**

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ **No**
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|--------:|--------------------|
|   | $1,167  | filing fee         |
| + | $571    | administrative fee |
|   | $1,738  | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Gerardo Lorenzo Linarducci**                                              Case No.    **25-03768-JMC-13**

_____ Debtor(s)                                      Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................... $ _____ **26,390.52**

   Prior to the filing of this statement I have received .................... $ _____ **26,390.52**

   Balance Due ........................................................................... $ _____ **0.00**

2. $ **313.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **See Application to Employ**

4. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    **See Application to Employ**

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **See Application to Employ**

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See Application to Employ**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **See Application to Employ**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 28, 2025**                                         **/s/ Harley K. Means**
_____                          **Harley K. Means 23068-32**
*Date*                                                    *Signature of Attorney*
                                                         **Kroger, Gardis & Regas, LLP**
                                                         **111 Monument Circle**
                                                         **Suite 900**
                                                         **Indianapolis, IN 46204**
                                                         **317-692-9000  Fax: 317-264-6832**
                                                         *Name of law firm*

---

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re: )     Case No.  **25-03768-JMC-13**
**Gerardo Lorenzo Linarducci** )
)     ☐ Check if this form is submitted with an amended creditor
)     list.
Debtor(s). )

### VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:  **July 28, 2025**

**/s/ Gerardo Lorenzo Linarducci**
**Gerardo Lorenzo Linarducci**
Signature of Debtor

Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

AARON POWERS
4425 N. CO RD
MILAN, IN 47031


AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998-1537


AMY SIEFERT
718 MEADOW LANE
PLAINFIELD, IN 46168


ANDREW BANNING
168 E. COLUMBINE LANE
WESTFIELD, IN 46074


ANTHONY BOLT
3438 E STATE RD 350
OSGOOD, IN 47037


ANTHONY GAUSMAN
529 HOENE AVE
BATESVILLE, IN 47006


ANTHONY PUENTE
4 WEST SALEM RD
BATESVILLE, IN 47006

```
APPLE CARD - GOLDMAN SACHS BANK USA
LOCKBOX 6112
PO BOX 7247
PHILADELPHIA, PA 19170-6112




BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON, DE 19899-8803




BASS PRO FIN SERVICES
6565 HEADQUARTERS DR
PLANO, TX 75024




BMW FINANCIAL SERVICES
1400 CITY VIEW DRIVE
COLUMBUS, OH 43215




BRENDA SULLIVAN
12930 GIRVAN WAY
FISHERS, IN 46037




BRIAN KUNTZ
13121 NORTH ST
DILLSBORO, IN 47018




BRIAN PASTOR
SONN LAW GROUP PA
3455 PEACHTREE RD NE, STE. 500
ATLANTA, GA 30326
```

CAROL BISHOP
1235 S. CO RD 400 E
GREENSBURG, IN 47240


CECILIA JACKSON CHRISTY
ROUNTREE LEITMAN KLEIN & GEER, LLC
2987 CLAIRMONT RD, SUITE 350
ATLANTA, GA 30329


CENLAR FSB
PO 77404
TRENTON, NJ 08628


CHARLES KOCAL
12955 GIRVAN WAY
FISHERS, IN 46037


CLEARVIEW FEDERAL CREDIT UNION
8805 UNIVERSITY BLVD
MOON TOWNSHIP, PA 15108-4212


CONSTANCE NOVOA
C/O BRIAN PASTOR, SONN LAW GROUP PA
3455 PEACHTREE RD NE, STE. 500
ATLANTA, GA 30326


CRAIG THOMAS
6304 W. CEDAR CHASE DR.
MC CORDSVILLE, IN 46055

DAKOTA MEYER
1598 NORTH COWLITS TRAIL
GREENSBURG, IN 47240


DARBY CAIN
INDIANAPOLIS, IN


DEBRA BOLT
3438 E. STATE RD 350
OSGOOD, IN 47037


DERICK POWERS
3631 THREE OAKS DRIVE
FORT WAYNE, IN 46809


DIANE KOCAL
12955 GIRVAN WAY
FISHERS, IN 46037


DOUGLAS GAGNE
7519 E. HOFF RD
SUNMAN, IN 47041


DRIVE GULFPORT PROPERTIES LLC
ROUNTREE LEITMAN KLEIN & GEER, LLC
2987 CLAIRMONT RD, SUITE 350
ATLANTA, GA 30329

```
DRIVE PROPERTIES, LLC
ROUNTREE LEITMAN KLEIN & GEER LLC
2987 CLAIRMONT RD, SUITE 350
ATLANTA, GA 30329




DRIVING FOR DYSLEXIA
7304 E STOP 11 RD
INDIANAPOLIS, IN 46259




FIFTH THIRD BANK NA
5050 KINGSLEY DRIVE
CINCINNATI, OH 45263




FORTIVA
PO BOX 105555
ATLANTA, GA 30348-5555




GREGORY S. PUENTE
1449 E. SALEM RD
BATESVILLE, IN 47006




GURJEET BHULLAR
1233 SOUTHLAKE AVE
GREENWOOD, IN 46143




HENRY FRANCIS SEWELL, JR.
2964 PEACHTREE ROAD NW, SUITE 555
ATLANTA, GA 30305
```

INDIANA DEPARTMENT OF  REVENUE
PO BOX 6479
INDIANAPOLIS, IN 46206-6479


INTERNAL REVENUE SERVICE
P.O. BOX 802501
CINCINNATI, OH 45280-2501


J. J. LINARDUCCI
12162 PEARL BAY RIDGE
INDIANAPOLIS, IN 46236


JACOB ORR
268 WINDING WAY
BATESVILLE, IN 47006


JACQUELINE BURKHALTER
ROUNTREE LEITMAN KLEIN & GEER LLC
2987 CLAIRMONT RD, SUITE 350
ATLANTA, GA 30329


JANICE LAMPING
5055 NORTH HAMBURG RD
OLDENBURG, IN 47036


JASON ROSFELD
24014 HILL RD
SUNMAN, IN 47041

JEFFREY SONN
SONN LAW GROUP PA
19495 BISCAYNE BLVD., STE. 607
AVENTURA, FL 33180


JIM WEIDNER
704 E. PEARL ST.
BATESVILLE, IN 47006


JOAN METZ
5576 E. COUNTY RD 200N
GREENSBURG, IN 47240


JOHN RICKIE
5511 N. 700 E.
GREENSBURG, IN 47240


JOSE MIRANDA
NJ


JOSHUA WALKER
INDIANAPOLIS, IN


JP MORGAN CHASE BANK CARD SERVICES
PO BOX 15369
WILMINGTON, DE 19850-5369

JPMCB AUTO FINANCE
700 KANSAS LANE
LEITERS FORD, IN 46945


JULIE EDWARDS
704 CALYPSO WAY
CUMMING, GA 30040


KASEY BURRESS
9854 S. BENHAM RD
VERSAILLES, IN 47042


KATHY SHIELDS
1210 S. MICHIGAN RD
GREENSBURG, IN 47240


KENNETH MURENA, RECEIVER
DAMIAN & VALORI LLP
1000 BRICKELL AVENUE, STE. 1020
MIAMI, FL 33131


KROGER GARDIS & REGAS LLP
111 MONUMENT CIRCLE
SUITE 900
INDIANAPOLIS, IN 46204


KURTIS POLING
11698 MESA VALLEY COURT
FISHERS, IN 46037

```
LINDA MILLER
8401 KNAPP RD
INDIANAPOLIS, IN 46259




LISA ADAMS
215 W. CO. RD 1200 N
BATESVILLE, IN 47006




LORENZO LINARDUCCI
INDIANAPOLIS, IN




LORENZO LINARDUCCI
FLEMINGTON, NJ




MARION COUNTY TREASURER
200 E. WASHINGTON ST, G30
INDIANAPOLIS, IN 46204




MARK E. MADDOX
MADDOX HARGETT & CARUSO, P.C.
10150 LANTERN ROAD, SUITE 175
FISHERS, IN 46037




MARK HAYE
100 1ST AVE N., #203
PINELLAS PARK, FL 33781
```

MATTHEW LINKMEYER
3716 MONROE ST.
NAPOLEON, IN 47034


MELVI SIEFERT
718 MADOW LANE
PLAINFIELD, IN 46168


MICHAEL MILLER
1806 WYOMING CT
LAWRENCEBURG, IN 47025


NEAL PLOEGER
2220 N. CO. RD 950 EAST
GREENSBURG, IN 47240


NICHOLAS HOLLENCAMP
2075 MULLINIX RD
GREENWOOD, IN 46143


PAMELA SCHWEGMAN
3620 W. WILSON ST
OSGOOD, IN 47037


PATRICK MCLOUGHLIN
18934 COURSE VIEW RD
NOBLESVILLE, IN 46060

RACHEL WILLIAMSON
215 EVERGREEN RD
BATESVILLE, IN 47006


RANDAL RAMOS
INDIANAPOLIS, IN


RODNEY STEPLETON
3845 N 25 E
OSGOOD, IN 47037


ROGER LAMPING
5055 NORTH HAMBURG RD
OLDENBURG, IN 47036


ROSS M. GOOD
THE GOOD LAW GROUP
800 E NORTHWEST HW SUITE 814
PALATINE, IL 60074


ROY LERNER
WALLKILL, NY


RUSSELL LANDY
DAMIAN & VALORI LLP
1000 BRICKELL AVENUE, STE. 1020
MIAMI, FL 33131

```
RYAN FINANCIAL SERVICES
5 PENN CENTER W
STE 400
PITTSBURGH, PA 15276
```

```
SARAH FISHER RACING
C/O SARAH FISHERO'GARA
1067 MAIN STREET
SPEEDWAY, IN 46224
```

```
SARAH FISHER RACING
C/O SARAH FISHER O'GARA
8770 SHELBYVILLE RD
INDIANAPOLIS, IN 46259
```

```
SHAWN M. GOOD
THE GOOD LAW GROUP
800 EAST NORTHWEST HIGHWAY SUITE 814
PALATINE, IL 60074
```

```
SHEFFIELD FINANCIAL
PO BOX 849
WILSON, NC 27894
```

```
STEVE POWER
3620 W. WILSON ST
NAPOLEON, IN 47034
```

```
STEWART IVERSON
7820 TIMBER RUN CT
INDIANAPOLIS, IN 46256
```

SYNCB/HAVERTYS
PO BOX 71757
PHILADELPHIA, PA 19176-1757

SYNCB/LOWES
PO BOX 71727
PHILADELPHIA, PA 19176-1727

SYNCB/NAAUTILUS
PO BOX 965036
ORLANDO, FL 32896-5036

SYNCB/PPC
PO BOX 965005
ORLANDO, FL 32896

SYNCB/SAM'S CLUB
PO BOX 71727
PHILADELPHIA, PA 19176-1727

SYNCB/SLEEP NUMBER
PO BOX 71757
PHILADELPHIA, PA 19176-1757

TAMMY RICKE
5511 N. 700 E.
GREENSBURG, IN 47240

```
TBOM/FORTIVA
PO BOX 1055555
ATLANTA, GA 30348-5555




TBR SUPPLY HOUSE, INC.
ROUNTREE LEITMAN KLEIN & GEER, LLC
2987 CLAIRMONT RD, SUITE 350
ATLANTA, GA 30329




TD AUTO FINANACE
20 CAROLINA POINT PKWY
BUILDING B
GREENVILLE, SC 29607




THD/CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108




THE BURKHALTER RANCH CORPORATION
ROUNTREE LEITMAN KLEIN & GEER, LLC
2987 CLAIRMONT RD, SUITE 350
ATLANTA, GA 30329




THE HOME DEPOT/CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108




TIFFANY GOSSER
248 N. GREENBRIER
GREENWOOD, IN 46142
```

```
TRAVIS MOZINGO
3451 N. CO. RD 950 WEST
HOLTON, IN 47023




TYLER POWERS
GREENSBURGH, IN




U.S. SECURITIES & EXCHANGE COMMISION GA
C/O PAT HUDDLESON
950 EST PACES FERRY ROAD
ATLANTA, GA 30326-1382




U.S. SECURITIES & EXCHANGE COMMISSION GA
C/O HARRY B. ROBACK
950 EAST PACES FERRY ROAD, SUITE 900
ATLANTA, GA 30326-1382




U.S. SECURITIES & EXCHANGE COMMISSION GA
C/O MADISON GRAHAM LOOMIS
950 EAST PACES FERRY ROAD, SUITE 900
ATLANTA, GA 30326-1382




U.S. SECURITIES AND EXCHANGE COMMISION
C/O US ATTORNEY
950 EAST PACES FERRY ROAD
ATLANTA, GA 30326-1382




UMB CREDIT CARD PROGRAM
PO BOX 419734
KANSAS CITY, MO 64141-6734
```