UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: )
)
Gerardo Lorenzo Linarducci ) Case No. 25-03768-JMC-13
) #
)
Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, a copy of the foregoing Chapter 13 Plan and Notice on Chapter 13 Plan were issued electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

Ann M. DeLaney, anndelaney341@trustee13.com

Law Office of Kroger, Gardis & Regas, LLP, via e-mail address

U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

I further certify that on July 31, 2025, a copy of the foregoing Chapter 13 Plan and Notice on Chapter 13 Plan were mailed by US First-Class mail, postage prepaid and properly addressed to the following:

/s/Ann M. DeLaney, Trustee
Ann M. DeLaney, Trustee
Office of Ann M. DeLaney, Trustee
P O Box 441285
Indianapolis, IN  46244
(317) 829-7360

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 25-03768-JMC-13<br>Southern District of Indiana<br>Indianapolis<br>Tue Jul 29 10:28:48 EDT 2025 | Aaron Powers<br>4425 N. Co Rd<br>Milan, IN 47031 | American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 |
| Amy Siefert<br>718 Meadow Lane<br>Plainfield, IN 46168-1282 | Andrew Banning<br>168 E. Columbine Lane<br>Westfield, IN 46074-9741 | Anthony Bolt<br>3438 E State Rd 350<br>Osgood, IN 47037-8989 |
| Anthony Gausman<br>529 Hoene Ave<br>Batesville, IN 47006-1321 | Anthony Puente<br>4 West Salem Rd<br>Batesville, IN 47006-8042 | Apple Card - Goldman Sachs Bank USA<br>Lockbox 6112<br>PO Box 7247<br>Philadelphia, PA 19170-6112 |
| BMW Financial Services<br>1400 City View Drive<br>Columbus, OH 43215-1495 | Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Bass Pro Fin Services<br>6565 Headquarters Dr<br>Plano, TX 75024-5965 |
| Brenda Sullivan<br>12930 Girvan Way<br>Fishers, IN 46037-5613 | Brian Kuntz<br>13121 North St<br>Dillsboro, IN 47018-9056 | Brian Pastor<br>Sonn Law Group PA<br>3455 Peachtree Rd NE, Ste. 500<br>Atlanta, GA 30326-3236 |
| Carol Bishop<br>1235 S. Co Rd 400 E<br>Greensburg, IN 47240-7689 | Cecilia Jackson Christy<br>Rountree Leitman Klein & Geer, LLC<br>2987 Clairmont Rd, Suite 350<br>Atlanta, GA 30329-4435 | (p)CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 |
| Charles Kocal<br>12955 Girvan Way<br>Fishers, IN 46037-5613 | Clearview Federal Credit Union<br>8805 University Blvd<br>Moon Township, PA 15108-4212 | Constance Novoa<br>c/o Brian Pastor, Sonn Law Group PA<br>3455 Peachtree Rd NE, Ste. 500<br>Atlanta, GA 30326-3236 |
| Craig Eugene Thomas<br>6304 W Cedar Chase Dr<br>McCordsville, IN 46055-9284 | Craig Thomas<br>6304 W. Cedar Chase Dr.<br>Mc Cordsville, IN 46055-9284 | Dakota Meyer<br>6141 N County Rd 225 E<br>Osgood, IN 47037-8678 |
| Darby Cain<br>Indianapolis, IN | Debra Bolt<br>3438 E. State Rd 350<br>Osgood, IN 47037-8989 | Derick Powers<br>3631 Three Oaks Drive<br>Fort Wayne, IN 46809-1957 |
| Diane Kocal<br>12955 Girvan Way<br>Fishers, IN 46037-5613 | Douglas Gagne<br>7519 E. Hoff Rd<br>Sunman, IN 47041 | Drive Gulfport Properties LLC<br>Rountree Leitman Klein & Geer, LLC<br>2987 Clairmont Rd, Suite 350<br>Atlanta, GA 30329-4435 |

Drive Properties, LLC
Rountree Leitman Klein & Geer LLC
2987 Clairmont Rd, Suite 350
Atlanta, GA 30329-4435

Driving for Dyslexia
7304 E Stop 11 Rd
Indianapolis, IN 46259-7709

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Fortiva
PO Box 105555
Atlanta, GA 30348-5555

Gregory S. Puente
1449 E. Salem Rd
Batesville, IN 47006-8579

Gurjeet Bhullar
1233 Southlake Ave
Greenwood, IN 46143-6406

Henry Francis Sewell, Jr.
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305-4909

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Indiana Department of Revenue
PO Box 6479
Indianapolis, IN 46206-6479

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JP Morgan Chase Bank Card Services
PO Box 15369
Wilmington, DE 19850-5369

JPMCB Auto Finance
700 Kansas Lane
Leiters Ford, IN 46945

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jacob Orr
268 Winding Way
Batesville, IN 47006-7691

Jacqueline Burkhalter
Rountree Leitman Klein & Geer LLC
2987 Clairmont Rd, Suite 350
Atlanta, GA 30329-4435

Janice Lamping
5055 North Hamburg Rd
Oldenburg, IN 47036-9761

Jason Rosfeld
24014 Hill Rd
Sunman, IN 47041-7560

Jeffrey Sonn
Sonn Law Group PA
19495 Biscayne Blvd., Ste. 607
Aventura, FL 33180-2320

Jim Weidner
704 E. Pearl St.
Batesville, IN 47006-1530

Joan Metz
5576 E. County Rd 200N
Greensburg, IN 47240-8807

John Rickie
5511 N. 700 E.
Greensburg, IN 47240

Joshua Walker
Indianapolis, IN

Julie Edwards
704 Calypso Way
Cumming, GA 30040-5980

Kasey Burress
9854 S. Benham Rd
Versailles, IN 47042

Kathy Shields
1210 S. Michigan Rd
Greensburg, IN 47240-7905

Kenneth Murena, Receiver
Damian & Valori LLP
1000 Brickell Avenue, Ste. 1020
Miami, FL 33131-3014

Kroger Gardis & Regas LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125

Kurtis Poling
11698 Mesa Valley Court
Fishers, IN 46037-3894

Linda Miller
8401 Knapp Rd
Indianapolis, IN 46259-9614

Lisa Adams
215 W. Co. Rd 1200 N
Batesville, IN 47006-8731

| | | |
|---|---|---|
| Marion County Treasurer<br>200 E. Washington St., G30<br>Indianapolis, IN 46204-3338 | Mark E. Maddox<br>MADDOX HARGETT & CARUSO, P.C.<br>10150 Lantern Road, Suite 175<br>Fishers, IN 46037-9708 | Mark Haye<br>100 1st Ave N., #203<br>Pinellas Park, FL 33781 |
| Matthew Linkmeyer<br>3716 Monroe St.<br>Napoleon, IN 47034 | Melvi Siefert<br>718 Madow Lane<br>Plainfield, IN 46168-1282 | Michael Miller<br>1806 Wyoming Ct<br>Lawrenceburg, IN 47025-7492 |
| Neal Ploeger<br>2220 N. Co. Rd 950 East<br>Greensburg, IN 47240-8824 | Nicholas Hollencamp<br>2075 Mullinix Rd<br>Greenwood, IN 46143-9091 | Pamela Schwegman<br>3620 W. Wilson St<br>Osgood, IN 47037 |
| Patrick McLoughlin<br>18022 Kinder Oak Drive<br>Noblesville, IN 46062-7527 | Rachel Williamson<br>215 Evergreen Rd<br>Batesville, IN 47006-5162 | Randal Ramos<br>Indianapolis, IN |
| Rodney Stepleton<br>3845 N 25 E<br>Osgood, IN 47037 | Roger Lamping<br>5055 North Hamburg Rd<br>Oldenburg, IN 47036-9761 | Ross M. Good<br>The Good Law Group<br>800 E Northwest Hw Suite 814<br>Palatine, IL 60074-6514 |
| Russell Landy<br>Damian & Valori LLP<br>1000 Brickell Avenue, Ste. 1020<br>Miami, FL 33131-3014 | Ryan Financial Services<br>5 Penn Center W<br>Ste 400<br>Pittsburgh, PA 15276-0130 | SYNCB/Havertys<br>PO Box 71757<br>Philadelphia, PA 19176-1757 |
| SYNCB/Lowes<br>PO Box 71727<br>Philadelphia, PA 19176-1727 | SYNCB/Naautilus<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/PPC<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/Sam's Club<br>PO Box 71727<br>Philadelphia, PA 19176-1727 | SYNCB/Sleep Number<br>PO Box 71757<br>Philadelphia, PA 19176-1757 | Sarah Fisher Racing<br>c/o Sarah Fisher O'Gara<br>8770 Shelbyville Rd<br>Indianapolis, IN 46259-9644 |
| Sarah Fisher Racing<br>c/o Sarah FisherO'Gara<br>1067 Main Street<br>Speedway, IN 46224-6970 | Shawn M. Good<br>The Good Law Group<br>800 East Northwest Highway Suite 814<br>Palatine, IL 60074-6514 | Sheffield Financial<br>PO Box 849<br>Wilson, NC 27894-0849 |
| Steve Power<br>3620 W. Wilson St<br>Napoleon, IN 47034 | Stewart Iverson<br>7820 Timber Run Ct<br>Indianapolis, IN 46256-4718 | TBOM/Fortiva<br>PO Box 1055555<br>Atlanta, GA 30348-5555 |

TBR Supply House, Inc.
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd, Suite 350
Atlanta, GA 30329-4435

TD Auto Finanace
20 Carolina Point Pkwy
Building B
Greenville, SC 29607

THD/CBNA
5800 South Corporate Place
Sioux Falls, SD 57108-5027

Tammy Ricke
5511 N. 700 E.
Greensburg, IN 47240

The Burkhalter Ranch Corporation
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd, Suite 350
Atlanta, GA 30329-4435

The Home Depot/CBNA
5800 South corporate Place
Sioux Falls, SD 57108-5027

Tiffany Gosser
248 N. Greenbrier
Greenwood, IN 46142-4701

Travis Mozingo
3451 N. Co. Rd 950 West
Holton, IN 47023-8603

Tyler Powers
Greensburgh, IN 47240

U.S. Attorney's Office
10 W Market St Ste 2100
Indianapolis IN 46204-1986

U.S. Securities & Exchange Commision GA
c/o Pat Huddleson
950 Est Paces Ferry Road
Atlanta, GA 30326-1180

U.S. Securities & Exchange Commission GA
c/o Harry B. Roback
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Securities & Exchange Commission GA
c/o Madison Graham Loomis
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Securities and Exchange Commision
c/o US Attorney
950 East Paces Ferry Road
Atlanta, GA 30326-1180

U.S. Securities and Exchange Commission
c/o US Attorney
950 East Paces Ferry Road
Atlanta, GA 30326-1180

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204-1907

UMB Credit Card Program
PO Box 419734
Kansas City, MO 64141-6734

Ann M. DeLaney
Office of Ann M. Delaney
PO Box 441285
Indianapolis, IN 46244-1285

Gerardo Lorenzo Linarducci
12162 Pearl Bay Ridge
Indianapolis, IN 46236-8980

Harley K Means
Kroger Gardis & Regas, LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204-5125

Jason T. Mizzell
Kroger Gardis & Regas, LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204-5125

Ryan Murphy
Kroger Gardis & Regas LLP
111 Monument Circle
Ste 900
Indianapolis, IN 46204-5125

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cenlar FSB
PO 77404
Trenton, NJ 08628

Fifth Third Bank NA
5050 Kingsley Drive
Cincinnati, OH 45263

Indiana Department of Revenue
Bankruptcy Section
100 N Senate Ave N240
Indianapolis, IN 46204

Internal Revenue Service
P.O. Box 802501
Cincinnati, OH 45280-2501

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)Constance Novoa     (u)Rachel Williamson     End of Label Matrix
                                                **Mailable recipients   111**
                                                **Bypassed recipients     2**
                                                **Total                 113**