# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GERARDO LORENZO LINARDUCCI, | )    Case No. 25-03768-JMC-13 |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that the *Order Granting Motion for Authority to Serve Notice of All Pleadings on Receiver to Unknown Creditors* [Filing Nos. 28] (the "Order") was mailed on August 6, 2025, by first-class U.S. Mail, postage prepaid, and properly addresses to the following parties:

The Chapter 13 Trustee, the United Stated Trustee, and all creditors and parties in interest on the attached Mailing Matrix.

Parties may also access copies of the Notice via the Court's system.

 

/s/ Harley K. Means
Harley K. Means, Attorney No. 23068-32
Jason T. Mizzell, Attorney No. 30038-53
Ryan M. Murphy, Attorney No. 38288-49
KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 777-7439
hmeans@kgrlaw.com

*Counsel for Debtor*

```
Label Matrix for local noticing          Aaron Powers                         American Express
0756-1                                   4425 N. Co Rd                        PO Box 981537
Case 25-03768-JMC-13                     Milan, IN 47031                      El Paso, TX 79998-1537
Southern District of Indiana
Indianapolis
Tue Jul  8 11:11:43 EDT 2025

Amy Siefert                              Andrew Banning                       Anthony Bolt
718 Meadow Lane                          168 E. Columbine Lane                3438 E State Rd 350
Plainfield, IN 46168-1282                Westfield, IN 46074-9741             Osgood, IN 47037-8989


Anthony Gausman                          Anthony Puente                       Apple Card - Goldman Sachs Bank USA
529 Hoene Ave                            4 West Salem Rd                      Lockbox 6112
Batesville, IN 47006-1321                Batesville, IN 47006-8042            PO Box 7247
                                                                              Philadelphia, PA 19170-6112


Attorney General of the United States    BMW Financial Services               Barclays Bank Delaware
U.S. Department of Justice               1400 City View Drive                 PO Box 8803
950 Pennsylvania Ave NW                  Columbus, OH 43215-1495              Wilmington, DE 19899-8803
Washington, DC 20530-0001


Bass Pro Fin Services                    Brenda Sullivan                      Brian Kuntz
6565 Headquarters Dr                     12930 Girvan Way                     13121 North St
Plano, TX 75024-5965                     Fishers, IN 46037-5613               Dillsboro, IN 47018-9056


Brian Pastor                             Carol Bishop                         Cecilia Jackson Christy
Sonn Law Group PA                        1235 S. Co Rd 400 E                  Rountree Leitman Klein & Geer, LLC
3455 Peachtree Rd NE, Ste. 500           Greensburg, IN 47240-7689            2987 Clairmont Rd, Suite 350
Atlanta, GA 30326-3236                                                        Atlanta, GA 30329-4435


(p)CENLAR FSB                            Charles Kocal                        Clearview Federal Credit Union
425 PHILLIPS BLVD                        12955 Girvan Way                     8805 University Blvd
EWING NJ 08618-1430                      Fishers, IN 46037-5613               Moon Township, PA 15108-4212


Constance Novoa                          Craig Thomas                         Dakota Meyer
c/o Brian Pastor, Sonn Law Group PA      6304 W. Cedar Chase Dr.              1598 North Cowlits Trail
3455 Peachtree Rd NE, Ste. 500           Mc Cordsville, IN 46055-9284         Greensburg, IN 47240-8022
Atlanta, GA 30326-3236


Darby Cain                               Ann M. DeLaney                       Debra Bolt
Indianapolis, IN                         Office of Ann M. Delaney             3438 E. State Rd 350
                                         PO Box 441285                        Osgood, IN 47037-8989
                                         Indianapolis, IN 46244-1285


Derick Powers                            Diane Kocal                          Douglas Gagne
3631 Three Oaks Drive                    12955 Girvan Way                     7519 E. Hoff Rd
Fort Wayne, IN 46809-1957                Fishers, IN 46037-5613               Sunman, IN 47041
```

Drive Gulfport Properties LLC
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd, Suite 350
Atlanta, GA 30329-4435

Drive Properties, LLC
Rountree Leitman Klein & Geer LLC
2987 Clairmont Rd, Suite 350
Atlanta, GA 30329-4435

Driving for Dyslexia
7304 E Stop 11 Rd
Indianapolis, IN 46259-7709

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Fortiva
PO Box 105555
Atlanta, GA 30348-5555

Gregory S. Puente
1449 E. Salem Rd
Batesville, IN 47006-8579

Gurjeet Bhullar
1233 Southlake Ave
Greenwood, IN 46143-6406

Henry Francis Sewell, Jr.
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305-4909

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Indiana Department of Revenue
PO Box 6479
Indianapolis, IN 46206-6479

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JP Morgan Chase Bank Card Services
PO Box 15369
Wilmington, DE 19850-5369

JPMCB Auto Finance
700 Kansas Lane
Leiters Ford, IN 46945

Jacob Orr
268 Winding Way
Batesville, IN 47006-7691

Jacqueline Burkhalter
Rountree Leitman Klein & Geer LLC
2987 Clairmont Rd, Suite 350
Atlanta, GA 30329-4435

Janice Lamping
5055 North Hamburg Rd
Oldenburg, IN 47036-9761

Jason Rosfeld
24014 Hill Rd
Sunman, IN 47041-7560

Jeffrey Sonn
Sonn Law Group PA
19495 Biscayne Blvd., Ste. 607
Aventura, FL 33180-2320

Jim Weidner
704 E. Pearl St.
Batesville, IN 47006-1530

Joan Metz
5576 E. County Rd 200N
Greensburg, IN 47240-8807

John Rickie
5511 N. 700 E.
Greensburg, IN 47240

Joshua Walker
Indianapolis, IN

Julie Edwards
704 Calypso Way
Cumming, GA 30040-5980

Kasey Burress
9854 S. Benham Rd
Versailles, IN 47042

Kathy Shields
1210 S. Michigan Rd
Greensburg, IN 47240-7905

Kenneth Murena, Receiver
Damian & Valori LLP
1000 Brickell Avenue, Ste. 1020
Miami, FL 33131-3014

Kurtis Poling
11698 Mesa Valley Court
Fishers, IN 46037-3894

Gerardo Lorenzo Linarducci
12162 Pearl Bay Ridge
Indianapolis, IN 46236-8980

Linda Miller
8401 Knapp Rd
Indianapolis, IN 46259-9614

Lisa Adams
215 W. Co. Rd 1200 N
Batesville, IN 47006-8731

Mark E. Maddox  
MADDOX HARGETT & CARUSO, P.C.  
10150 Lantern Road, Suite 175  
Fishers, IN 46037-9708

Mark Haye  
100 1st Ave N., #203  
Pinellas Park, FL 33781

Matthew Linkmeyer  
3716 Monroe St.  
Napoleon, IN 47034

Harley K Means  
Kroger Gardis & Regas, LLP  
111 Monument Circle  
Suite 900  
Indianapolis, IN 46204-5125

Melvi Siefert  
718 Madow Lane  
Plainfield, IN 46168-1282

Michael Miller  
1806 Wyoming Ct  
Lawrenceburg, IN 47025-7492

Neal Ploeger  
2220 N. Co. Rd 950 East  
Greensburg, IN 47240-8824

Nicholas Hollencamp  
2075 Mullinix Rd  
Greenwood, IN 46143-9091

Pamela Schwegman  
3620 W. Wilson St  
Osgood, IN 47037

Patrick McLoughlin  
18934 Course View Rd  
Noblesville, IN 46060-1484

Rachel Williamson  
215 Evergreen Rd  
Batesville, IN 47006-5162

Randal Ramos  
Indianapolis, IN

Rodney Stepleton  
3845 N 25 E  
Osgood, IN 47037

Roger Lamping  
5055 North Hamburg Rd  
Oldenburg, IN 47036-9761

Ross M. Good  
The Good Law Group  
800 E Northwest Hw Suite 814  
Palatine, IL 60074-6514

Russell Landy  
Damian & Valori LLP  
1000 Brickell Avenue, Ste. 1020  
Miami, FL 33131-3014

Ryan Financial Services  
5 Penn Center W  
Ste 400  
Pittsburgh, PA 15276-0130

SYNCB/Havertys  
PO Box 71757  
Philadelphia, PA 19176-1757

SYNCB/Lowes  
PO Box 71727  
Philadelphia, PA 19176-1727

SYNCB/Naautilus  
PO Box 965036  
Orlando, FL 32896-5036

SYNCB/PPC  
PO Box 965005  
Orlando, FL 32896-5005

SYNCB/Sam's Club  
PO Box 71727  
Philadelphia, PA 19176-1727

SYNCB/Sleep Number  
PO Box 71757  
Philadelphia, PA 19176-1757

Sarah Fisher Racing  
c/o Sarah Fisher O'Gara  
8770 Shelbyville Rd  
Indianapolis, IN 46259-9644

Sarah Fisher Racing  
c/o Sarah FisherO'Gara  
1067 Main Street  
Speedway, IN 46224-6970

Shawn M. Good  
The Good Law Group  
800 East Northwest Highway Suite 814  
Palatine, IL 60074-6514

Sheffield Financial  
PO Box 849  
Wilson, NC 27894-0849

Steve Power  
3620 W. Wilson St  
Napoleon, IN 47034

Stewart Iverson  
7820 Timber Run Ct  
Indianapolis, IN 46256-4718

TBOM/Fortiva  
PO Box 1055555  
Atlanta, GA 30348-5555

| | | |
|---|---|---|
| TBR Supply House, Inc.<br>Rountree Leitman Klein & Geer, LLC<br>2987 Clairmont Rd, Suite 350<br>Atlanta, GA 30329-4435 | TD Auto Finanace<br>20 Carolina Point Pkwy<br>Building B<br>Greenville, SC 29607 | THD/CBNA<br>5800 South Corporate Place<br>Sioux Falls, SD 57108-5027 |
| Tammy Ricke<br>5511 N. 700 E.<br>Greensburg, IN 47240 | The Burkhalter Ranch Corporation<br>Rountree Leitman Klein & Geer, LLC<br>2987 Clairmont Rd, Suite 350<br>Atlanta, GA 30329-4435 | The Home Depot/CBNA<br>5800 South corporate Place<br>Sioux Falls, SD 57108-5027 |
| Tiffany Gosser<br>248 N. Greenbrier<br>Greenwood, IN 46142-4701 | Travis Mozingo<br>3451 N. Co. Rd 950 West<br>Holton, IN 47023-8603 | Tyler Powers<br>Greensburgh, IN 47240 |
| U.S. Attorney's Office<br>Civil Process Clerk<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-3048 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis IN 46204-1986 | U.S. Securities & Exchange Commision GA<br>c/o Pat Huddleson<br>950 Est Paces Ferry Road<br>Atlanta, GA 30326-1180 |
| U.S. Securities & Exchange Commission GA<br>c/o Harry B. Roback<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Securities & Exchange Commission GA<br>c/o Madison Graham Loomis<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Securities and Exchange Commision<br>c/o US Attorney<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 |
| U.S. Trustee<br>Office of U.S. Trustee<br>46 E Ohio Street, Room 520<br>Indianapolis, IN 46204-1907 | UMB Credit Card Program<br>PO Box 419734<br>Kansas City, MO 64141-6734 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cenlar FSB<br>PO 77404<br>Trenton, NJ 08628 | Fifth Third Bank NA<br>5050 Kingsley Drive<br>Cincinnati, OH 45263 | Indiana Department of Revenue<br>Bankruptcy Section<br>100 N Senate Ave N240<br>Indianapolis, IN 46204 |
| Internal Revenue Service<br>P.O. Box 802501<br>Cincinnati, OH 45280-2501 | End of Label Matrix<br>Mailable recipients   106<br>Bypassed recipients     0<br>Total                  106 | |