UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  CASE NO. 25-03768-JMC-13
GERARDO LORENZO LINARDUCCI
DEBTOR(S)

## TRUSTEE'S OBJECTION TO CONFIRMATION

Comes now, Ann M. DeLaney, Trustee herein, and objects to confirmation of the debtor's plan dated 07/28/2025 for the following reason (s):

1. Plan is currently underfunded.
2. Best Efforts no met - Trustee surrender of pontoon boat.
3. Plan is not feasible with current household income.
4. Trustee seeking proof of:
    a. charitable expenses life insurance policies (and values)
    b. last 12 months of bank statement on all accounts
    c. appraisal of residence
    d. 2024 tax return and submission of annual tax returns over the life of the Plan.

WHEREFORE, after notice and hearing, your Trustee requests the Court enter an order sustaining this objection and ordering an amended plan.

Respectfully submitted,

DATE: August 25, 2025

/s/Ann DeLaney
Ann DeLaney
P.O. Box 441285
Indianapolis, IN 46244
Telephone: (317) 829-7360
Facsimile: (317) 829-7369
Email:anndelaney341@trustee13.com

## Certificate of Service

I do hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been duly served upon the following individuals, by United States mail, first-class postage prepaid, on this date August 25, 2025:

U.S. Trustee     *via electronic mail*

KROGER GARDIS & REGAS     *via electronic mail*

GERARDO LORENZO LINARDUCCI: 12162 PEARL BAY RIDGE, INDIANAPOLIS, IN 46236

/s/Ann DeLaney
Ann DeLaney