UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GERARDO LORENZO LINARDUCCI ) | CASE NO.: 25-03768-JMC-13 |
| ) | |
| Debtor. ) | |

## AGREED MOTION TO CONTINUE SEPTEMBER 16, 2025 CONFIRMATION HEARING

Comes now Gerardo Lorenzo Linarducci ("**Debtor**"), by counsel, and for his Agreed Motion to Continue September 16, 2025 Confirmation Hearing and states as follows:

1. On June 27, 2025, the Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. On July 28, 2025, Debtor filed his Chapter 13 Plan ("**Plan**"). ECF No. 23.

3. On August 25, 2025, the Chapter 13 Trustee filed her *Objection to Confirmation* ("**Trustee Objection**"). ECF No. 41.

4. On August 27, 2025, the U.S. Securities and Exchange Commission ("**SEC**") filed its *Response and Reservation of Rights to Chapter 13 Plan* ("**SEC Objection**"). ECF No. 44.

5. On August 27, 2025, Kenneth D. Murena, as Court-Appointed Receiver of Drive Planning, LLC ("**Receiver**")[1], filed his *Objection to Confirmation of Debtor's Chapter 13 Plan ("**Receiver Objection**")*. ECF NO. 45.

---

[1] Debtor is not a member of Drive Planning, LLC and is not a defendant in the SEC enforcement action giving rise to the receivership.

6. On August 27, 2025, Rachel Williamson ("**Williamson**") filed her *Notice of Joinder of Creditor Williamson in Receiver Kenneth D. Murena's Objection to Chapter 13 Plan* ("**Williamson Objection**"). ECF No. 46.

7. A hearing on the Trustee Objection is scheduled for September 30, 2025 at 1:00 PM.

8. A hearing on the SEC Objection, Receiver Objection, and Williamson Objection is scheduled for September 16, 2025 at 1:00 PM.

9. Debtor reserves all rights with respect to the issues raised in the Trustee Objection, SEC Objection, Receiver Objection, and Williamson Objection. Notwithstanding, Debtor agrees that the Plan as proposed cannot be confirmed and requires additional time to file an amended plan.

10. Counsel for the Debtor has contacted counsel for the SEC, Receiver, and Williamson and they each consent to a continuation of the September 16, 2025 confirmation hearing for approximately sixty (60) days.[2]

11. Debtor respectfully requests that the confirmation hearing scheduled for September 16, 2025 at 1:00 PM be continued for approximately sixty (60) days and reset at the convenience of the Court.[3]

WHEREFORE, Gerardo Lorenzo Linarducci, by counsel, prays that the hearing set on September 16, 2025, at 1:00 PM be continued for approximately sixty (60) days and reset at the convenience of the Court and for all other relief proper in the premises.

---

[2] The Receiver reserves the right to seek to dismiss this Chapter 13 Bankruptcy Case and seek relief with respect to certain real property of Debtor, and to obtain such relief from the Court, prior to Debtor's filing an amended plan.

[3] The Chapter 13 Trustee has agreed to request a reset hearing on the Trustee Objection at the hearing scheduled for September 30, 2025.

KROGER, GARDIS & REGAS, LLP

By: /s/ Harley K. Means
Harley K. Means, Attorney No. 23068-32
Jason T. Mizzell, Attorney No. 30038-53
Ryan M. Murphy, Attorney No. 38288-49
KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 777-7439
hmeans@kgrlaw.com
jmizzell@kgrlaw.com
rmurphey@kgrlaw.com

*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

- Jason T. Mizzell, jmizzell@kgrlaw.com; kwhigham@kgrlaw.com; cresler@kgrlaw.com; tfroelich@kgrlaw.com; kpeerman@kgrlaw.com
- Ryan Murphy, RMurphy@kgrlaw.com; kwhigham@kgrlaw.com; cresler@kgrlaw.com; dg@kgrlaw.com; sharding@kgrlaw.com
- Ann Delaney ECFdelaney@trustee13.com, ecfdelaney@gmail.com
- US. Trustee ustpregion10.in.ecf@usdoj.gov
- Ross M. Good, ross@thegoodlawgroup.com
- Shawn M. Good, info@thegoodlawgroup.com
- David Baddley, baddleyd@sec.gov
- Amanda Clark Palmer, aclark@gsllaw.com
- James P Moloy, jmoloy@boselaw.com
- Adriana M. Pavon, apavon@dvcattorneys.com

I hereby certify that on September 11, 2025, a copy of the foregoing was mailed by United States mail to the following:

**Mailing Matrix attached– parties who receive an electronic copy may not receive a paper copy**

/s/ *Harley K. Means*
Harley K. Means
