UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

**Gerardo Lorenzo Linarducci**,            Case No. **25−03768−JMC−13**
    Debtor.

# NOTICE

A Motion to Extend Time to File Complaint was filed on September 25, 2025, by Creditor U.S. Securities and Exchange Commission to extend the time for filing to January 5, 2026.

**NOTICE IS GIVEN** that your rights may be affected. You should read these documents carefully and discuss them with your attorney. If you do not have an attorney, you may want to consult one.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to enter an order on the Motion to Extend Time to File Complaint or want the Court to consider your views, an objection, explaining your position, must be filed with the Court by October 10, 2025. A copy must be sent to the party or party's attorney requesting relief at the following address:

>David Baddley
>Securities & Exchange Commission
>950 East Paces Ferry Road, NE
>Suite 900
>Atlanta, GA 30326−1382

If you mail your objection, it must be mailed early enough so that the Court receives it on or before October 10, 2025. Objections must comply with S.D.Ind. B−9013−1(d).

If these steps are not taken, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: September 26, 2025            Eric R. Kleis
                                                    Clerk, U.S. Bankruptcy Court