UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 25-03768-JMC-13 |
| GERARDO LORENZO LINARDUCCI, | ) |
| | ) |
| | ) |
| Debtor. | ) |
| _____ | ) |

## **OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The Debtor, Gerardo Lorenzo Linarducci, by counsel, hereby objects to the Motion for Relief from Stay filed by Kenneth D. Murena, and states as follows in support of his objection:

On November 19, 2025, Kenneth D. Murena, as the Court-appointed receiver in *SEC v. Drive Planning, LLC, et al.*, Case No. 1:24-cv-03583 (N.D. Ga.) filed a Motion for Relief from Automatic Stay to take action to recover property located at 12162 Pearl Bay Ridge, Indianapolis, Indiana 46236.

The Receiver has failed to establish cause to lift the stay, because the Debtor and the bankruptcy estate would be prejudiced if the stay were lifted, there is limited prejudice to the Receiver if the stay is allowed to remain in place, and this Court is best-positioned to consider the Receiver's requested remedy in a separate adversary proceeding.

A brief in opposition to the motion is being filed concurrently.

WHEREFORE, the Debtor, by counsel, asks that the Receiver's *Motion for Relief from Stay* be denied, that the Court set this matter for a hearing at some time other than the Court's regular Chapter 13 matter calendar, and for all other proper relief.

Respectfully submitted,

*/s/ Jason T. Mizzell*
Harley K. Means, Attorney No. 23068-32
Jason T. Mizzell, Attorney No. 30038-53
Ryan M. Murphy, Attorney No. 38288-49
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
(317) 692-9000 (telephone)
(317) 264-6832 (fax)
hmeans@kgrlaw.com
jmizzell@kgrlaw.com
rmurphy@kgrlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

- Jason T. Mizzell, jmizzell@kgrlaw.com; kwhigham@kgrlaw.com; cresler@kgrlaw.com; tfroelich@kgrlaw.com; kpeerman@kgrlaw.com
- Ryan Murphy, RMurphy@kgrlaw.com; kwhigham@kgrlaw.com; cresler@kgrlaw.com; dg@kgrlaw.com; sharding@kgrlaw.com
- Ann Delaney ECFdelaney@trustee13.com, ecfdelaney@gmail.com
- U.S. Trustee ustpregion10.in.ecf@usdoj.gov
- Ross M. Good, ross@thegoodlawgroup.com
- Shawn M. Good, info@thegoodlawgroup.com
- David Baddley, baddleyd@sec.gov
- Amanda Clark Palmer, aclark@gsllaw.com
- James P Moloy, jmoloy@boselaw.com
- Adriana M. Pavon, apavon@dvcattorneys.com

I hereby certify that on December 3, 2025, a copy of the foregoing was mailed by United States mail to the following:

**None**

 */s/ Jason T. Mizzell*
Jason T. Mizzell

2