Case 25-03768-JMC-13     Doc 80-1     Filed 12/03/25     EOD 12/03/25 18:31:05     Pg 1 of 2

# Exhibit 1

logout

# Ann M. DeLaney, Chapter 13 Standing Trustee
### Status of Claims as of 12/3/2025
### Case # 25-03768 JMC

GERARDO LORENZO LINARDUCCI                                                                                                  55 Remaining of 60 Mos.

Current Debtor Pmt: $2,000.00 / Monthly

Atty: KROGER GARDIS & REGAS

## Summary

| | | |
|---|---|---|
| **Filed:** 6/27/2025 | **Confirm Hearing:** | **Base Amount:** $240,000.00  **Debtor Refunds:** $0.00 |
| **First Mtg:** 8/21/2025 11:00:00 AM | **Plan Filed:** 7/28/2025 | **Total Paid In:** $6,200.00  **Delinq Amount:** $3,800.00 |
| | | **Balance on Hand:** $5,712.40 |

## Payment Schedule
### Debtor

| Start Date | Start | Thru | Payment | Total Pmts | Type |
|---|---|---|---|---|---|
| 7/27/2025 | 1 | 12 | $2,000.00 | $24,000.00 | |
| 7/27/2026 | 13 | 24 | $3,000.00 | $36,000.00 | |
| 7/27/2027 | 25 | 36 | $4,000.00 | $48,000.00 | |
| 7/27/2028 | 37 | 48 | $5,000.00 | $60,000.00 | |
| 7/27/2029 | 49 | 60 | $6,000.00 | $72,000.00 | |

## Payment History

| 10/15/2025 $2,100.00 | 9/15/2025 $2,100.00 | 8/14/2025 $2,000.00 |
|---|---|---|

Show Details

## Claims

| Creditor Name | Clm Num | Last Pymt | Cls | Int Rate | Fixed Pymt | Disb Code | Debt | Principal Paid | Claimed | Tot Int Pd | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KROGER GARDIS & REGAS | 001-0 | | L | 0.00% | $0.00 | 98 | $0.00 | $0.00 | $0.00 | $0.00 | Direct |
| BRASS PRO FINANCIAL SERVICES | 002-0 | | S | 0.00% | $0.00 | 98 | $0.00 | $0.00 | $0.00 | $0.00 | Direct |
| INDIANA DEPT OF REVENUE (I-M) | 003-0 | | P | 0.00% | $0.00 | 55 | $0.00 | $0.00 | $0.00 | $0.00 | Objection($0.00) |
| INTERNAL REVENUE SERVICE | 004-0 | | P | 0.00% | $0.00 | 55 | $0.00 | $0.00 | $409,455.74 | $0.00 | Scheduled |
| INTERNAL REVENUE SERVICE | 004-1 | | P | 0.00% | $0.00 | 55 | $21,695.86 | $0.00 | $21,695.86 | $0.00 | Objection($21,695.86) |

| Creditor | Acct | Date | Cls | Pct | Amount | Mos | Scheduled | Paid | Balance | Other | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 004-2 | | U | 0.00% | $0.00 | 65 | $0.00 | $0.00 | $123,723.21 | $0.00 | Scheduled |
| UNSECURED CREDITORS | 333-0 | | U | 0.00% | $0.00 | 65 | $14,218.00 | $0.00 | $0.00 | $0.00 | Scheduled |
| ANN M DELANEY, NOTICING COSTS | 666-0 | | A | 0.00% | $0.00 | 10 | $124.95 | $0.00 | $0.00 | $0.00 | $124.95 |
| ANN M DELANEY, TRUSTEE | TRS-0 | 10/15/2025 | T | 0.00% | $0.00 | 00 | $1,812.54 | $487.60 | $0.00 | $0.00 | $1,324.94 |

## Disbursement Details

No Disbursements have been made on this case