UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00200 (rev 08/2025)

In re:

**Gerardo Lorenzo Linarducci**,
    Debtor.

Case No. **25–03768–JMC–13**

# NOTICE OF HEARING

An Objection to Motion for Relief from Stay was filed on December 3, 2025, by Debtor Gerardo Lorenzo Linarducci. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date:  February 24, 2026
    Time:  01:00 PM Eastern
    Place:  US Courthouse
            46 E Ohio St Rm 325
            Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  December 4, 2025                      Eric R. Kleis
                                                     Clerk, U.S. Bankruptcy Court