# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 12/4/2025 |
| Case: 25−03768−JMC−13 | Form ID: SF00200 | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Ann M. DeLaney | ECFdelaney@trustee13.com |
| aty | Adriana M. Pavon | apavon@dvcattorneys.com |
| aty | Amanda Clark Palmer | aclark@gsllaw.com |
| aty | Harley K Means | hkm@kgrlaw.com |
| aty | James P Moloy | jmoloy@boselaw.com |
| aty | Jason T. Mizzell | jmizzell@kgrlaw.com |
| aty | Ryan Murphy | RMurphy@kgrlaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Gerardo Lorenzo Linarducci | 12162 Pearl Bay Ridge | Indianapolis, IN 46236 |

TOTAL: 1