UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GERARDO LORENZO LINARDUCCI | )   CASE NO.: 25-03768-JMC-13 |
| | ) |
| Debtor. | ) |

### AGREED MOTION TO CONTINUE FEBRUARY 24, 2026 HEARING ON MOTION FOR RELIEF FROM STAY AND OBJECTION THERETO

Gerardo Lorenzo Linarducci ("**Debtor**"), by counsel, for his *Agreed Motion to Continue February 24, 2026 Hearing on Motion for Relief from Stay and Objection Thereto*, states as follows:

1. On June 27, 2025, the Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. On November 19, 2025, Kenneth D. Murena, as Court-Appointed Receiver of Drive-Planning, LLC ("**Receiver**")[1], filed his Motion for Relief from Stay (ECF No. 77) along with a brief in support (ECF No. 78) (together, "**Motion**").

3. On December 3, 2025, Debtor filed his Objection to Motion for Relief from Stay (ECF No. 79) along with a brief in support (ECF No. 79) (together, "**Objection**").

4. The Court scheduled the Motion and the Objection for a hearing on February 24, 2026 at 1:00 PM Eastern ("**Hearing**").

5. Debtor's counsel and Receiver's counsel have conferred and agree that the Hearing should be continued to an earlier date if convenient to the Court's

---

[1] Debtor is not a member of Drive Planning, LLC and is not a defendant in the SEC enforcement action giving rise to the receivership.

calendar.

6. The Debtor and the Receiver also agree that because of the subject matter of the Hearing, more time than the usual time allotted for Chapter 13 matters on Tuesday afternoons will be necessary. Debtor and Receiver agree that no more than 2 hours of time is needed for the Hearing.

7. Debtor therefore respectfully requests that the Hearing be continued and reset to a date during the last week of January 2026 and that the Hearing be scheduled for a time other than the Tuesday hearing time so as to afford the Debtor and the Receiver sufficient time to argue their positions.

8. Prior to the filing of this motion, Debtor's counsel consulted with Receiver's counsel, and Receiver's counsel agrees with the requested relief.

WHEREFORE, Gerardo Lorenzo Linarducci, by counsel, prays that the hearing set on February 24, 2026, at 1:00 PM be continued and reset to a date during the last week of January 2026 convenient to the Court, at a time other than the Tuesday hearing time, and for all other relief proper in the premises.

KROGER, GARDIS & REGAS, LLP

By: /s/ Jason T. Mizzell
Harley K. Means, Attorney No. 23068-32
Jason T. Mizzell, Attorney No. 30038-53
Ryan M. Murphy, Attorney No. 38288-49
KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 777-7434
hmeans@kgrlaw.com
jmizzell@kgrlaw.com
rmurphey@kgrlaw.com

*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system:

- Jason T. Mizzell, jmizzell@kgrlaw.com; kwhigham@kgrlaw.com; cresler@kgrlaw.com; tfroelich@kgrlaw.com; kpeerman@kgrlaw.com
- Ryan Murphy, RMurphy@kgrlaw.com; kwhigham@kgrlaw.com; cresler@kgrlaw.com; dg@kgrlaw.com; sharding@kgrlaw.com
- Ann Delaney ECFdelaney@trustee13.com, ecfdelaney@gmail.com
- US. Trustee ustpregion10.in.ecf@usdoj.gov
- Ross M. Good, ross@thegoodlawgroup.com
- Shawn M. Good, info@thegoodlawgroup.com
- David Baddley, baddleyd@sec.gov
- Amanda Clark Palmer, aclark@gsllaw.com
- James P Moloy, jmoloy@boselaw.com
- Adriana M. Pavon, apavon@dvcattorneys.com

I hereby certify that on December 8, 2025, a copy of the foregoing was mailed by United States mail to the following:

None

    /s/ *Jason T. Mizzell*
    Jason T. Mizzell