UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

In re:

Gerardo Lorenzo Linarducci,   Case No. 25-03768-JMC-13

Chapter 13

Debtor.

_____/

**MOTION BY THE U.S. SECURITIES AND EXCHANGE
COMMISSION FOR ORDER FURTHER EXTENDING DEADLINE
TO FILE NON-DISCHARGEABILITY COMPLAINT**

The U.S. Securities and Exchange Commission ("**SEC**") files this motion for entry of an Order (in the form attached as **Exhibit A**) further extending the deadline set forth in Fed.R.Bankr.P. 4007(c) for the SEC to file a complaint to determine the dischargeability of debts under Section 523(c) of the Bankruptcy Code, from January 5, 2026 to the date that is thirty (30) days after entry of an order confirming Debtor's Chapter 13 plan. The SEC has conferred with counsel for the Debtor and counsel for the Chapter 13 trustee, each of whom consent to the requested extension.

1. The SEC is the federal agency charged with regulating the securities markets and enforcing the federal securities laws. The SEC is investigating whether certain individuals, including the Debtor, may have violated the federal securities laws in connection with an entity called Drive Planning, LLC.

2. The current deadline for the SEC to file a complaint under Section 523(c) of the Bankruptcy Code, to determine the dischargeability of debts, is January 5, 2026. (Doc. 70).

1

3. On July 28, 2025, the Debtor filed a Chapter 13 Plan (Doc. 23, the "**Original Plan**").

4. On August 27, 2025, the SEC filed a response and reservation of rights to the Original Plan. (Doc. 44).

5. On September 11, 2025, the Debtor filed a motion to continue the confirmation hearing on the Original Plan. (Doc. 57). In that motion, the Debtor explained that he requires additional time to file an amended plan. (Id. at ¶ 9). On September 15, 2025, the Court entered an Order continuing the confirmation hearing to November 18, 2025. (Doc. 58)

6. On November 14, 2025, the Debtor filed a motion to continue the November 18, 2025 confirmation hearing for approximately ninety (90) days. (Doc. 74). In that motion, the Debtor again stated that his Original Plan cannot be confirmed and that he requires additional time to file an amended plan. (Id. at ¶8). On November 17, 2025, the Court entered an Order continuing the confirmation hearing to February 24, 2026.

7. The Debtor has not yet filed his amended plan. At this time, the Debtor is not certain that he will be able to file an amended plan in time for the February 24, 2026 hearing date.

8. Counsel for the SEC and Debtor have been working to resolve issues relating to this Chapter 13 case. Those discussions remain ongoing. Litigating issues relating to the dischargeability of debts would be premature at this time and a needless use of the Debtor's resources. The parties have been working to resolve issues in good faith, and the requested extension will not prejudice the SEC, the Debtor or other parties in interest.

9.      For these reasons, the SEC believes that cause exists to extend the deadline pursuant to Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the U.S. Securities and Exchange Commission respectfully requests that the Court enter an Order (in the form attached as **Exhibit A**) further extending the deadline set forth in Fed.R.Bankr.P. 4007(c) for the SEC to file a complaint to determine the dischargeability of debts under Section 523(c) of the Bankruptcy Code, from January 5, 2026 to the date that is thirty (30) days after entry of an order confirming Debtor's Chapter 13 plan, and providing such other relief as the Court deems appropriate.

Dated: December 10, 2025

Respectfully submitted,

*/s/ David W. Baddley*
David W. Baddley, Esq.
Bankruptcy Counsel
Appearing Pursuant to Local Rule 9010-3(b)(3)
Tel: (404) 842-7625
Fax: (404) 842-7633
Email: baddleyd@sec.gov

COUNSEL FOR U.S. SECURITIES AND
EXCHANGE COMMISSION
Atlanta Regional Office
950 East Paces Ferry Road, Suite 900
Atlanta, Georgia 30326-1382

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served this 10th day of December, 2025, upon the following ECF Participants via the Court's CM/ECF filing system:

**Amanda Clark Palmer**   aclark@gsllaw.com
**Ann M. DeLaney**   ECFdelaney@trustee13.com, ecfdelaney@gmail.com
**Ross M Good**   ross@thegoodlawgroup.com, ross.thegoodlawgroup.com@recap.email
**Shawn Matthew Good**   info@thegoodlawgroup.com
**Harley K Means**   hkm@kgrlaw.com, kwhigham@kgrlaw.com; cjs@kgrlaw.com; kpeerman@kgrlaw.com; tfroelich@kgrlaw.com
**Jason T. Mizzell**   jmizzell@kgrlaw.com, kwhigham@kgrlaw.com; cresler@kgrlaw.com; tfroelich@kgrlaw.com; kpeerman@kgrlaw.com
**James P Moloy**   jmoloy@boselaw.com, dlingenfelter@boselaw.com
**Ryan Murphy**   RMurphy@kgrlaw.com, kwhigham@kgrlaw.com; cresler@kgrlaw.com; kpeerman@kgrlaw.com; dg@kgrlaw.com; sharding@kgrlaw.com
**Adriana M. Pavon**   apavon@dvcattorneys.com, jserna@dvllp.com
**U.S. Trustee**   ustpregion10.in.ecf@usdoj.gov

and upon the following by U.S. Mail:

Gerardo Lorenzo Linarducci
12162 Pearl Bay Ridge
Indianapolis, IN 46236

Craig Eugene Thomas
6304 W Cedar Chase Dr
McCordsville, IN 46163-9284

       /s/ David W. Baddley