**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

In re:

Gerardo Lorenzo Linarducci,                     Case No. 25-03768-JMC-13

                                                Chapter 13

        Debtor.

_____/

**ORDER GRANTING MOTION BY U.S. SECURITIES AND EXCHANGE COMMISSION FOR ORDER FURTHER EXTENDING DEADLINE TO FILE NON-DISCHARGEABILITY COMPLAINT**

This matter came before the Court on the motion (Doc No. __) filed by the U.S. Securities and Exchange Commission ("**SEC**").

IT IS ORDERED that the motion is granted, and the deadline set forth in Fed.R.Bankr.P. 4007(c) for the SEC to file a complaint to determine the dischargeability of debts under Section 523(c) of the Bankruptcy Code is extended to the date that is thirty (30) days after entry of an order confirming Debtor's Chapter 13 plan.

# # #