UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GERARDO LORENZO LINARDUCCI, ) | CASE NO. 25-03768-JMC-13 |
| ) | |
| Debtor. ) | |

**AGREED MOTION TO CONTINUE DECEMBER 16, 2025
HEARING ON OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTION**

Comes now Kenneth D. Murena, as the Court-appointed receiver ("Receiver") in the SEC Action,[1] by counsel, and for his Agreed Motion to Continue December 16, 2025 Hearing on Objections to Debtor's Claimed Exemption, states as follows:

1. On June 27, 2025, Gerardo Linarducci ("Debtor") filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. On September 19, 2025, the Receiver filed his Objections to Claimed Exemption in Residence (Doc. 61, the "Objections"). The Court has scheduled a hearing on the Objections for December 16, 2025, at 1:00 p.m.

3. The premise of the Objections is that the Debtor and his wife do not rightfully own the residence located at 12162 Pearl Bay Ridge, Indianapolis, Indiana (the "Residence") and that, therefore, the Residence cannot be an exempt asset. However, until the issues regarding the Residence are adjudicated by this Court or the District Court presiding over the SEC Action, the Objections are not ripe.

---

[1] On August 13, 2024, the Securities and Exchange Commission filed an action against Drive Planning, LLC alleging a Ponzi scheme, and such action is pending in the United States District Court for the Northern District of Georgia as *SEC v. Drive Planning, LLC, et al.*, Case No. 1:24-cv-03583 (N.D. Ga.) (the "SEC Action"). The District Court in the SEC Action appointed Kenneth D. Murena as the Receiver over Drive Planning and its assets.

5139398.2

4.	The Receiver respectfully requests that the hearing scheduled for December 16, 2025 at 1:00 p.m. be continued indefinitely and reset at the convenience of the Court following a request for a hearing filed by either the Debtor or the Receiver.  Counsel for the Receiver has contacted counsel for the Debtor, and he has consented to this Agreed Motion.

5.	Both the Receiver and the Debtor reserve all of their rights with respect to the claimed exemption in the Residence and the Objections.

WHEREFORE, Kenneth D. Murena, Receiver, respectfully requests that the hearing on the Objections set for December 16, 2025 be continued indefinitely and reset at the convenience of the Court following a request for a hearing filed by either the Debtor or the Receiver, and for all other just and proper relief.

Respectfully submitted,

*/s/ James P. Moloy*
James P. Moloy
Attorney No. 10301-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
jmoloy@boselaw.com

Adriana M. Pavon
Florida Attorney No. 1025060
*Admitted Pro Hac Vice*
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, FL  33131
apavon@dvcattorneys.com
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

*Attorneys for Kenneth D. Murena, Receiver*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of December, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David Baddley
baddleyd@sec.gov

Amanda Clark Palmer
aclark@gsllaw.com

Ann M. DeLaney
ECFdelaney@trustee13.com
ecfdelaney@gmail.com

Ross M. Good
ross@thegoodlawgroup.com
ross.thegoodlawgroup.com@recap.email

Shawn Matthew Good
info@thegoodlawgroup.com

Harley K. Means
hkm@kgrlaw.com
kwhigham@kgrlaw.com
cjs@jgrlaw.com
kpeerman@kgrlaw.com
tfroelich@kgrlaw.com

Jason T. Mizzell
jmizzell@kgrlaw.com
kwhigham@kgrlaw.com
cjs@kgrlaw.com
kpeerman@kgrlaw.com
tfroelich@kgrlaw.com

Ryan Murphy
RMurphy@kgrlaw.com
kwhigham@kgrlaw.com
cresler@kgrlaw.com
kpeerman@kgrlaw.com
dg@kgrlaw.com
sharding@kgrlaw.com

Adriana M. Pavon
apavon@dvcattorneys.com
jserna@dvllp.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on the 10th day of December, 2025, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Craig Eugene Thomas
6304 W. Cedar Chase Dr.
McCordsville, IN  46163-9284

*/s/ James P. Moloy*
James P. Moloy