UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

In re:

Gerardo Lorenzo Linarducci,   Case No. 25-03768-JMC-13

　　　　　　　　　　　　　　　Chapter 13

　　　Debtor.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, a copy of the *Order Granting Motion by U.S. Securities and Exchange Commission for Order Further Extending Time to File Non-Dischargeability Complaint* (Dkt. No. 89) was filed electronically.  Notice of the filing was sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

　　**Amanda Clark Palmer**　　aclark@gsllaw.com
　　**Ann M. DeLaney**　　ECFdelaney@trustee13.com, ecfdelaney@gmail.com
　　**Ross M Good**　　ross@thegoodlawgroup.com, ross.thegoodlawgroup.com@recap.email
　　**Shawn Matthew Good**　　info@thegoodlawgroup.com
　　**Harley K Means**　　hkm@kgrlaw.com, kwhigham@kgrlaw.com; cjs@kgrlaw.com; kpeerman@kgrlaw.com; tfroelich@kgrlaw.com
　　**Jason T. Mizzell**　　jmizzell@kgrlaw.com, kwhigham@kgrlaw.com; cresler@kgrlaw.com; tfroelich@kgrlaw.com; kpeerman@kgrlaw.com
　　**James P Moloy**　　jmoloy@boselaw.com, dlingenfelter@boselaw.com
　　**Ryan Murphy**　　RMurphy@kgrlaw.com, kwhigham@kgrlaw.com; cresler@kgrlaw.com; kpeerman@kgrlaw.com; dg@kgrlaw.com; sharding@kgrlaw.com
　　**Adriana M. Pavon**　　apavon@dvcattorneys.com, jserna@dvllp.com
　　**U.S. Trustee**　　ustpregion10.in.ecf@usdoj.gov

I further certify that on December 18, 2025, a copy of the *Order Granting Motion by U.S. Securities and Exchange Commission for Order Further Extending Time to File Non-*

1

*Dischargeability Complaint* (Dkt. No. 89) was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

>Gerardo Lorenzo Linarducci
>12162 Pearl Bay Ridge
>Indianapolis, IN 46236
>
>Craig Eugene Thomas
>6304 W Cedar Chase Dr
>McCordsville, IN 46163-9284

Dated: December 18, 2025

>Respectfully submitted,
>
>    */s/ David W. Baddley*
>David W. Baddley, Esq.
>Bankruptcy Counsel
>Appearing Pursuant to Local Rule 9010-3(b)(3)
>Tel: (404) 842-7625
>Fax: (404) 842-7633
>Email: baddleyd@sec.gov
>
>COUNSEL FOR U.S. SECURITIES AND
>EXCHANGE COMMISSION
>Atlanta Regional Office
>950 East Paces Ferry Road, Suite 900
>Atlanta, Georgia 30326-1382