UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GERARDO LORENZO LINARDUCCI, | ) CASE NO. 25-03768-JMC-13 |
| | ) |
| Debtor. | ) |

**JOINT MOTION TO CONTINUE JANUARY 26, 2026 HEARING
ON MOTION FOR RELIEF FROM STAY AND OBJECTION THERETO**

Come now Kenneth D. Murena ("Receiver")[1] and Gerardo Linarducci ("Debtor"), by their respective counsel, and respectfully move the Court to continue the hearing currently set for January 26, 2026 on the Receiver's Motion for Relief From Automatic Stay (Doc. 77) and the Debtor's objection thereto (Doc. 79) to January 29, 2026 at 10:00 a.m. EST. The undersigned counsel further advise the Court that the rescheduled hearing is intended to be a preliminary hearing/status conference.

WHEREFORE, the Receiver and the Debtor, by counsel, request that the hearing set for January 26, 2026 be continued to January 29, 2026 at 10:00 a.m., and that the Court grant such other and further relief as is just and proper.

---

[1] On August 13, 2024, the Securities and Exchange Commission filed an action against Drive Planning, LLC alleging a Ponzi scheme, and such action is pending in the United States District Court for the Northern District of Georgia as *SEC v. Drive Planning, LLC, et al.*, Case No. 1:24-cv-03583 (N.D. Ga.) (the "SEC Action"). The District Court in the SEC Action appointed Kenneth D. Murena as the Receiver over Drive Planning and its assets.

5178690

Respectfully submitted,

| | |
|---|---|
| */s/ James P. Moloy* | */s/ Harley K. Means* |
| James P. Moloy | Harley K. Means |
| Attorney No. 10301-49 | Attorney No. 23068-32 |
| BOSE MCKINNEY & EVANS LLP | Jason T. Mizzell |
| 111 Monument Circle, Suite 2700 | Attorney No. 30038-53 |
| Indianapolis, IN 46204 | Ryan M. Murphy |
| Telephone: (317) 684-5000 | Attorney No. 38288-49 |
| Facsimile: (317) 684-5173 | KROGER, GARDIS & REGAS, LLP |
| jmoloy@boselaw.com | 111 Monument Circle, Suite 900 |
| | Indianapolis, IN 46204-5125 |
| Adriana M. Pavon | Telephone: (317) 692-9000 |
| Florida Attorney No. 1025060 | Facsimile: (317) 264-6832 |
| *Admitted Pro Hac Vice* | hmeans@kgrlaw.com |
| DAMIAN | VALORI | CULMO | jmizzell@kgrlaw.com |
| 1000 Brickell Avenue, Suite 1020 | rmurphy@kgrlaw.com |
| Miami, FL 33131 | |
| Telephone: (305) 371-3960 | *Attorneys for Debtor, Gerardo Lorenzo* |
| Facsimile: (305) 371-3965 | *Linarducci* |
| apavon@dvcattorneys.com | |

*Attorneys for Kenneth D. Murena, Receiver*

5178690                                     2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| David Baddley<br>baddleyd@sec.gov | Jason T. Mizzell<br>jmizzell@kgrlaw.com<br>kwhigham@kgrlaw.com |
| Amanda Clark Palmer<br>aclark@gsllaw.com | cjs@kgrlaw.com<br>kpeerman@kgrlaw.com<br>tfroelich@kgrlaw.com |
| Ann M. DeLaney<br>ECFdelaney@trustee13.com<br>ecfdelaney@gmail.com | Ryan Murphy<br>RMurphy@kgrlaw.com<br>kwhigham@kgrlaw.com |
| Ross M. Good<br>ross@thegoodlawgroup.com<br>ross.thegoodlawgroup.com@recap.email | cresler@kgrlaw.com<br>kpeerman@kgrlaw.com<br>dg@kgrlaw.com<br>sharding@kgrlaw.com |
| Shawn Matthew Good<br>info@thegoodlawgroup.com | Adriana M. Pavon<br>apavon@dvcattorneys.com<br>jserna@dvllp.com |
| Harley K. Means<br>hkm@kgrlaw.com<br>kwhigham@kgrlaw.com<br>cjs@jgrlaw.com<br>kpeerman@kgrlaw.com<br>tfroelich@kgrlaw.com | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |

I further certify that on the 23rd day of January, 2026, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Craig Eugene Thomas
6304 W. Cedar Chase Dr.
McCordsville, IN 46163-9284

                                                    */s/ James P. Moloy*
                                                    James P. Moloy