SO ORDERED: January 23, 2026.



*James M. Carr*
*United States Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

S000300 (rev 11/2020)

In re:

**Gerardo Lorenzo Linarducci**,            Case No. **25–03768–JMC–13**
    Debtor.

## ORDER CONTINUING HEARING

A Joint Motion to Continue Hearing was filed on January 23, 2026, by Debtor Gerardo Lorenzo Linarducci and Creditor Kenneth D Murena.

**IT IS ORDERED** that the Joint Motion to Continue Hearing is **GRANTED**.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date: January 29, 2026
    Time: 10:00 AM Eastern
    Place: US Courthouse
          46 E Ohio St Rm 325
          Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing parties.

Attorney for Creditor Kenneth D Murena must distribute this order.

###