# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GERARDO LORENZO LINARDUCCI, | )  CASE NO. 25-03768-JMC-13 |
| | ) |
| Debtor. | ) |

### NOTICE OF FILING DECLARATION IN SUPPORT OF RECEIVER'S MOTION FOR STAY RELIEF (DOC. 77)

Kenneth D. Murena, the Court-Appointed Receiver in the action styled *United States Securities and Exchange Commission v. Drive Planning, LLC, et al.*, Civil Action No. 1:24-cv-03583-VMC (N.D. Ga.), hereby gives notice of filing the attached Declaration in Support of Receiver's Motion for Stay Relief [Doc. 77].

Respectfully submitted,

*/s/ Adriana M. Pavon*
Adriana M. Pavon
Florida Attorney No. 1025060
DAMIAN VALORI CULMO
1000 Brickell Ave., Suite 1020
Miami, FL 33131
Telephone: (305) 371-3690
Facsimile: (305) 371-3965
apavon@dvcattorneys.com
*(Admitted Pro Hac Vice)*

James P. Moloy
Attorney No. 10301-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
jmoloy@boselaw.com
*(Local Counsel)*

*Attorneys for Kenneth D. Murena, Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Ann M. DeLaney
ECFdelaney@trustee13.com
ecfdelaney@gmail.com

Ross M. Good
ross@thegoodlawgroup.com
ross.thegoodlawgroup.com@recap.email

Shawn Matthew Good
info@thegoodlawgroup.com

Amanda Clark Palmer
aclark@gsllaw.com

Harley K. Means
hkm@kgrlaw.com
kwhigham@kgrlaw.com
cjs@jgrlaw.com
kpeerman@kgrlaw.com
tfroelich@kgrlaw.com

Jason T. Mizzell
jmizzell@kgrlaw.com
kwhigham@kgrlaw.com
cjs@kgrlaw.com
kpeerman@kgrlaw.com
tfroelich@kgrlaw.com

Ryan Murphy
RMurphy@kgrlaw.com
kwhigham@kgrlaw.com
cresler@kgrlaw.com
kpeerman@kgrlaw.com
dg@kgrlaw.com
sharding@kgrlaw.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on the 26th day of January, 2026, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None.

/s/ Adriana M. Pavon
Adriana M. Pavon