**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GERARDO LORENZO LINARDUCCI, | ) | CASE NO. 25-03768-JMC-13 |
| | ) | |
| Debtor. | ) | |

## DECLARATION IN SUPPORT OF RECEIVER'S MOTION FOR STAY RELIEF (DOC. 77)

1. I am over the age of 21, a practicing lawyer licensed in the State of Florida, and competent to make this Declaration.

2. I am the duly appointed Receiver in the civil enforcement action styled *United States Securities and Exchange Commission v. Drive Planning, LLC, et al.*, Case No. 1:24-cv-03583-VMC, Judge Victoria Calvert presiding, pending in the United States District Court for the Northern District of Georgia (the "SEC-Drive Planning Action").

3. I make this Affidavit in support of the Motion for Stay Relief (Doc. 77), and the statements set forth herein are based upon my personal knowledge, my investigation as Receiver, and my review of books, records, and information obtained in the course of administering the Receivership Estate.

4. On August 13, 2024, the United States Securities and Exchange Commission ("SEC") filed a civil complaint against Drive Planning, LLC ("Drive Planning") and Russell Todd Burkhalter ("Burkhalter"), initiating the SEC-Drive Planning Action.

5. In the SEC-Drive Planning Action, the SEC alleges that Drive Planning and Burkhalter ran a Ponzi scheme from 2020 through at least June 2024, by selling unregistered securities in investments known as "REAL" (an acronym for "Real Estate Acceleration Loans") to over 2,000 investors who invested more than $300 million. *See* Complaint attached as **Exhibit A** - SEC-Drive Planning Action, ECF No.1, ¶1.

6. On August 13, 2024, the Court in the SEC-Drive Planning Action entered an order ("Receivership Order") appointing me as receiver for Drive Planning, creating a receivership estate ("Receivership Estate"), and authorizing me to, among other things, locate and collect all assets and pursue all claims belonging to the Receivership Estate. *See* Receivership Order attached as **Exhibit B** - SEC-Drive Planning Action, ECF No. 10.

7. Gerardo L. Linarducci, the debtor herein ("Linarducci") is the former managing partner of Drive Planning and was head of the company's Indiana branch office. Linarducci worked at Drive Planning from July 2022 until August 2024.

8.　　On January 21, 2026, the United States commenced a criminal action against Defendant Burkhalter charging him with committing wire fraud under 18 U.S.C. § 1343 based on the fraud that he perpetrated through Drive Planning, styled *United States of America v. Russell Todd Burkhalter*, Case No.:26-cr-00002-TRJ, Judge Tiffany R. Johnson presiding, pending in the United States District Court for the Northern District of Georgia (the "Burkhalter Criminal Action"). *See* Indictment attached as **Exhibit C** – Burkhalter Criminal Action, ECF No. 1.

9.　　On January 21, 2026, Defendant Burkhalter pled guilty as to the sole count of the information pursuant to a plea agreement. *See* Guilty Plea and Plea Agreement attached as **Exhibit D** – Burkhalter Criminal Action, ECF No. 8-1.

10.　　On November 11, 2025, the United States commenced a criminal action against David Bradford charging him with committing wire fraud under 18 U.S.C. § 1343 based on his involvement with Drive Planning, styled *United States of America v. David Bradford*, Case No.:26-cr-00002-TRJ, Judge Tiffany R. Johnson presiding, pending in the United States District Court for the Northern District of Georgia (the "Bradford Criminal Action"). *See* Indictment attached as **Exhibit E** – Bradford Criminal Action, ECF No. 1. David Bradford, was Drive Planning's most highly compensated agent, having received millions of dollars in payments derived from the fraudulent scheme.

11.　　On January 21, 2026, Defendant Bradford pled guilty as to the sole count of the information pursuant to a plea agreement. See Guilty Plea and Plea Agreement attached as **Exhibit F** – Bradford Criminal Action, ECF No. 8-1.

12.　　On December 19, 2025, the SEC filed a civil complaint against Linarducci and David J. Bradford in the United States District Court for the Northern District of Georgia, under Case No. 1:25-cv-00475- TRJ, Judge Tiffany R. Johnson presiding (the "SEC-Linarducci Action"). *See* Complaint attached as **Exhibit G** – SEC-Linarducci Action, ECF No. 1.

13.　　In the SEC-Linarducci Action, the SEC alleges that Linarducci was part of Drive Planning's senior management team and that he played a crucial role in perpetrating the alleged "REAL Ponzi scheme." *See* Exhibit C at ¶¶42-45.

14.　　During the SEC's pre-suit investigation, Linarducci asserted his Fifth Amendment privilege against self-incrimination on all questions related to Drive Planning and the REAL investment.

15.　　On July 10, 2023, Drive Planning sent a wire transfer of $1,920,535.75 ("Transfer") from its account at Truist Bank ending in 2951 ("Account 2951") to an escrow account at Title Services, LLC. At the time of the Transfer, Account 2951 was used by Drive Planning to receive and distribute investor funds. The details of this wire transaction are as follows:

| Account | Trans. Date | Type | Name | Paid to | Description/Transaction Memo |
|---|---|---|---|---|---|
| ***2951 | 07/10/23 | Wire | TITLE SERVICES, LLC ESCROW ACCOUNT | $1,920,535.75 | GERARDO LORENZO AND JENNIFER ,JOAN LINARDUCCI . FILE# 41633 |

16. The Transfer was used to purchase a residence at 12162 Pearl Bay Ridge, Indianapolis, Indiana 46236 for Gerardo Lorenzo Linarducci and his wife Jennifer Joan Linarducci ("Pearl Bay Residence"), which closed on July 10, 2023, at Title Services, LLC. *See* Warranty Deed attached as **Exhibit H**.

17. Aside from a $20,000 deposit and buyer credits, the Transfer funded the entire purchase price of $1,950,000 that was paid to enable the Linarduccis to acquire title to the Pearl Bay Residence. The source of the funds used to make the Transfer and purchase the Pearl Bay Residence is traceable to investor funds received by Drive Planning. Indeed, at the time the $1,920,535.75 was transferred from Account 2951 for the purchase of the Linarducci Property, Account 2951 contained millions of dollars of Drive Planning investor funds and was used by Drive Planning to receive and disburse investor funds.

18. Upon information and belief, no written agreement, promissory note, repayment agreement, or other contractual documentation exists relating to the Transfer.

19. There is no record among Drive Planning's financial records reflecting that Linarducci provided any consideration or other value to Drive Planning in exchange for the Transfer used to purchase the Pearl Bay Residence for his benefit.

20. Upon information and belief, Linarducci and his spouse have resided at and exercised possession and control over the Pearl Bay Residence since its purchase in July 2023.

21. The Receivership Order defines "Receivership Assets" and "Recoverable Assets" to include, among other things, "all assets of Drive Planning, LLC ("Receivership Assets") and the assets of Defendant Burkhalter and the Relief Defendants that: (a) are attributable to funds derived from investors or clients of the Defendants; (b) are held in constructive trust for the Defendants; and/or (c) may otherwise be includable as assets of the estates of the Defendants (collectively, the "Recoverable Assets")". *See* Receivership Order at pp. 1-2.

22. All Receivership Assets and Recoverable Assets are subject to the exclusive jurisdiction of the United States District Court for the Northern District of Georgia. *See id*. at p. 2.

23. The Receivership Order further authorizes the Receiver to locate, marshal, and recover all property interests of whatever kind and wherever situated that Drive Planning owns,

possesses, has a beneficial interest in, or controls directly or indirectly, including real property purchased with investor funds, regardless of the nominal titleholder. *See id.* at pp. 1-2.

24. The Pearl Bay Residence falls within the definition of Receivership Assets and/or Recoverable Assets under the Receivership Order because it was acquired using funds traceable to Drive Planning investor deposits and was purchased for the personal benefit of a Drive Planning managing partner without any written loan agreement, promissory note, or evidence of repayment obligation. *See id.*

25. On June 12, 2025, in my capacity as Receiver, I filed a Motion for Turnover of and Imposition of Constructive Trust on Real Property in Indiana traceable to Drive Planning, LLC and Request for Expedited Relief in the SEC-Drive Planning Action ("Constructive Trust Motion"), seeking to recover the Pearl Bay Residence for the benefit of the Receivership Estate. *See* **Exhibit I** – SEC-Drive Planning Action, ECF No. 131. The Constructive Trust Motion was served on Linarducci and his spouse. Soon thereafter, Linarducci filed this bankruptcy petition under Chapter 13.

26. In the SEC-Drive Planning Action, Judge Calvert has granted three other motions that I filed seeking turnover of and to impose a constructive trust over real properties acquired by Burkhalter and Drive Planning agents with investor funds, which became their respective homesteads, and ordered that such properties be conveyed to the Receiver for the benefit of the Receivership Estate. *See* **Composite Exhibit J** – SEC-Drive Planning Action, ECF Nos. 152, 163 and 246.

27. In addition to the Transfer, Linarducci received not less than $5,900,000 in commissions from Drive Planning for bringing investors into the Drive Planning investment scheme, making him the second highest paid agent of Drive Planning. *See* Linarducci Transactions, attached as **Exhibit K**.

Under penalties of perjury, I declare that I have read the foregoing and that the facts contained therein are true and correct.

/s/ Kenneth D. Murena
Kenneth D. Murena
January 26, 2026