

**Title Services, LLC**
**9201 N. Meridian Street, Suite 100**
**Indianapolis, IN 46260**
**(317) 571-6969**
**(317) 571-6979 (Fax)**

October 24, 2023

Gerardo Lorenzo Linarducci and Jennifer Joan Linarducci
12162 Pearl Bay Ridge
Indianapolis, IN 46236

Refer to Commitment No. 41633 when calling regarding this policy.

Property Address: 12162 Pearl Bay Ridge, Indianapolis, IN 46236

Enclosed you should find the following:

X  Old Republic Title Privacy Policy

X  Owners Policy

X  Original Warranty Deed


Thank you for using Title Services, LLC. We welcome your call at (317) 571-6969 if you have any questions concerning your policy or the coverage it provides. If calling please refer to the Commitment number referenced above.

Respectfully,

Patty McNulty
Final Policy Examiner

```
JOSEPH P. O'CONNOR
MARION COUNTY ASSESSOR
   Jul 13 2023 AM 11:22
DULY ENTERED FOR TAXATION
SUBJECT TO FINAL ACCEPTANCE
       FOR TRANSFER
    E-033039883 CE
```

4/16 33

A202300057630

07/14/2023 07:07 AM
FAITH KIMBROUGH
MARION COUNTY IN RECORDER
FEE: $ 35.00
PAGES: 2
By: ER

# WARRANTY DEED

JR

THIS INDENTURE WITNESSETH, that **JOSEPH M. SCHULLER and MONIKA A. SCHULLER**, husband and wife (collectively, the "Grantor") of Marion County, Indiana, CONVEY AND WARRANT to **GERARDO LORENZO LINARDUCCI and JENNIFER JOAN LINARDUCCI**, husband and wife (collectively, the "Grantee"), of Marion County, Indiana, for the sum of Ten Dollars ($10.00) and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the following described real estate in Marion County, State of Indiana:

Lot 143 in Admirals Pointe, Section 6, an addition in Marion County, Indiana as per plat thereof recorded February 23, 1987, as Instrument No. 87-19405 in the Office of the Recorder of Marion County, Indiana.

Subject to any and all easements, agreements, covenants, restrictions and rights-of-way of record, and to all current and non-delinquent real estate taxes due and payable from and after the date of this conveyance.

[County Tax Parcel No.: 4027281]
[State Tax Parcel No.: 49-01-15-125-002.000-400]

**PRIOR DEED REFERENCE:**   Instrument No. A201200102972

Common street address is 12162 Pearl Bay Ridge, Indianapolis, Indiana, 46236.

IN WITNESS WHEREOF, the Grantor has executed this Warranty Deed on this 10 day of July, 2023.

"GRANTOR"

_____
JOSEPH M. SCHULLER

_____
MONIKA A. SCHULLER

Marion County Assessor
Jul 13 2023
Received CB

\# 41633

E-RECORDED

ID: _____
County: _____
Date: _____ Time: _____

# WARRANTY DEED

THIS INDENTURE WITNESSETH, that **JOSEPH M. SCHULLER** and **MONIKA A. SCHULLER**, husband and wife (collectively, the "**Grantor**") of Marion County, Indiana, CONVEY AND WARRANT to **GERARDO LORENZO LINARDUCCI** and **JENNIFER JOAN LINARDUCCI**, husband and wife (collectively, the "**Grantee**"), of Marion County, Indiana, for the sum of Ten Dollars ($10.00) and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the following described real estate in Marion County, State of Indiana:

Lot 143 in Admirals Pointe, Section 6, an addition in Marion County, Indiana as per plat thereof recorded February 23, 1987, as Instrument No. 87-19405 in the Office of the Recorder of Marion County, Indiana.

Subject to any and all easements, agreements, covenants, restrictions and rights-of-way of record, and to all current and non-delinquent real estate taxes due and payable from and after the date of this conveyance.

[County Tax Parcel No.: 4027281]
[State Tax Parcel No.: 49-01-15-125-002.000-400]

**PRIOR DEED REFERENCE:**    Instrument No. A201200102972

Common street address is 12162 Pearl Bay Ridge, Indianapolis, Indiana, 46236.

IN WITNESS WHEREOF, the Grantor has executed this Warranty Deed on this 10 day of July, 2023.

"GRANTOR"

_____
JOSEPH M. SCHULLER

_____
MONIKA A. SCHULLER

STATE OF INDIANA            )
                            ) SS:
COUNTY OF MARION            )

Before me, a Notary Public in and for said County and State, personally appeared the Grantor, **JOSEPH M. SCHULLER and MONIKA A. SCHULLER**, husband and wife, who acknowledged the execution of the foregoing instrument, and who, having been duly sworn, stated that any representations therein contained are true and correct.

Witness my hand and Notarial Seal this __10__ day of July, 2023.

JENNIFER MAY CASSADY
Notary Public - Seal
Hamilton County - State of Indiana
Commission Number NP0636260
My Commission Expires Jun 20, 2028

My Commission Expires:
6/20/28

Commission No.:
NP 0636260

NOTARY PUBLIC

Jennifer May Cassady
Printed
I am a resident of __Hamilton__ County

## PREPARER'S AFFIRMATION

I affirm under the penalties of perjury, that I have taken reasonable care to redact each Social Security Number in this document, unless otherwise required by law.     *Lawson J. Clark II*

This instrument prepared by:
Lawson J. Clark II, Attorney at Law
P. O. Box 229, Zionsville, IN 46077

**Return Deed To:**          Gerardo Lorenzo Linarducci
                             Jennifer Joan Linarducci
                             12162 Pearl Bay Ridge
                             Indianapolis, IN 46236

**Grantee's Address and
Send Tax Statements To:**    Gerardo Lorenzo Linarducci
                             Jennifer Joan Linarducci
                             12162 Pearl Bay Ridge
                             Indianapolis, IN 46236

2

Updated 1/1/2023



| | WHAT DOES OLD REPUBLIC TITLE DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and employment information<br>• Mortgage rates and payments and account balances<br>• Checking account information and wire transfer instructions<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Old Republic Title chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Old Republic Title share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** — such as to process your transactions, maintain your account(s), or respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** — to offer our products and services to you | No | We don't share |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes** — information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** — information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | No | We don't share |
| **For non-affiliates to market to you** | No | We don't share |

Go to **www.oldrepublictitle.com** (*Contact Us*)

| Who we are | |
|---|---|
| Who is providing this notice? | Companies with an Old Republic Title name and other affiliates. Please see below for a list of affiliates. |

| What we do | |
|---|---|
| How does Old Republic Title protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. For more information, visit https://www.oldrepublictitle.com/privacy-policy |
| How does Old Republic Title collect my personal information? | We collect your personal information, for example, when you:<br>· Give us your contact information or show your driver's license<br>· Show your government-issued ID or provide your mortgage information<br>· Make a wire transfer<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only:<br><br>· Sharing for affiliates' everyday business purposes - information about your creditworthiness<br>· Affiliates from using your information to market to you<br>· Sharing for non-affiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See the State Privacy Rights section location at https://www.oldrepublictitle.com/privacy-policy for your rights under state law. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *Our affiliates include companies with an Old Republic Title name, and financial companies such as Attorneys' Title Fund Services, LLC, Lex Terrae National Title Services, Inc., and Mississippi Valley Title Services Company* |
| Non-affiliates | Companies not related by common ownership or control. They can be financial and non-financial companies.<br><br>• *Old Republic Title does not share with non-affiliates so they can market to you* |
| Joint marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br><br>• *Old Republic Title doesn't jointly market.* |

| | | | | |
|---|---|---|---|---|
| American First Title & Trust Company | American Guaranty Title Insurance Company | Attorneys' Title Fund Services, LLC | Compass Abstract, Inc. | eRecording Partners Network, LLC |
| Genesis Abstract, LLC | Guardian Consumer Services, Inc. | iMarc, Inc. | L.T. Service Corp. | Lenders Inspection Company |
| Lex Terrae National Title Services, Inc. | Lex Terrae, Ltd. | Mississippi Valley Title Services Company | National Title Agent's Services Company | Old Republic Branch Information Services, Inc. |
| Old Republic Diversified Services, Inc. | Old Republic Escrow of Vancouver, Inc. | Old Republic Exchange Company | Old Republic National Ancillary Services, Inc. | Old Republic Title and Escrow of Hawaii, Ltd. |
| Old Republic National Title Insurance Company | Old Republic Title Company | Old Republic Title Companies, Inc. | Old Republic Title Company of Conroe | Old Republic Title Company of Indiana |
| Old Republic Title Company of Nevada | Old Republic Title Company of Oklahoma | Old Republic Title Company of Oregon | Old Republic Title Company of St. Louis | Old Republic Title Company of Tennessee |
| Old Republic Title Information Concepts | Old Republic Title Insurance Agency, Inc. | Old Republic Title, Ltd. | RamQuest Software, Inc. | Republic Abstract & Settlement, LLC |
| Sentry Abstract Company | Surety Title Agency, Inc. | Trident Land Transfer Company, LLC | | |

# Homeowner's Policy Of Title Insurance
For A One-To-Four Family Residence



Issued by Title Services, LLC

Policy Number: **EHP13280846**

**OWNER'S INFORMATION SHEET**

Your Title Insurance Policy is a legal contract between You and Us.

It applies only to a one-to-four family residence and only if each insured named in Schedule A is a Natural Person. If the Land described in Schedule A of the Policy is not an improved residential lot on which there is located a one-to-four family residence, or if each insured named in Schedule A is not a Natural Person, contact Us immediately.

The Policy insures You against actual loss resulting from certain Covered Risks. These Covered Risks are listed beginning on page 2 of the Policy.

The Policy is limited by:

• Provisions of Schedule A

• Exceptions in Schedule B

• Our Duty To Defend Against Legal Actions On Page 4

• Exclusions on pages 4 and 5

• Conditions on pages 5, 6, 7 and 8.

You should keep the Policy even if You transfer Your Title to the Land. It may protect against claims made against You by someone else after You transfer Your Title.
**IF YOU WANT TO MAKE A CLAIM, SEE SECTION 3 UNDER CONDITIONS ON PAGE 5 AND 6.**

The premium for this Policy is paid once. No additional premium is owed for the Policy.

This sheet is not Your insurance Policy. It is only a brief outline of some of the important Policy features. The Policy explains in detail Your rights and obligations and Our rights and obligations. Since the Policy--and not this sheet--is the legal document.
**YOU SHOULD READ THE POLICY VERY CAREFULLY.**

If You have any questions about Your Policy, contact:
Old Republic National Title Insurance Company
400 Second Avenue South
Minneapolis, Minnesota 55401
800-328-4441

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**
*A Stock Company*
*400 Second Avenue South, Minneapolis, Minnesota 55401*
*(612) 371-1111*

By _____  President

Attest _____  Secretary

_Authorized Officer or Agent_

**TABLE OF CONTENTS**

|  | PAGE |
|---|---|
| **OWNER'S COVERAGE STATEMENT** | 2 |
| **COVERED RISKS** | 2 |
| **OUR DUTY TO DEFEND AGAINST LEGAL ACTIONS** | 4 |
| **EXCLUSIONS** | 4 |
| **CONDITIONS** | |
| 1. Definitions | 5 |
| 2. Continuation of Coverage | 5 |
| 3. How to Make a Claim | 5 |
| 4. Our Choices When We Learn of a Claim | 6 |
| 5. Handling a Claim or Legal Action | 6 |
| 6. Limitation of Our Liability | 6 |
| 7. Transfer of Your Rights to Us | 7 |
| 8. This Policy is the Entire Contract | 7 |
| 9. Increased Policy Amount | 7 |
| 10. Severability | 7 |
| 11. Arbitration | 7 |
| 12. Choice of Law | 7 |
| **SCHEDULE** | Insert |
|     Policy Number, , Date and Time and Amount | |
|     Deductible Amounts and Maximum Dollar Limits of Liability | |
|     Street Address of the Land | |
| 1. Name of Insured | |
| 2. Interest in Land Covered | |
| 3. Description of the Land | |
| **SCHEDULE B -- EXCEPTIONS** | Insert |

As soon as You Know of anything that might be covered by this Policy, You must notify Us promptly in writing at the address shown in Section 3 of the Conditions.

## OWNER'S COVERAGE STATEMENT

This Policy insures You against actual loss, including any costs, attorneys' fees and expenses provided under this Policy. The loss must result from one or more of the Covered Risks set forth below. This Policy covers only Land that is an improved residential lot on which there is located a one- to-four family residence and only when each insured named in Schedule A is a Natural Person.

Your insurance is effective on the Policy Date. This Policy covers Your actual loss from any risk described under Covered Risks if the event creating the risk exists on the Policy Date or, to the extent expressly stated in Covered Risks, after the Policy Date.

Your insurance is limited by all of the following:

• The Policy Amount

• For Covered Risk 16, 18, 19 and 21, Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A

• The Exceptions in Schedule B

• Our Duty To Defend Against Legal Actions

• The Exclusions on pages 4 and 5.

• The Conditions on pages 5 through 8.

## COVERED RISKS

The Covered Risks are
1. Someone else owns an interest in Your Title.
2. Someone else has rights affecting Your Title because of leases, contracts, or options.
3. Someone else claims to have rights affecting Your Title because of forgery or impersonation.
4. Someone else has an easement on the Land.
5. Someone else has a right to limit Your use of the Land.
6. Your Title is defective. Some of these defects are:
    a. Someone else's failure to have authorized a transfer or conveyance of your Title.
    b. Someone else's failure to create a valid document by electronic means.
    c. A document upon which Your Title is based is invalid because it was not properly signed, sealed, acknowledged, delivered or recorded.
    d. A document upon which Your Title is based was signed using a falsified, expired, or otherwise invalid power of attorney.
    e. A document upon which Your Title is based was not properly filed, recorded, or indexed in the Public Records.
    f. A defective judicial or administrative proceeding.
7. Any of Covered Risks 1 through 6 occurring after the Policy Date.
8. Someone else has a lien on Your Title, including a:
    a. lien of real estate taxes or assessments imposed on Your Title by a governmental authority that are due or payable, but unpaid;
    b. Mortgage;
    c. judgment, state or federal tax lien;
    d. charge by a homeowner's or condominium association; or
    e. lien, occurring before or after the Policy Date, for labor and material furnished before the Policy Date.
9. Someone else has an encumbrance on Your Title.
10. Someone else claims to have rights affecting Your Title because of fraud, duress, incompetency or incapacity.
11. You do not have actual vehicular and pedestrian access to and from the Land, based upon a legal right.
12. You are forced to correct or remove an existing violation of any covenant, condition or restriction affecting the Land, even if the covenant, condition or restriction is excepted in Schedule B. However, You are not covered for any violation that relates to:
    a. any obligation to perform maintenance or repair on the Land; or
    b. environmental protection of any kind, including hazardous or toxic conditions or substances Unless there is a notice recorded in the Public Records, describing any part of the Land, claiming a violation exists. Our liability for this Covered Risk is limited to the extent of the violation stated in that notice.
13. Your Title is lost or taken because of a violation of any covenant, condition or restriction, which occurred before You acquired Your Title, even if the covenant, condition or restriction is excepted in Schedule B.
14. The violation or enforcement of those portions of any law or government regulation concerning::
    a. building;
    b. zoning;
    c. land use;
    d. improvements on the Land;
    e. land division; or
    f. environmental protection.
    If there is a notice recorded in the Public Records, describing any part of the Land, claiming a violation exists or declaring the intention to enforce the law or regulation. Our liability for this Covered Risk is limited to the extent of the violation or enforcement stated in that notice.
15. An enforcement action based on the exercise of a governmental police power not covered by Covered Risk 14 if there is a notice recorded in the Public Records, describing any part of the Land, of the enforcement action or intention to bring an enforcement action. Our liability for this Covered Risk is limited to the extent of the enforcement action stated in that notice.
16. Because of an existing violation of a subdivision law or regulation affecting the Land:
    a. You are unable to obtain a building permit;
    b. You are required to correct or remove the violation; or
    c. someone else has a legal right to, and does, refuse to perform a contract to purchase the Land, lease it or make a Mortgage loan on it.
    The amount of Your insurance for this Covered Risk is subject to Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.
17. You lose Your Title to any part of the Land because of the right to take the Land by condemning it, if:
    a. there is a notice of the exercise of the right recorded in the Public Records and the notice describes any part of the Land; or
    b. the taking happened before the Policy Date and is binding on You if You bought the Land without Knowing of the taking.
18. You are forced to remove or remedy Your existing structures, or any part of them - other than boundary walls or fences - because any portion was built without obtaining a building permit from the proper government office. The amount of Your insurance for this Covered Risk is subject to Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.
19. You are forced to remove or remedy Your existing structures, or any part of them, because they violate an existing zoning law or zoning regulation. If You are required to remedy any portion of Your existing structures, the amount of Your insurance for this Covered Risk is subject to Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.
20. You cannot use the Land because use as a single-family residence violates an existing zoning law or zoning regulation.
21. You are forced to remove Your existing structures because they encroach onto Your neighbor's land. If the encroaching structures are boundary walls or fences, the amount of Your insurance for this Covered Risk is subject to Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.
22. Someone else has a legal right to, and does, refuse to perform a contract to purchase the Land, lease it or make a Mortgage loan on it because Your neighbor's existing structures encroach onto the Land
23. You are forced to remove Your existing structures which encroach onto an easement or over a building set-back line, even if the easement or building set-back line is excepted in Schedule B.
24. Your existing structures are damaged because of the exercise of a right to maintain or use any easement affecting the Land, even if the easement is excepted in Schedule B.
25. Your existing improvements (or a replacement or modification made to them after the Policy Date), including lawns, shrubbery or trees, are damaged because of

ORT Form 4445

ALTA Homeowner's Policy of Title Insurance 01/01/08
For A One-To-Four Family Residence

Page 3 of 6

the future exercise of a right to use the surface of the Land for the extraction or development of minerals, water or any other substance, even if those rights are excepted or reserved from the description of the Land or excepted in Schedule B.
26. Someone else tries to enforce a discriminatory covenant, condition or restriction that they claim affects Your Title which is based upon race, color, religion, sex, handicap, familial status, or national origin.
27. A taxing authority assesses supplemental real estate taxes not previously assessed against the Land for any period before the Policy Date because of construction or a change of ownership or use that occurred before the Policy Date.
28. Your neighbor builds any structures after the Policy Date -- other than boundary walls or fences -- which encroach onto the Land.
29. Your Title is unmarketable, which allows someone else to refuse to perform a contract to purchase the Land, lease it or make a Mortgage loan on it.
30. Someone else owns an interest in Your Title because a court order invalidates a prior transfer of the title under federal bankruptcy, state insolvency, or similar creditors' rights laws.
31. The residence with the address shown in Schedule A is not located on the Land at the Policy Date.
32. The map, if any, attached to this Policy does not show the correct location of the Land according to the Public Records.

## OUR DUTY TO DEFEND AGAINST LEGAL ACTION

We will defend Your Title in any legal action only as to that part of the action which is based on a Covered Risk and which is not excepted or excluded from coverage in this Policy. We will pay the costs, attorneys' fees, and expenses We incur in that defense.
We will not pay for any part of the legal action which is not based on a Covered Risk or which is excepted or excluded from coverage in this Policy.
We can end Our duty to defend Your Title under Section 4 of the Conditions.

## THIS POLICY IS NOT COMPLETE WITHOUT SCHEDULES A AND B
## EXCLUSIONS

In addition to the Exceptions in Schedule B, You are not insured against loss, costs, attorneys' fees, and expenses resulting from:
1. Governmental police power, and the existence or violation of those portions of any law or government regulation concerning:
    a. building;
    b. zoning;
    c. land use;
    d. improvements on the Land;
    e. land division; and
    f. environmental protection.
This Exclusion does not limit the coverage described in Covered Risk 8.a., 14, 15, 16, 18, 19, 20, 23 or 27.
2. The failure of Your existing structures, or any part of them, to be constructed in accordance with applicable building codes. This Exclusion does not limit the coverage described in Covered Risk 14 or 15.
3. The right to take the Land by condemning it. This Exclusion does not limit the coverage described in Covered Risk 17.
4. Risks:
    a. that are created, allowed, or agreed to by You, whether or not they are recorded in the Public Records;
    b. that are Known to You at the Policy Date, but not to Us, unless they are recorded in the Public Records at the Policy Date;
    c. that result in no loss to You; or
    d. that first occur after the Policy Date - this does not limit the coverage described in Covered Risk 7, 8.e., 25, 26, 27 or 28.
5. Failure to pay value for Your Title.
6. Lack of a right:
    a. to any land outside the area specifically described and referred to in paragraph 3 of Schedule A; and
    b. in streets, alleys, or waterways that touch the Land.
This Exclusion does not limit the coverage described in Covered Risk 11 or 21.

## CONDITIONS

1. DEFINITIONS
    a. <u>Easement</u> - the right of someone else to use the Land for a special purpose.
    b. <u>Known</u> - things about which You have actual knowledge. The words "Know" and "Knowing" have the same meaning as Known.
    c. <u>Land</u> - the land or condominium unit described in paragraph 3 of Schedule A and any improvements on the Land which are real property.
    d. <u>Mortgage</u> - a mortgage, deed of trust, trust deed or other security instrument.
    e. <u>Natural Person</u> - a human being, not a commercial or legal organization or entity. Natural Person includes a trustee of a Trust even if the trustee is not a human being.
    f. <u>Policy Date</u> - the date and time shown in Schedule A. If the insured named in Schedule A first acquires the interest shown in Schedule A by an instrument recorded in the Public Records later than the date and time shown in Schedule A, the Policy Date is the date and time the instrument is recorded.
    g. <u>Public Records</u> - records that give constructive notice of matters affecting Your Title, according to the state statutes where the Land is located.
    h. <u>Title</u> - the ownership of Your interest in the Land, as shown in Schedule A.
    i. <u>Trust</u> - a living trust established by a human being for estate planning.
    j. <u>We/Our/Us</u> - Old Republic National Title Insurance Company.
    k. <u>You/Your</u> - the insured named in Schedule A and also those identified in Section 2.b. of these Conditions.
2. CONTINUATION OF COVERAGE
    a. This Policy insures You forever, even after You no longer have Your Title. You cannot assign this Policy to anyone else.
    b. This Policy also insures:
        (1) anyone who inherits Your Title because of Your death;
        (2) Your spouse who receives Your Title because of dissolution of Your marriage;
        (3) the trustee or successor trustee of a Trust to whom You transfer Your Title after the Policy Date; or
        (4) the beneficiaries of Your Trust upon Your death.
    c. We may assert against the insureds identified in Section 2.b. any rights and defenses that We have against any previous insured under this Policy.
3. HOW TO MAKE A CLAIM
    a. <u>Prompt Notice Of Your Claim</u>
        (1) As soon as You Know of anything that might be covered by this Policy, You must notify Us promptly in writing.
        (2) Send Your notice to Old Republic Title Insurance Company, 400 Second Avenue South, Minneapolis, MN 55401, Attention: Claims Department. Please include the Policy number shown in Schedule A, and the county and state where the Land is located. Please enclose a copy of Your policy, if available.
        (3) If You do not give Us prompt notice, Your coverage will be reduced or ended, but only to the extent Your failure affects Our ability to resolve the claim or defend You.
    b. <u>Proof Of Your Loss</u>

(1) We may require You to give Us a written statement signed by You describing Your loss which includes:
    (a) the basis of Your claim;
    (b) the Covered Risks which resulted in Your loss;
    (c) the dollar amount of Your loss; and
    (d) the method You used to compute the amount of Your loss.
(2) We may require You to make available to Us records, checks, letters, contracts, insurance policies and other papers which relate to Your claim. We may make copies of these papers.
(3) We may require You to answer questions about Your claim under oath.
(4) If you fail or refuse to give Us a statement of loss, answer Our questions under oath, or make available to Us the papers We request, Your coverage will be reduced or ended, but only to the extent Your failure or refusal affects Our ability to resolve the claim or defend You.

## 4. OUR CHOICES WHEN WE LEARN OF A CLAIM

a. After We receive Your notice, or otherwise learn, of a claim that is covered by this Policy, Our choices include one or more of the following:
  (1) Pay the claim;
  (2) Negotiate a settlement;
  (3) Bring or defend a legal action related to the claim;
  (4) Pay You the amount required by this Policy;
  (5) End the coverage of this Policy for the claim by paying You Your actual loss resulting from the Covered Risk, and those costs, attorneys' fees and expenses incurred up to that time which We are obligated to pay;
  (6) End the coverage described in Covered Risk 16, 18, 19 or 21 by paying You the amount of Your insurance then in force for the particular Covered Risk, and those costs, attorneys' fees and expenses incurred up to that time which We are obligated to pay;
  (7) End all coverage of this Policy by paying You the Policy Amount then in force, and those costs, attorneys' fees and expenses incurred up to that time which We are obligated to pay;
  (8) Take other appropriate action.
b. When We choose the options in Sections 4.a. (5), (6) or (7), all Our obligations for the claim end, including Our obligation to defend, or continue to defend, any legal action.
c. Even if We do not think that the Policy covers the claim, We may choose one or more of the options above. By doing so, We do not give up any rights.

## 5. HANDLING A CLAIM OR LEGAL ACTION

a. You must cooperate with Us in handling any claim or legal action and give Us all relevant information.
b. If You fail or refuse to cooperate with Us, Your coverage will be reduced or ended, but only to the extent Your failure or refusal affects Our ability to resolve the claim or defend You.
c. We are required to repay You only for those settlement costs, attorneys' fees and expenses that We approve in advance.
d. We have the right to choose the attorney when We bring or defend a legal action on Your behalf. We can appeal any decision to the highest level. We do not have to pay Your claim until the legal action is finally decided.
e. Whether or not We agree there is coverage, We can bring or defend a legal action, or take other appropriate action under this Policy. By doing so, We do not give up any rights.

## 6. LIMITATION OF OUR LIABILITY

a. After subtracting Your Deductible Amount if it applies, We will pay no more than the least of:
  (1) Your actual loss;
  (2) Our Maximum Dollar Limit of Liability then in force for the particular Covered Risk, for claims covered only under Covered Risk 16, 18, 19 or 21; or
  (3) the Policy Amount then in force, and any costs, attorneys' fees and expenses that We are obligated to pay under this Policy.
b. If We pursue Our rights under Sections 4.a.(3) and 5.e. of these Conditions and are unsuccessful in establishing the Title, as insured:
  (1) the Policy Amount then in force will be increased by 10% of the Policy Amount shown in Schedule A, and
  (2) You shall have the right to have the actual loss determined on either the date the claim was made by You or the date it is settled and paid.
c. (1) If We remove the cause of the claim with reasonable diligence after receiving notice of it, all Our obligations for the claim end, including any obligation for loss You had while We were removing the cause of the claim.
  (2) Regardless of 6.c.(1) above, if You cannot use the Land because of a claim covered by this Policy:
    (a) You may rent a reasonably equivalent substitute residence and We will repay You for the actual rent You pay, until the earlier of:
      (i) the cause of the claim is removed; or
      (ii) We pay You the amount required by this Policy. If Your claim is covered only under Covered Risk 16, 18, 19 or 21, that payment is the amount of Your insurance then in force for the particular Covered Risk.
    (b) We will pay reasonable costs You pay to relocate any personal property You have the right to remove from the Land, including transportation of that personal property for up to twenty-five (25) miles from the Land and repair of any damage to that personal property because of the relocation. The amount We will pay You under this paragraph is limited to the value of the personal property before You relocate it.
d. All payments We make under this Policy reduce the Policy Amount, except for costs, attorneys' fees and expenses. All payments We make for claims which are covered only under Covered Risk 16, 18, 19 or 21 also reduce Our Maximum Dollar Limit of Liability for the particular Covered Risk, except for costs, attorneys' fees and expenses.
e. If We issue, or have issued, a Policy to the owner of a Mortgage that is on Your Title and We have not given You any coverage against the Mortgage, then:
  (1) We have the right to pay any amount due You under this Policy to the owner of the Mortgage, and any amount paid shall be treated as a payment to You under this Policy, including under Section 4.a. of these Conditions;
  (2) Any amount paid to the owner of the Mortgage shall be subtracted from the Policy Amount; and
  (3) If Your claim is covered only under Covered Risk 16, 18, 19 or 21, any amount paid to the owner of the Mortgage shall also be subtracted from Our Maximum Dollar Limit of Liability for the particular Covered Risk.
f. If You do anything to affect any right of recovery You may have against someone else, We can subtract from Our liability the amount by which You reduced the value of that right.

## 7. TRANSFER OF YOUR RIGHTS TO US

a. When We settle Your claim, We have all the rights and remedies You have against any person or property related to the claim. You must not do anything to affect these rights and remedies. When We ask, You must execute documents to evidence the transfer to Us of these rights and remedies. You must let Us use Your name in enforcing these rights and remedies.
b. We will not be liable to You if We do not pursue these rights and remedies or if We do not recover any amount that might be recoverable.

　　　　c. We will pay any money We collect from enforcing these rights and remedies in the following order:
　　　　　　(1) to Us for the costs, attorneys' fees and expenses We paid to enforce these rights and remedies;
　　　　　　(2) to You for Your loss that You have not already collected;
　　　　　　(3) to Us for any money We paid out under this Policy on account of Your claim; and
　　　　　　(4) to You whatever is left.
　　　　d. If You have rights and remedies under contracts (such as indemnities, guaranties, bonds or other policies of insurance) to recover all or part of Your loss, then We have all of those rights and remedies, even if those contracts provide that those obligated have all of Your rights and remedies under this Policy.

8. **THIS POLICY IS THE ENTIRE CONTRACT**
　　　This Policy, with any endorsements, is the entire contract between You and Us. To determine the meaning of any part of this Policy, You must read the entire Policy and any endorsements. Any changes to this Policy must be agreed to in writing by Us. Any claim You make against Us must be made under this Policy and is subject to its terms.

9. **INCREASED POLICY AMOUNT**
　　　The Policy Amount then in force will increase by ten percent (10%) of the Policy Amount shown in Schedule A each year for the first five years following the Policy Date shown in Schedule A, up to one hundred fifty percent (150%) of the Policy Amount shown in Schedule A. The increase each year will happen on the anniversary of the Policy Date shown in Schedule A.

10. **SEVERABILITY**
　　　If any part of this Policy is held to be legally unenforceable, both You and We can still enforce the rest of this Policy.

11. **ARBITRATION**
　　　a. If permitted in the state where the Land is located, You or We may demand arbitration.
　　　b. The law used in the arbitration is the law of the state where the Land is located.
　　　c. The arbitration shall be under the Title Insurance Arbitration Rules of the American Land Title Association ("Rules"). You can get a copy of the Rules from Us.
　　　d. Except as provided in the Rules, You cannot join or consolidate Your claim or controversy with claims or controversies of other persons.
　　　e. The arbitration shall be binding on both You and Us. The arbitration shall decide any matter in dispute between You and Us.
　　　f. The arbitration award may be entered as a judgment in the proper courts.

12. **CHOICE OF LAW**
　　　The law of the state where the Land is located shall apply to this policy.

# Schedule A



File No.: 41633

Policy No.: EHP13280846

Our name and address is:
**Title Services, LLC**
**9201 N. Meridian Street #100**
**Indianapolis, IN 46260**

Policy Amount: **$1,950,000.00**

Policy Date and Time: **July 14, 2023** at **7:07 am**

Deductible Amounts and Maximum Dollar Limits of Liability for Covered Risk 16, 18, 19 and 21.

| | **Your Deductible Amount** | Our Maximum Dollar Limit of Liability |
|---|---|---|
| Covered Risk 16: | 1% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $25,000.00 |
| Covered Risk 18: | 1% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $25,000.00 |
| Covered Risk 19: | 1% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $25,000.00 |
| Covered Risk 21: | 1% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $25,000.00 |

Street Address of the Land: **12162 Pearl Bay Ridge, Indianapolis, IN 46236**

1. Name of Insured: **Gerardo Lorenzo Linarducci and Jennifer Joan Linarducci, husband and wife**

2. Your interest in the Land covered by this Policy is: **Fee Simple**

3. The Land referred to in this Policy is described as:

   Lot 143 in Admirals Pointe, Section 6, an addition in Marion County, Indiana as per plat thereof recorded February 23, 1987 as Instrument No. 87-19405 in the Office of the Recorder of Marion County, Indiana.

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**
*A Stock Company*
*400 Second Avenue South, Minneapolis, Minnesota 55401*
*(612) 371-1111*

By _____  President

*Authorized Officer or Agent*

Attest _____  Secretary

# Schedule B - Part I



File No.: 41633                                     Policy No.: EHP13280846

## EXCEPTIONS

In addition to the Exclusions, You are not insured against loss, costs, attorneys' fees, and expenses resulting from:

1. Taxes for payable 2023 have been paid. Taxes for the year payable 2024 and all subsequent years are undetermined and a lien, but not yet due and payable.

2. Solid Waste and Storm Water Drainage Assessments for payable May and November 2023 have been paid.

3. Covenants, conditions and restrictions as contained in the plat recorded as Instrument No. 87-19405. NOTE: This exception omits any covenants, condition or restriction based on race, color, religion, sex, handicap, familial status or national origin as provided in 42 U.S.C. SS 3604, unless and only to the extent that the covenant (a) is not a violation of state or federal law, (b) is exempt under 42 U.S.C. SS 3607, or (c) relates to a handicap, but not discriminate against handicapped people.

4. Building set back lines as shown on plat.

5. Easements as shown on plat.

6. All matters as contained in Declaration of Restrictions of Geist Harbours, recorded as Instrument No. 79-97441 and corrected by Certificate of Correction recorded as Instrument No. 83-14493 and Assignment of Rights recorded as Instrument No. 98-211148. Said Declaration also provides for the collection of annual and special assessments levied by the Geist Harbours Property Owners Association, Inc. Non-payment of said Assessments shall result in a lien against subject real estate. Said lien shall be subordinate to the lien of any first mortgage.

7. All matters as contained in Special Warranty Deed recorded January 1, 1961 in Deed Record 1844, page 382 and as contained in Release and Modification of Restrictions recorded October 22, 1970 as Instrument No. 70-46984 and Consent Agreements recorded July 15, 1974 as Instrument No. 74-43456; November 25, 1975 as Instrument No. 75-67726 and recorded December 14, 1976 as Instrument No. 76-75599.

8. All matters as contained in License Agreement, recorded October 22, 1970, as Instrument No. 70-46985 and Consent to Assignment of Certain Rights recorded March 27, 1983 as Instrument No. 83-35806 and Assignment of Rights in License recorded December 4, 1986 as Instrument No. 86-125683 and Consent to Assignment of License Rights recorded December 30, 1986 as Instrument Nos. 86-135349 and 86-135350.

9. Terms and provisions of a Sewer Service Agreement recorded August 27, 1981 as Instrument No. 81-54926 with Assignment of Certain Rights in Sewer Service Agreement recorded May 27, 1983 as Instrument No. 83-35807.

10. Terms and provisions of a Declaration of Restrictions of Geist Harbours, recorded May 14, 1981 as Instrument No. 81-29285, and amended by Amendments recorded as Instrument Nos. 86-49344, 87-14335, 87-108742, 89-44541 and A201100040561 and amended by Partial Assignment recorded as Instrument No. 91-14956; Notice of Amended and Restated Code of By-Laws recorded as Instrument No. A201200005899.

11. Terms and provisions as contained in Sewer Service Agreement recorded as Instrument Nos. 87-57792 and 87-57800.

12. Covenant regarding water rights as contained in Warranty Deed recorded as Instrument No. 89-81674.

13. All matters as contained in a survey of said Lot 143 recorded as Instrument No. 1991-123031.

14. Any adverse claim of title to that portion, in any of the land described in Schedule A that lies below the ordinary low water mark of Geist Reservoir.

    Any adverse claim based on the assertion that some portion of the land described in Schedule A was created by artificial means.

    Such rights and easements for navigation, commerce or recreation which may exist over that portion of said land described in Schedule A lying beneath the water of Geist Reservoir.

    Right of upper and lower littoral owners with respect to Geist Reservoir.

**Note For Information Only:**
A search of the records in the Office of the Marion County Recorder discloses no sewer use charges filed as a lien against the insured land pursuant to I.C. 36-9-23-33, except as shown under Schedule B-2. Information relative to current sewer use charges can be obtained from the Citizens Energy Group. (317-631-1431 or 1-877-631-1431)

**Note For Information Only:**
A search of the records in the Office of the Marion County Recorder discloses no Marion County Health Department charges filed as a lien against the insured land pursuant to I.C. 36-1-6-2. These fees and/or fines may include costs imposed for the removal of trash and debris and/or cutting of high weeds and grass. Information relative to current Marion County Health Department charges can be obtained from the Marion County Health Department, 317-221-2150.

## NOTICE TO POLICYHOLDERS REGARDING
## FILING COMPLAINTS WITH THE DEPARTMENT OF INSURANCE

**WE ARE HERE TO SERVE YOU....**

As our policyholder, your satisfaction is very important to us. Should you have a valid claim, we fully expect to provide a fair settlement in a timely fashion.

**IF YOU ARE NOT SATISFIED....**

Should you feel you are not being treated fairly, we want you to know you may contact the Indiana Department of Insurance with your complaint and seek assistance from the governmental agency that regulates insurance.

---

**Questions regarding your policy or coverage should be directed to:**

**Title Services, LLC**
**317-571-6969**

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer you may contact the Department of Insurance by mail, telephone, or email:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, IN 46204

Consumer Hotline: (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi.

---