A202400081218

10/04/2024 07:58 AM
FAITH KIMBROUGH
MARION COUNTY IN RECORDER
FEE: $ 35.00
PAGES: 3
By: JR

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

    Civil Action No. 1:24-MC-00046-JRS-MKK

DRIVE PLANNING, LLC, and
RUSSELL TODD BURKHALTER,

    Defendants,
and

JACQUELINE BURKHALTER,
THE BURKHALTER RANCH
CORPORATION, DRIVE
PROPERTIES, LLC, DRIVE
GULFPORT PROPERTIES LLC,
and TBR SUPPLY HOUSE, INC.,

    Relief Defendants.
_____/

### NOTICE OF LIS PENDENS

TO:  GERARDO LORENZO LINARDUCCI
       JENNIFER JOAN LINARDUCCI

and to all other known or unknown individuals and/or entities having an interest in and/or residing on the property more properly described below:

    YOU ARE NOTIFIED of the following:

        (a) Plaintiff, United States Securities and Exchange Commission, instituted an action set forth above against Defendants Drive Planning, LLC and Russell Todd Burkhalter, which resulted in entry of the Order Appointing Receiver. The Order Appointing Receiver gives the undersigned, court-appointed Receiver the authority to take possession, custody and control of the real property subject of this Notice that is attributable to funds derived from investors or clients of Drive Planning, LLC. Accordingly, the Receiver hereby gives notice of his interest in that real property;

        (b) This action is pending before the United States District Court, Northern District of Georgia, Atlanta Division;



Tx:4218873
DocId:2032664 5

**EXHIBIT A**

(c) The real property that is the subject matter of the above action and this *Lis Pendens* is located in Marion County, Indiana a/k/a 12162 Pearl Bay Ridge, Indianapolis, Indiana 46236, and is more particularly described as follows:

Lot 143 in Admirals Pointe, Section 6, an addition in Marion County, Indiana as per plat thereof recorded February 23, 1987, as Instrument No. 87-19405 in the Office of the Recorder of Marion County, Indiana.

Subject to any and all easements, agreements, covenants, restrictions and rights-of-way of record, and to all current and non-delinquent real estate taxes due and payable from and after the date of this conveyance.

[County Tax Parcel No.: 4027281]

[State Tax Parcel No.: 49-01-15-125-002.000-400]

PRIOR DEED REFERENCE:
Instrument No. A201200102972

Common street address is 12162 Pearl Bay Ridge, Indianapolis, Indiana, 46236.

Dated: September 26, 2024.                Respectfully submitted,

                                          /s/ Kenneth Dante Murena
                                          Kenneth Dante Murena
                                          Court-Appointed Receiver
                                          1000 Brickell Avenue, #1020
                                          Miami, FL  33131

STATE OF FLORIDA
COUNTY OF: MIAMI DADE

The foregoing instrument was acknowledged before me by means of [✓] physical presence or [ ] online notarization this 26 day of September, 2024 by Kenneth Dante Murena as the Court-appointed Receiver for Drive Planning, LLC.

ANA CAROLINA FRIEDMAN
MY COMMISSION # HH 096092
EXPIRES: June 22, 2025
Bonded Thru Notary Public Underwriters

_____
Signature of Notary Public- State of Florida

_____
Name of Notary

Personally Known ___✓___ OR Produced identification _____
Type of Identification Produced _____

2

**EXHIBIT A**





ORIGIN ID:MPBA  (305) 371-3960
JEANNETTE SERNA
DAMIAN VALORI CULMO
1000 BRICKELL AVE., STE. 1020

MIAMI, FL 33131
UNITED STATES US

SHIP DATE: 26SEP24
ACTWGT: 1.00 LB
CAD: 3002232/INET4760

BILL SENDER

TO **CLERK'S OFFICE**
**U.S. DISTRICT COURT**
**46 EAST OHIO STREET, ROOM 105**
**INDIANAPOLIS IN 46204**
(305) 371-3960
INV
PO                REF: SCC-DRIVE PLANNING
                  DEPT

TRK# 7788 5201 2238
0201

FRI - 27 SEP 5:00P
STANDARD OVERNIGHT

XS GSHA                46204
                       IN-US  IND



**EXHIBIT A**