**SO ORDERED: February 19, 2026.**



James M. Carr
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GERARDO LORENZO LINARDUCCI, | ) Case No. 25-03768-JMC-13 |
| | ) |
| Debtor. | ) |
| | ) |

### NOTICE SETTING RESPONSE DEADLINE FOR AND TELEPHONIC STATUS CONFERENCE ON MOTION TO APPEAR AND SHOW CAUSE AS TO WHY THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION SHOULD NOT BE HELD IN CONTEMPT FOR A WILLFUL VIOLATION OF THE AUTOMATIC STAY

On February 16, 2026, Gerardo Lorenzo Linarducci ("Debtor") filed a *Motion to Appear and Show Cause as to Why the United States Securities and Exchange Commission Should Not be Held in Contempt for a Willful Violation of the Automatic Stay* (Docket No. 96) (the "Motion"). By the Motion, Debtor appears to request relief pursuant to 11 U.S.C. § 362(k).

NOTICE IS HEREBY GIVEN that any response to the Motion should be filed on or before **March 23, 2026** either electronically at www.insb.uscourts.gov or with the Clerk of the United States Bankruptcy Court, Room 116, United States Courthouse, 46 East Ohio Street,

Indianapolis, Indiana 46204, with copies served upon

>Harley K. Means
>Jason T. Mizzell
>Kroger, Gardis & Regas, LLP
>111 Monument Circle, Suite 900
>Indianapolis, Indiana 46204
>Telephone: (317) 692-9000
>Email: hkm@kgrlaw.com; jtm@kgrlaw.com

NOTICE IS HEREBY FURTHER GIVEN that a telephonic status conference will be held on **March 25, 2026 at 10:00 a.m EDT**.  To participate, parties should call (571) 353-2301, meeting ID 734120790.  The parties should be prepared to address the setting of an evidentiary hearing during such telephonic status conference.

# # #