United States Bankruptcy Court
Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 25-03768-JMC |
| Gerardo Lorenzo Linarducci | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdfOrder | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerardo Lorenzo Linarducci, 12162 Pearl Bay Ridge, Indianapolis, IN 46236-8980 |
| cr | + | Craig Eugene Thomas, 6304 W Cedar Chase Dr, McCordsville, IN 46055-9284 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 21, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adriana M. Pavon | on behalf of Plaintiff Kenneth D Murena apavon@dvcattorneys.com jserna@dvllp.com |
| Adriana M. Pavon | on behalf of Creditor Kenneth D Murena apavon@dvcattorneys.com jserna@dvllp.com |
| Amanda Clark Palmer | on behalf of Debtor Gerardo Lorenzo Linarducci aclark@gsllaw.com |
| Ann M. DeLaney | ECFdelaney@trustee13.com ecfdelaney@gmail.com |
| David Baddley | on behalf of Creditor U.S. Securities and Exchange Commission baddleyd@sec.gov |
| Harley K Means | |

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdfOrder | Total Noticed: 2 |

    on behalf of Debtor Gerardo Lorenzo Linarducci hkm@kgrlaw.com kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means

    on behalf of Defendant Gerardo Lorenzo Linarducci hkm@kgrlaw.com kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

James P Moloy

    on behalf of Creditor Kenneth D Murena jmoloy@boselaw.com dlingenfelter@boselaw.com

James P Moloy

    on behalf of Plaintiff Kenneth D Murena jmoloy@boselaw.com dlingenfelter@boselaw.com

Jason T. Mizzell

    on behalf of Defendant Gerardo Lorenzo Linarducci jmizzell@kgrlaw.com kwhigham@kgrlaw.com;cresler@kgrlaw.com;tfroelich@kgrlaw.com;kpeerman@kgrlaw.com

Jason T. Mizzell

    on behalf of Debtor Gerardo Lorenzo Linarducci jmizzell@kgrlaw.com kwhigham@kgrlaw.com;cresler@kgrlaw.com;tfroelich@kgrlaw.com;kpeerman@kgrlaw.com

Ross M Good

    on behalf of Creditor Rachel Williamson ross@thegoodlawgroup.com ross.thegoodlawgroup.com@recap.email

Ryan Murphy

    on behalf of Debtor Gerardo Lorenzo Linarducci RMurphy@kgrlaw.com kwhigham@kgrlaw.com;cresler@kgrlaw.com;kpeerman@kgrlaw.com;dg@kgrlaw.com;sharding@kgrlaw.com;kpeerman@kgrlaw.com

Shawn Matthew Good

    on behalf of Creditor Constance Novoa info@thegoodlawgroup.com

U.S. Trustee

    ustpregion10.in.ecf@usdoj.gov

TOTAL: 15

SO ORDERED: February 19, 2026.

_____
James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                              )
                                                    )
GERARDO LORENZO LINARDUCCI,                         )   Case No. 25-03768-JMC-13
                                                    )
            Debtor.                                 )
_____)

**NOTICE SETTING RESPONSE DEADLINE FOR AND TELEPHONIC STATUS
CONFERENCE ON MOTION TO APPEAR AND SHOW CAUSE AS TO WHY
THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
SHOULD NOT BE HELD IN CONTEMPT
FOR A WILLFUL VIOLATION OF THE AUTOMATIC STAY**

On February 16, 2026, Gerardo Lorenzo Linarducci ("Debtor") filed a *Motion to Appear and Show Cause as to Why the United States Securities and Exchange Commission Should Not be Held in Contempt for a Willful Violation of the Automatic Stay* (Docket No. 96) (the "Motion"). By the Motion, Debtor appears to request relief pursuant to 11 U.S.C. § 362(k).

NOTICE IS HEREBY GIVEN that any response to the Motion should be filed on or before **March 23, 2026** either electronically at www.insb.uscourts.gov or with the Clerk of the United States Bankruptcy Court, Room 116, United States Courthouse, 46 East Ohio Street,

Indianapolis, Indiana 46204, with copies served upon

    Harley K. Means
    Jason T. Mizzell
    Kroger, Gardis & Regas, LLP
    111 Monument Circle, Suite 900
    Indianapolis, Indiana 46204
    Telephone:  (317) 692-9000
    Email:  hkm@kgrlaw.com; jtm@kgrlaw.com

NOTICE IS HEREBY FURTHER GIVEN that a telephonic status conference will be held on **March 25, 2026 at 10:00 a.m EDT**.  To participate, parties should call (571) 353-2301, meeting ID 734120790.  The parties should be prepared to address the setting of an evidentiary hearing during such telephonic status conference.

                                            # # #