United States Bankruptcy Court

Southern District of Indiana

In re:                                                                Case No. 25-03768-JMC

Gerardo Lorenzo Linarducci                                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0756-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: pdfOrder | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gerardo Lorenzo Linarducci, 12162 Pearl Bay Ridge, Indianapolis, IN 46236-8980 |
| cr | + Craig Eugene Thomas, 6304 W Cedar Chase Dr, McCordsville, IN 46055-9284 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adriana M. Pavon | on behalf of Creditor Kenneth D Murena apavon@dvcattorneys.com  jserna@dvllp.com |
| Adriana M. Pavon | on behalf of Plaintiff Kenneth D Murena apavon@dvcattorneys.com  jserna@dvllp.com |
| Amanda Clark Palmer | on behalf of Debtor Gerardo Lorenzo Linarducci aclark@gsllaw.com |
| Ann M. DeLaney | ECFdelaney@trustee13.com  ecfdelaney@gmail.com |
| David Baddley | on behalf of Creditor U.S. Securities and Exchange Commission baddleyd@sec.gov |
| Harley K Means | |

District/off: 0756-1

User: admin

Page 2 of 2

Date Rcvd: Mar 25, 2026

Form ID: pdfOrder

Total Noticed: 2

on behalf of Debtor Gerardo Lorenzo Linarducci hkm@kgrlaw.com
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means

on behalf of Defendant Gerardo Lorenzo Linarducci hkm@kgrlaw.com
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

James P Moloy

on behalf of Plaintiff Kenneth D Murena jmoloy@boselaw.com  dlingenfelter@boselaw.com

James P Moloy

on behalf of Creditor Kenneth D Murena jmoloy@boselaw.com  dlingenfelter@boselaw.com

Jason T. Mizzell

on behalf of Debtor Gerardo Lorenzo Linarducci jmizzell@kgrlaw.com
kwhigham@kgrlaw.com;cresler@kgrlaw.com;tfroelich@kgrlaw.com;kpeerman@kgrlaw.com

Jason T. Mizzell

on behalf of Defendant Gerardo Lorenzo Linarducci jmizzell@kgrlaw.com
kwhigham@kgrlaw.com;cresler@kgrlaw.com;tfroelich@kgrlaw.com;kpeerman@kgrlaw.com

Ross M Good

on behalf of Creditor Rachel Williamson ross@thegoodlawgroup.com  ross.thegoodlawgroup.com@recap.email

Ryan Murphy

on behalf of Debtor Gerardo Lorenzo Linarducci RMurphy@kgrlaw.com
kwhigham@kgrlaw.com;cresler@kgrlaw.com;kpeerman@kgrlaw.com;dg@kgrlaw.com;sharding@kgrlaw.com;kpeerman@kgrlaw.com

Shawn Matthew Good

on behalf of Creditor Constance Novoa info@thegoodlawgroup.com

U.S. Trustee

ustpregion10.in.ecf@usdoj.gov

TOTAL: 15

SO ORDERED: March 25, 2026.

_____

**James M. Carr**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:                                               )
                                                     )
GERARDO LORENZO LINARDUCCI,        )   Case No. 25-03768-JMC-13
                                                     )
                          Debtor.                    )
_____)

**ORDER ON MOTION TO APPEAR AND SHOW CAUSE AS TO WHY THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION SHOULD NOT BE HELD IN CONTEMPT FOR A WILLFUL VIOLATION OF THE AUTOMATIC STAY**

THIS MATTER comes before the Court on the *Motion to Appear and Show Cause as to Why the United States Securities and Exchange Commission Should Not be Held in Contempt for a Willful Violation of the Automatic Stay* filed by Gerardo Lorenzo Linarducci ("Debtor") on February 16, 2026 (Docket No. 96) (the "Motion"). The Court, having reviewed the Motion and *U.S. Securities and Exchange Commission's Response to Debtor's Motion to Appear and Show Cause for Willful Violation of the Automatic Stay* filed by the U.S. Securities and Exchange Commission ("SEC") on March 19, 2026 (Docket No. 104), having heard the representations of counsel for Debtor and counsel for SEC at a status conference on March 25, 2026 (the "Status

Conference"), at which no party requested an evidentiary hearing with respect to the Motion, and being otherwise duly advised, now RULES as follows:

On the record at the Status Conference, counsel for SEC assured Debtor and the Court that:

(1)     While the automatic stay is in effect, SEC will seek only to liquidate SEC's claim against Debtor with respect to the matters set forth in the *Complaint*[1] filed by SEC against Debtor in the United States District Court for the Northern District of Georgia, Case No. 1:25-cv-07284-VMC (the "Georgia Action").

(2)     If a monetary judgment is entered against Debtor in the Georgia Action, then SEC will amend its proof of claim in this case to reflect such monetary judgment, to the extent the bankruptcy case remains open.

(3)     SEC agrees that it cannot take action to collect from Debtor, outside of amending SEC's proof of claim, on any monetary judgment entered against Debtor in the Georgia Action while the automatic stay that arose in this case remains in effect, unless this Court modifies the stay to allow for such action.

Following such assurances, Debtor withdrew the Motion.

There will be no further proceedings with respect to the Motion.

IT IS SO ORDERED.

# # #

---

[1]     A copy of such complaint is attached to the Motion.