**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:                                  )
                                        )
GERARDO LORENZO          )          CASE NO. 25-03768-JMC-13
LINARDUCCI                         )
                                        )
Debtor                             )

## MOTION TO WITHDRAW
## APPEARANCE OF RYAN M. MURPHY

Ryan M. Murphy, attorney of record for Debtor Gerardo Lorenzo Linarducci and in support thereof, states as follows:

1.      Ryan M. Murphy and Harley K. Means have appeared herein on behalf of Gerardo Lorenzo Linarducci.

2.      Harley K. Means will continue to represent Gerardo Lorenzo Linarducci and as a result there will not be any interruption in representation.

3.      This motion is not intended to delay these proceedings or inconvenience any party and Gerardo Lorenzo Linarducci will not be prejudiced by the undersigned's withdrawal.

**WHEREFORE**, Ryan M. Murphy moves the Court for an order granting his motion to withdraw his appearance on behalf of the Debtor Gerardo Lorenzo Linarducci and for all other just and proper relief.

Respectfully submitted,

*/s/ Ryan M. Murphy*
Ryan M. Murphy, Atty. No. 38288-49

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties though the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

James P Moloy
jmoloy@boselaw.com

Shawn Matthew Good
info@thegoodlawgroup.com

David Baddley
baddleyd@sec.gov

Ross M Good
ross@thegoodlawgroup.com

I further certify that on April 13, 2026, a copy of the foregoing was mailed by first-class United States mail, postage prepaid, and properly addressed to the following:

None

/s/ Ryan M. Murphy
Ryan M. Murphy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:                        )
                              )
GERARDO LORENZO      )     CASE NO. 25-03768-JMC-13
LINARDUCCI              )
                              )
Debtor                   )

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF RYAN M. MURPHY

Ryan M. Murphy, having filed his Motion to Withdraw Appearance; and the Court, being duly advised of the circumstances, now **GRANTS** said Motion.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the appearance of Ryan M. Murphy on behalf of Gerardo Lorenzo Linarducci and is hereby withdrawn.

SO ORDERED.

**###**