**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GERARDO LORENZO LINARDUCCI, | ) | CASE NO.  25-03768-JMC-13 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF ORDER BY THE U.S. DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF GEORGIA GRANTING**
**RECEIVER'S CONSTRUCTIVE TRUST MOTION**

Comes now Kenneth D. Murena, as the Court-appointed receiver ("Receiver") in the SEC Action (as defined below), by counsel, and respectfully files this Notice of Order by the U.S. District Court for the Northern District of Georgia Granting Receiver's Constructive Trust Motion, and states as follows:

1. On August 13, 2024, the Securities and Exchange Commission ("SEC") filed an action against Drive Planning, LLC alleging a massive Ponzi scheme, and such action is pending in the United States District Court for the Northern District of Georgia (the "Receivership Court") as *SEC v. Drive Planning, LLC, et al.*, Case No. 1:24-cv-03583 (N.D. Ga.) (the "SEC Action").

2. On March 13, 2026, this Court entered its Order Regarding Receiver's Motion for Relief from Stay (Doc. 103; the "Stay Relief Order"), granting the Receiver's Stay Relief Motion (Doc. 77) as follows:

> The automatic stay is hereby MODIFIED to allow Receiver to resume litigation of and continue to prosecute the Constructive Trust Motion in the Receivership Court asking that court to make, among other things, the determination of whether, under applicable non-bankruptcy law (including the Prior Orders and constructive trust principles), Receiver is entitled to have a constructive trust imposed upon and to confirm that Receiver held full title to and owned the Property prior to and as of the Petition Date.

Stay Relief Order at 8.

5274370

3.      Pursuant to the Stay Relief Order, the Receiver resumed litigation of the Constructive Trust Motion in the Receivership Court.  On May 21, 2026, the Receivership Court entered the Order attached hereto as **Exhibit A** which, *inter alia*, orders and declares that the Property located at 12162 Pearl Bay Ridge, Indianapolis, Indiana 46236 was impressed with a constructive trust in favor of the Receivership Estate as of July 10, 2023 (when the Linarduccis acquired  the Property), nearly two years prior to the petition date of June 27, 2025, and that the Linarduccis must execute a deed transferring the Property to the Receivership Estate and vacate the Property by a date certain.

WHEREFORE, the Receiver hereby provides notice of the Receivership Court's Order attached hereto as **Exhibit A**.

Respectfully submitted,

*/s/ James P. Moloy*
James P. Moloy
Attorney No. 10301-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
jmoloy@boselaw.com

Adriana M. Pavon
Florida Attorney No. 1025060
*Admitted Pro Hac Vice*
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, FL  33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
apavon@dvcattorneys.com

*Attorneys for Kenneth D. Murena, Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David Baddley
baddleyd@sec.gov

Amanda Clark Palmer
aclark@gsllaw.com

Ann M. DeLaney
ECFdelaney@trustee13.com
ecfdelaney@gmail.com

Ross M. Good
ross@thegoodlawgroup.com
ross.thegoodlawgroup.com@recap.email

Shawn Matthew Good
info@thegoodlawgroup.com

Harley K. Means
hkm@kgrlaw.com
kwhigham@kgrlaw.com
cjs@jgrlaw.com
kpeerman@kgrlaw.com
tfroelich@kgrlaw.com

Jason T. Mizzell
jmizzell@kgrlaw.com
kwhigham@kgrlaw.com
cresler@kgrlaw.com
kpeerman@kgrlaw.com
tfroelich@kgrlaw.com

Adriana M. Pavon
apavon@dvcattorneys.com
jserna@dvllp.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on the 26th day of May, 2026, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Craig Eugene Thomas
6304 W. Cedar Chase Dr.
McCordsville, IN  46163-9284

/s/ James P. Moloy
James P. Moloy

5274370                                    3