UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GERARDO LORENZO LINARDUCCI | ) | CASE NO.: 25-03768-JMC-13 |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S RESPONSE TO THE TRUSTEE'S MOTION TO DISMISS**

Gerardo Lorenzo Linarducci ("**Debtor**"), by counsel, respectfully files this response to the *Trustee's Motion to Dismiss* [Doc 118] (the "**Motion**") filed by Trustee Ann Delaney (the "**Trustee**") and in support thereof, the Debtor states as follows:

1. On October 20, 2026, Kroger, Gardis & Regas, LLP ("**KGR**") filed its *Final Application for Allowance of Compensation and Reimbursement of Expenses* [Doc 116] (the "**Fee Application**") asking this Court to approve payment of KGR's compensation and allowable expenses.

2. On October 27, 2026, the Trustee filed her Motion asking this case to be dismissed for the Debtor's failure to make payments to the Trustee.

3. The Debtor consents to the entry of an order dismissing this proceeding upon issuance of an order on the Fee Application.

**WHEREFORE**, Gerardo Lorenzo Linarducci, by counsel, respectfully requests that this Court enter an order granting the Trustee's Motion to Dismiss, conditioned upon issuance of an order on the pending Final Application for Allowance of Compensation and Reimbursement of Expenses filed by Kroger, Gardis & Regas, LLP, and for such other relief as is just and proper.

KROGER, GARDIS & REGAS, LLP

By: /s/ Harley K. Means
Harley K. Means, Attorney No. 23068-32
Jason T. Mizzell, Attorney No. 30038-53
KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 777-7439
hmeans@kgrlaw.com
jmizzell@kgrlaw.com

*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

- Jason T. Mizzell, jmizzell@kgrlaw.com; kwhigham@kgrlaw.com; cresler@kgrlaw.com; tfroelich@kgrlaw.com; kpeerman@kgrlaw.com
- Ann Delaney ECFdelaney@trustee13.com, ecfdelaney@gmail.com
- US. Trustee ustpregion10.in.ecf@usdoj.gov

I hereby certify that on October 28, 2026, a copy of the foregoing was mailed by United States mail to the following:

**None**

*/s/ Harley K. Means*
Harley K. Means