United States Bankruptcy Court
Southern District of Indiana

In re: Case No. 25-03768-JMC
Gerardo Lorenzo Linarducci Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-1 User: admin Page 1 of 3
Date Rcvd: Oct 28, 2026 Form ID: SF00100 Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gerardo Lorenzo Linarducci, 12162 Pearl Bay Ridge, Indianapolis, IN 46236-8980 |
| 17297143 | | Aaron Powers, 4425 N. Co Rd, Milan, IN 47031 |
| 17297157 | + | Carol Bishop, 1235 S. Co Rd 400 E, Greensburg, IN 47240-7689 |
| 17366313 | #+ | Christopher & Sandra von Dohlen, 7678 West Berkeley Rd., Denver, NC 28037-8745 |
| 17297162 | + | Constance Novoa, c/o Brian Pastor, Sonn Law Group PA, 3455 Peachtree Rd NE, Ste. 500, Atlanta, GA 30326-3236 |
| 17323150 | | Craig Eugene Thomas, 6304 W Cedar Chase Dr, McCordsville, IN 46055-9284 |
| 17297167 | + | Derick Powers, 3631 Three Oaks Drive, Fort Wayne, IN 46809-1957 |
| 17371733 | + | Doreen Lehman, 8027 Silver Jade Drive, Drnver, NC 28037-8076 |
| 17362877 | | Eric Campailla, 5451 Wellfield Rd, New Port Richey, FL 34655-4315 |
| 17297182 | + | Janice Lamping, 5055 North Hamburg Rd, Oldenburg, IN 47036-9761 |
| 17361951 | + | Jason Novoa, 2726 Andrea Rd, Union, NJ 07083-6428 |
| 17297183 | + | Jason Rosfeld, 24014 Hill Rd, Sunman, IN 47041-7560 |
| 17371191 | + | John Ricke, 5511 North County Road 700E, Greensburg, IN 47240-8526 |
| 17363284 | + | Jose Miranda, 269 falling waters boulevard, Lackawaxen, PA 18435-7733 |
| 17361943 | + | Joseph Novoa, 2726 Andrea Rd, Union, NJ 07083-6428 |
| 17361948 | + | Justin Novoa, 2726 Andrea Rd, Union, NJ 07083-6428 |
| 17297193 | + | Kathy Shields, 1210 S. Michigan Rd, Greensburg, IN 47240-7905 |
| 17297196 | + | Linda Miller, 8401 Knapp Rd, Indianapolis, IN 46259-9614 |
| 17297205 | | Pamela Schwegman, 3620 W. Wilson St, Osgood, IN 47037 |
| 17371323 | + | Paul Lehman, 8027 Silver Jade Drive, Denver, NC 28037-8076 |
| 17297207 | + | Rachel Williamson, 215 Evergreen Rd, Batesville, IN 47006-5162 |
| 17297210 | + | Roger Lamping, 5055 North Hamburg Rd, Oldenburg, IN 47036-9761 |
| 17297218 | | Steve Power, 3620 W. Wilson St, Napoleon, IN 47034 |
| 17297226 | | Tammy Ricke, 5511 N. 700 E., Greensburg, IN 47240 |
| 17297235 | + | Tyler Powers, Greensburgh, IN 47240 |
| 17482205 | | U.S. Securities and Exchange Commission, 950 East Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326-1382 |
| 17297240 | | UMB Credit Card Program, PO Box 419734, Kansas City, MO 64141-6734 |
| 17363037 | + | ZA TECH WY LLC, po box 51176, Irvine, CA 92619-1176 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17341520 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2026 21:30:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 17306022 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Oct 28 2026 21:28:00 | Indiana Department of Revenue, Bankruptcy Section, 100 N Senate Ave N240, Indianapolis, IN 46204 |
| 17297179 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2026 21:27:00 | Internal Revenue Service, P.O. Box 802501, Cincinnati, OH 45280-2501 |
| 17326576 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 28 2026 21:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| | | | |
|---|---|---|---|
| | | | USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 17360834 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2026 21:30:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 17429622 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2026 21:30:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 17344428 | ^ MEBN | Oct 28 2026 21:23:52 | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17368810 | | Kenneth D. Murena, as Court-Appointed Receiver, for Drive Planning LLC |
| cr | *+ | Craig Eugene Thomas, 6304 W Cedar Chase Dr, McCordsville, IN 46055-9284 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adriana M. Pavon | on behalf of Plaintiff Kenneth D Murena apavon@dvcattorneys.com jserna@dvllp.com |
| Adriana M. Pavon | on behalf of Creditor Kenneth D Murena apavon@dvcattorneys.com jserna@dvllp.com |
| Amanda Clark Palmer | on behalf of Debtor Gerardo Lorenzo Linarducci aclark@gsllaw.com |
| Ann M. DeLaney | ECFdelaney@trustee13.com ecfdelaney@gmail.com |
| David Baddley | on behalf of Creditor U.S. Securities and Exchange Commission baddleyd@sec.gov |
| Harley K Means | on behalf of Debtor Gerardo Lorenzo Linarducci hkm@kgrlaw.com kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com |
| Harley K Means | on behalf of Defendant Gerardo Lorenzo Linarducci hkm@kgrlaw.com kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com |
| James P Moloy | on behalf of Creditor Kenneth D Murena jmoloy@boselaw.com dlingenfelter@boselaw.com |

| | |
|---|---|
| James P Moloy | on behalf of Plaintiff Kenneth D Murena jmoloy@boselaw.com dlingenfelter@boselaw.com |
| Jason T. Mizzell | on behalf of Debtor Gerardo Lorenzo Linarducci jmizzell@kgrlaw.com kwhigham@kgrlaw.com;cresler@kgrlaw.com;tfroelich@kgrlaw.com;kpeerman@kgrlaw.com |
| Jason T. Mizzell | on behalf of Defendant Gerardo Lorenzo Linarducci jmizzell@kgrlaw.com kwhigham@kgrlaw.com;cresler@kgrlaw.com;tfroelich@kgrlaw.com;kpeerman@kgrlaw.com |
| Ross M Good | on behalf of Creditor Rachel Williamson ross@thegoodlawgroup.com ross.thegoodlawgroup.com@recap.email |
| Shawn Matthew Good | on behalf of Creditor Constance Novoa info@thegoodlawgroup.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00100 (rev 05/2025)

In re:

**Gerardo Lorenzo Linarducci**,
Debtor.

Case No. **25–03768–JMC–13**

## AMENDED NOTICE

An Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 was filed on October 20, 2026, by Debtor Gerardo Lorenzo Linarducci for the following professional:

| Professional | Expense | Fee |
|---|---|---|
| Debtor's Attorney Harley K Means | $1,841.84 | $116,245.00 |

**NOTICE IS GIVEN** that your rights may be affected. You should read these documents carefully and discuss them with your attorney. If you do not have an attorney, you may want to consult one.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to enter an order on the Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 or want the Court to consider your views, an objection, explaining your position, must be filed with the Court by November 18, 2026. A copy must be sent to the party or party's attorney requesting relief at the following address:

Harley K Means
Kroger Gardis & Regas, LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204–5125

If you mail your objection, it must be mailed early enough so that the Court receives it on or before November 18, 2026. Objections must comply with S.D.Ind. B–9013–1(d).

If these steps are not taken, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: October 28, 2026

Eric R. Kleis
Clerk, U.S. Bankruptcy Court