11/6/26

To: United States Bankruptcy Court

RE: GERALDO Lorenzo Linarducci
Case No 25-03768-JMC-13

FILED
U.S. BANKRUPTCY COURT
NOV 13 2026
SOUTHERN DISTRICT OF INDIANA
CLERK OF COURTS

I am objecting to any compensation or reimbursement to Mr. Linarducci.

Mr. Linarducci (a family friend) repeatedly was upset with me asking if this was a scam. My husband actually gave him ALL of our savings. On the day the money was transferred my husband and I did not know how to do it over the phone. Mr. Linarducci and his son managed to do this for us. The signature on the documents are not mine.

While Mr. Linarducci had already received our money, he was posting pictures on Facebook of his trips to Africa, Greece and chartered planes to Cabo with his family. The picture were upsetting with the photo shoot with his wife in a very elaborate purple dress. Due to his scam efforts we will never be able to do any of the trips he has already done. Why should anyone help him!

We lost all of our savings. For the last few years we have been barely getting by. Some people lost a little but we lost everything we had been saving for 35 years.

Mr. Linarducci is in bankruptcy court to try to save his savings. Why should he get anything. His savings ~~to~~ should be given to all of us that lost ours. "His friends."

We will never see the money he spent.
The money his wife spent on herself.
The cleaning personnel so he didn't do physical work.
The money with the racing he was sponsoring.
He lived in a 2 million dollar house way too long.
We saw the house. All renovated for him.
He bought ski doos when he knew he was in trouble. I believe he knew he was in trouble before he took our money.

He needs out of bankruptcy court and in Jail!
We deserve justice

Tammy Ricke
812-593-2160
5511 N. CR 700 E
Greensburg, IN 47240

☑ ENVELOPE NOT PROVIDED
☑ COPIES NOT PROVIDED

Tammy Ricke
5511 North County Road 700 East
Greenburg Indiana 47240

INDIANAPOLIS IN 460
9 NOV 2026 PM 4 L




United States Bankruptcy Court
Southern District of Indiana
46 E Ohio St Rm. 116
Indianapolis, Ind
46204

46204-432999