United States Bankruptcy Court
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, In 46204

FILED
U.S. BANKRUPTCY COURT
NOV 13 2026
SOUTHERN DISTRICT OF INDIANA
CLERK OF COURTS

In re: Case No 25-03768-Jmc-13

Gerardo Lorenzo Linardueci
Debtor.

In the movie "Hangem High", with Clint Eastwood, two young men are hung for cattle rustling. I always felt simpathetic about them being found guilty in a court and sentenced to hang. After being a victim of Gerry Linarducci, I have definitely changed my thinking. In fact, in the Yellowstone series "1883", Tim McGraw's character is pickpocketed. The pickpocker was immediately hung in the street. I compared the pickpocketer to Gerry. I thought that seemd comparable. Gerry should be in jail. Gerry lied to me eight times in a row. Before I invested, I told Gerry it sounds like a Ponzi Scheme, he replied NO. Gerry responded, "Dude you dont know how many F-ing people have told me that." Gerry went on to explain that invested money buys Hurricane properties.

☑ ENVELOPE NOT PROVIDED
☑ COPIES NOT PROVIDED

Drive Planning cleans them up and builds storm resistant skyscrapers. He told me that ~~the~~ attends all meetings. He told me that he is extensively involved with management decisions. He told me that he has visited all Drive Planning hurricane prone properties. He assured me that he never misses a meeting by spending $50,000 on charter flights. Drive Planning never makes a desision without his involvement.

JOHN A. RICKE

John A. Ricke