United States Bankruptcy Court
Southern District of Indiana

In re:
Gerardo Lorenzo Linarducci
Debtor

Case No. 25-03768-JMC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0756-1 User: admin Page 1 of 2
Date Rcvd: Nov 18, 2026 Form ID: SF00200 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gerardo Lorenzo Linarducci, 12162 Pearl Bay Ridge, Indianapolis, IN 46236-8980 |
| cr | + | Craig Eugene Thomas, 6304 W Cedar Chase Dr, McCordsville, IN 46055-9284 |
| 17297226 | | Tammy Ricke, 5511 N. 700 E., Greensburg, IN 47240 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adriana M. Pavon | on behalf of Creditor Kenneth D Murena apavon@dvcattorneys.com jserna@dvllp.com |
| Adriana M. Pavon | on behalf of Plaintiff Kenneth D Murena apavon@dvcattorneys.com jserna@dvllp.com |
| Amanda Clark Palmer | on behalf of Debtor Gerardo Lorenzo Linarducci aclark@gsllaw.com |
| Ann M. DeLaney | ECFdelaney@trustee13.com ecfdelaney@gmail.com |

| | |
|---|---|
| David Baddley | on behalf of Creditor U.S. Securities and Exchange Commission baddleyd@sec.gov |
| Harley K Means | on behalf of Debtor Gerardo Lorenzo Linarducci hkm@kgrlaw.com kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com |
| Harley K Means | on behalf of Defendant Gerardo Lorenzo Linarducci hkm@kgrlaw.com kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com |
| James P Moloy | on behalf of Plaintiff Kenneth D Murena jmoloy@boselaw.com dlingenfelter@boselaw.com |
| James P Moloy | on behalf of Creditor Kenneth D Murena jmoloy@boselaw.com dlingenfelter@boselaw.com |
| Jason T. Mizzell | on behalf of Debtor Gerardo Lorenzo Linarducci jmizzell@kgrlaw.com kwhigham@kgrlaw.com;cresler@kgrlaw.com;tfroelich@kgrlaw.com;kpeerman@kgrlaw.com |
| Jason T. Mizzell | on behalf of Defendant Gerardo Lorenzo Linarducci jmizzell@kgrlaw.com kwhigham@kgrlaw.com;cresler@kgrlaw.com;tfroelich@kgrlaw.com;kpeerman@kgrlaw.com |
| Ross M Good | on behalf of Creditor Rachel Williamson ross@thegoodlawgroup.com ross.thegoodlawgroup.com@recap.email |
| Shawn Matthew Good | on behalf of Creditor Constance Novoa info@thegoodlawgroup.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00200 (rev 08/2025)

In re:

**Gerardo Lorenzo Linarducci**,
Debtor.

Case No. **25–03768–JMC–13**

# NOTICE OF HEARING

A Letter/Correspondence was filed on November 13, 2026. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

Date: December 15, 2026
Time: 01:00 PM Eastern
Place: US Courthouse
46 E Ohio St Rm 325
Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: November 18, 2026

Eric R. Kleis
Clerk, U.S. Bankruptcy Court